# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:23-CV-895-MOC-DCK

| | |
|---|---|
| **GENESEE COUNTY EMPLOYEES' RETIREMENT SYSTEM,** | )<br>)<br>) |
| **Plaintiff,** | )<br>) |
| v. | ) **ORDER** |
| **DRIVEN BRANDS HOLDINGS INC.**, et al., | )<br>)<br>)<br>) |
| **Defendants**. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 7) filed by Adam K. Doerr, concerning Christopher D. Belelieu, on January 23, 2024. Christopher D. Belelieu seeks to appear as counsel *pro hac vice* for Defendants Driven Brand Holdings Inc. and Jonathan G. Fitzpatrick. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 7) is **GRANTED**. Christopher D. Belelieu is hereby admitted *pro hac vice* to represent Defendants Driven Brand Holdings Inc. and Jonathan G. Fitzpatrick.

**SO ORDERED**.

Signed: January 23, 2024

David C. Keesler
United States Magistrate Judge