IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-895-MOC-DCK

| | |
|---|---|
| GENESSEE COUNTY EMPLOYEES' RETIREMENT SYSTEM, <br><br> Plaintiff, <br><br> v. <br><br> DRIVEN BRANDS HOLDINGS INC., et al., <br><br> Defendant. | ) ) ) ) ) ) **ORDER** ) ) ) ) ) ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 9) filed by Adam K. Doerr, concerning Bethany J. Saul, on January 23, 2024. Bethany J. Saul seeks to appear as counsel *pro hac vice* for Defendants Driven Brands Holdings Inc. and Jonathan G. Fitzpatrick. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 9) is **GRANTED**. Bethany J. Saul is hereby admitted *pro hac vice* to represent Defendants Driven Brands Holdings Inc. and Jonathan G. Fitzpatrick.

**SO ORDERED**.

Signed: January 24, 2024

David C. Keesler
United States Magistrate Judge