UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:23-CV-895

| | |
|---|---|
| GENESEE COUNTY EMPLOYEES' RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DRIVEN BRANDS HOLDINGS INC., JONATHAN G. FITZPATRICK, and TIFFANY L. MASON,<br><br>Defendants. | **ORDER** |

**THIS MATTER** is before the Court on the parties' Motion for Entry of Stipulation and Order Regarding Acceptance of Service and Time to Respond. (Doc. No. 13).

The motion is **GRANTED**. The Court approves of the following stipulations by the parties:

1. Except for formal service of process, each Defendant expressly reserves and does not waive any of its rights, defenses and objections to the Complaint, including, but not limited to, the defense of lack of personal jurisdiction.

2. Defendants need not respond to the Complaint.

3. Within fourteen (14) days of the entry of an order appointing lead plaintiff and lead counsel, lead counsel and counsel for Defendants shall submit to the Court a proposed schedule for the designation or filing of an operative complaint and for briefing on any motion to dismiss or response thereto.

**IT IS SO ORDERED**.

Signed: February 12, 2024

Max O. Cogburn Jr
United States District Judge