IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-895-MOC-DCK

| | |
|---|---|
| GENESEE COUNTY EMPLOYEES' RETIREMENT SYSTEM, | ) ) ) |
| Plaintiff, | ) ) **ORDER** |
| v. | ) ) ) |
| DRIVEN BRANDS HOLDINGS INC., et al., | ) ) ) ) |
| Defendants. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 22) filed by Local Counsel William R. Terpening on June 10, 2024.

Applicant Chloe Annick Jasper seeks to appear as counsel *pro hac vice* for Plaintiff Genesee County Employees' Retirement System and Movants Oakland County Employees' Retirement System and Oakland County Voluntary Employees' Beneficiary Association. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 22) is **GRANTED**. Chloe Annick Jasper is hereby admitted *pro hac vice* to represent Plaintiff Genesee County Employees' Retirement System and Movants Oakland County Employees' Retirement System and Oakland County Voluntary Employees' Beneficiary Association.

**SO ORDERED**.

Signed: June 11, 2024

_David C. Keesler_
David C. Keesler
United States Magistrate Judge