# Appendix A

| Date | Event | CAC | Speaker | Alleged Misstatement |
|---|---|---|---|---|
| 10/27/2021 | Q3 2021 Earnings Call | ¶ 115 | Fitzpatrick | Defendant Fitzpatrick stated that Driven was "committed to having the best stores" and "to offer[ing] customers the best experience" in the car wash business. Defendant Fitzpatrick further stated that Driven's car wash brand "stands for . . . quality." |
| 11/1/2021 | Press Release | ¶ 117 | Driven | Driven issued a press release touting the car wash segment's operating capacity, stating that Driven had "over 300" car washes in the U.S. and that Driven was "the fastest-growing express conveyor car wash operator in North America." |
| 2/16/2022 | Q4 & YE 2021 Earnings Call | ¶ 119 | Fitzpatrick | On Driven's February 16, 2022 earnings call, a securities analyst specifically asked Defendants about Driven's investment in upgrading car wash equipment in order to attract and retain customers. In response, Defendant Fitzpatrick stated, "we are continuing to invest into the existing asset base as well specifically to upgrade equipment, to add maybe incremental components to that equipment package, which then helps driving incremental new customers." |
| 4/27/2022 | Q1 2022 Earnings Call | ¶ 139 | Fitzpatrick | Defendant Fitzpatrick stated that Driven had "made significant progress" in its glass strategy and that he was "very pleased with our progress over the first 90 days." He further stated that Driven was "making good progress with Driven's existing . . . insurance partners and introducing them to our glass capabilities." |
| | | | Mason | Likewise, Defendant Mason touted Driven's progress in integrating its auto-glass business, stating that Driven's "proven M&A playbook" was "delivering" in its "glass businesses." |
| 5/25/2022 | Press Release | ¶ 121 | Driven | Driven issued a press release touting the car wash segment's operating capacity, stating that Driven was "continu[ing] its growth trajectory" and had "celebrated another significant milestone – opening its 350th express car wash." |
| 7/27/2022 | Q2 2022 Earnings Call | ¶ 123 | Fitzpatrick | On Driven's July 27, 2022 earnings call, a securities analyst asked Defendants how customer experience and satisfaction changed at Driven's car washes as a result of being integrated into the Company's Take 5 platform. Defendant Fitzpatrick responded: "[T]he experience for the customer is significantly better pre and post . . . rebranding," including because "any deferred maintenance that was there is done, so the equipment is working beautifully." |

| Date | Event | CAC | Speaker | Alleged Misstatement |
|---|---|---|---|---|
| | | ¶ 141 | Fitzpatrick | Defendant Fitzpatrick stated that he was "very pleased with our progress in glass over the first 180 days" and again stated that Driven was "making good progress with Driven's existing . . . insurance partners and introducing them to our glass capabilities." |
| | | | Mason | Defendant Mason again assured investors that Driven's "proven M&A playbook" was "delivering" in its "glass businesses." |
| 9/7/2022 | Goldman Sachs Global Retailing Conference | ¶ 125 | Fitzpatrick | At that investor conference, Defendant Fitzpatrick touted Driven's subscription car wash business and stated that "it creates stickiness with the consumer, stickiness with the cash flows, predictability." |
| 10/26/2022 | Q3 2022 Earnings Call | ¶ 127 | Fitzpatrick | On Driven's October 26, 2022 earnings call, after Driven posted negative same-store sales growth in the car wash segment, Defendant Fitzpatrick stated that Driven "did experience some headwinds in the third quarter related to . . . softening retail volume as the result of the macro environment." |
| | | | Mason | At the same time, Defendant Mason reassured investors about Driven's car wash business and touted the car wash segment's "sticky" revenue and customer retention. Defendant Mason stated that Driven "continue[d] to grow our Wash Club program" which was "not only a great recurring revenue stream that provides a level of predictability to this business, but it is also proving to be a sticky customer." |
| | | ¶ 143 | Fitzpatrick | Defendant Fitzpatrick stated that "we continued to make significant progress across our key growth levers [including] glass, leveraging our proven playbook." |
| 12/6/2022 | Morgan Stanley Global Consumer Conference | ¶ 129 | Fitzpatrick | Defendant Fitzpatrick referred to competition as only "a small piece" of the "weakness" in the car wash segment. |

| Date | Event | CAC | Speaker | Alleged Misstatement |
|---|---|---|---|---|
| 2/22/2023 | Q4 & YE 2022 Earnings Call | ¶ 131 | Fitzpatrick | On Driven's February 22, 2023 earnings call, after Driven reported negative same-store sales growth in the car wash segment, Defendant Fitzpatrick stated that the Company's poor car wash results were caused by "softer retail volume, as a result of the macroeconomic environment." At the same time, Defendant Fitzpatrick reassured investors about Driven's car wash business, touting the segment's operating scale and service quality as providing significant competitive advantages. Defendant Fitzpatrick stated that Driven's "scale and experience will remain a significant competitive advantage" and touted Driven's "significant network benefits that deepen our competitive moat and differentiate our business." |
|  |  | ¶ 132 | Mason | Defendant Mason also reassured investors about Driven's car wash business, stating that the Company "continued to . . . grow our subscription [car wash] program" and that it was "a great recurring revenue stream that provides a level of predictability to this business," and that was "not only a great recurring revenue stream that provides a level of predictability to this business, but it's also proving to be a sticky customer and an important focus for Driven Brands." |
|  |  | ¶ 145 | Fitzpatrick | Defendant Fitzpatrick assured investors that construction of the glass platform itself was complete, stating that Driven "did a phenomenal job in 2022 building out that platform from zero to becoming the second largest player in the United States." |
| 3/14/2023 | Bank of America Securities Consumer & Retail Conference | ¶ 147 | Fitzpatrick | At that investor conference, Defendant Fitzpatrick stated that Driven had "built out our North America auto glass platform" in 2022 and had "built a really nice sort of base platform in the Glass business." |
| 3/29/2023 | Press Release | ¶ 134 | Driven | Driven issued a press release touting the car wash segment's operating capacity, stating that Driven had "more than doubled its total footprint since Driven Brands entered in the car wash business in August 2020" and had "celebrated the grand opening of its 400th car wash." |
| 5/3/2023 |  | ¶ 136 | Fitzpatrick | On Driven's May 3, 2023 earnings call, after Driven again posted negative same-store sales growth in the car wash segment, Defendant Fitzpatrick attributed that result to "softer retail volume as a result of the macro environment" but stated that Driven's "scale and experience |

3

| Date | Event | CAC | Speaker | Alleged Misstatement |
|---|---|---|---|---|
| | Q1 2023 Earnings Call | | | will remain a significant competitive advantage as the current environment is beginning to rationalize the competitive intensity of new entrants." |
| | | | Mason | Likewise, Defendant Mason stated that "retail volume was soft again this quarter as a result of the macroeconomic environment and poor weather condition." She further stated: "[W]e attribute the softness over the last few quarters to both the macroeconomic environment and then this quarter, in particular, to poor weather conditions in . . . the US." She also stated that "we've seen macroeconomic pressure specifically in the car wash business since about Q2 of last year" in the U.S. and that "in Q1, it's probably equal parts, continued macroeconomic pressure, and then . . . the poor weather conditions." |
| | | ¶ 149 | Fitzpatrick | Defendant Fitzpatrick stated that Driven had "made significant progress integrating our 10 acquisitions" during the first quarter, explaining: "We've combined the best processes, procedures, and technology to inform our standard operating model that has been rolled out across the entire footprint." |
| | | | Mason | For her part, Defendant Mason stated that Driven was "currently integrating our series of acquisitions under the Auto Glass Now brand name and implementing our new standard operating procedures" and that "we expect glass margins to expand from here as we integrate the business." |

4