# Appendix B

| Date | Event | Alleged Misstatement | CAC | Source of Cautionary Language | Cautionary Language |
|------|-------|----------------------|-----|-------------------------------|---------------------|
| | | **Alleged Misstatements About Car Wash Business** | | | |
| 10/27/2021 | Q3 2021 Earnings Call | Defendant Fitzpatrick stated that Driven was "committed to having the best stores" and "to offer[ing] customers the best experience" in the car wash business. Defendant Fitzpatrick further stated that Driven's car wash brand "stands for . . . quality." | ¶ 115 | Q3 2021 Earnings Call | • "Please be advised that during the course of this call, management may also make forward-looking statements that reflect expectations for the future. These statements are based on current information and actual results may differ materially from these expectations. Factors that may cause actual results to differ materially from expectations are detailed in the company's SEC filings including the Form 8-K filed today containing the company's earnings release." Belelieu Decl. Ex. 26, Q3 2021 Earnings Call Tr. at 2. |
| | | | | October 27, 2021 Press Release attached to Form 8-K | • "These risks include, but are not limited to, the risk factors that are described under the section titled 'Risk Factors' in our Annual Report on Form 10-K for the fiscal year ended December 26, 2020, as supplemented by the 'Risk Factors' section in our Quarterly Report on Form 10-Q for the quarter ended June 26, 2021, and in our other filings with the Securities and Exchange Commission, which are available on its website at www.sec.gov." Belelieu Decl. Ex. 23, Form 8-K, Ex. 99.1 (Press Release dated October 27, 2021) at 4. |
| | | | | 2020 Form 10-K (incorporated by reference in Earnings Call, October 26, 2021 Press Release). | • "[R]isk factors . . . include . . . our ability to attract and retain qualified personnel." Belelieu Decl. Ex. 6, 2020 Form 10-K at 2.<br><br>• "The large number and variety of market participants creates intense competition with respect to the scale, geographic reach, price, service, quality, brand awareness, customer satisfaction and adherence to various insurance carrier performance indicators." *Id*. at 14.<br><br>• "Competition is intense and may harm our business and results of operations. The automotive aftermarket industry is highly competitive, and we are subject to a wide variety of competitors . . . . |

| Date | Event | Alleged Misstatement | CAC | Source of Cautionary Language | Cautionary Language |
|---|---|---|---|---|---|
| | | | | | Competitors include international, national, regional and local . . . car wash businesses . . .The large number and variety of market participants creates intense competition with respect to the scale, geographic reach, price, service, quality, brand awareness, customer satisfaction and adherence to various insurance carrier performance indicators. Some of our competitors have consolidated smaller and independent automotive services brands and shops to achieve additional efficiencies and economies of scale. . . . As our competitors expand operations and marketing campaigns, we expect competition to intensify. Further, new competitors may emerge at any time. Such increased competition could have a material adverse effect on our business, financial condition and operating results." *Id.*<br><br>• "We may pursue strategic acquisitions as part of our business strategy. There is no assurance that we will be able to find suitable acquisition candidates or be able to complete acquisitions on favorable terms, if at all. We may also discover liabilities or deficiencies associated with any companies acquired that were not identified in advance, which may result in unanticipated costs. The effectiveness of our due diligence review and ability to evaluate the results of such due diligence may depend upon the accuracy and completeness of statements and disclosures made or actions taken by the target companies or their representatives. As a result, we may not be able to accurately forecast the financial impact of an acquisition transaction, including tax and accounting charges. In addition, we may not be able to successfully integrate . . . acquired businesses and may incur significant costs to integrate and support acquired companies. Any of these factors could adversely affect our financial results." *Id.* at 21. |

| Date | Event | Alleged Misstatement | CAC | Source of Cautionary Language | Cautionary Language |
|---|---|---|---|---|---|
| 2/16/2022 | Q4 & YE 2021 Earnings Call | On Driven's February 16, 2022 earnings call, a securities analyst specifically asked Defendants about Driven's investment in upgrading car wash equipment in order to attract and retain customers. In response, Defendant Fitzpatrick stated, "we are continuing to invest into the existing asset base as well specifically to upgrade equipment, to add maybe incremental components to that equipment package, which then helps driving incremental new customers." | ¶ 119 | Q4 & YE 2021 Earnings Call | • "Please be advised that during the course of this call, management may also make forward-looking statements that reflect expectations for the future. These statements are based on current information and actual results may differ materially from these expectations. Factors that may cause actual results to differ materially from expectations are detailed in the company's SEC filings including the Form 8-K filed today containing the company's earnings release." Belelieu Decl. Ex. 7, Q4 & YE 2021 Earnings Call Tr. at 2. |
| | | | | February 16, 2022 Press Release attached to Form 8-K | • "[R]isks include, but are not limited to, the risk factors that are described under the section titled 'Risk Factors' in our Annual Report on Form 10-K for the fiscal year ended December 26, 2020, as supplemented by the 'Risk Factors' section in our Quarterly Report on Form 10-Q for the quarter ended September 25, 2021, and in our other filings with the Securities and Exchange Commission, which are available on its website at www.sec.gov." Belelieu Decl. Ex. 22, Form 8-K, Ex. 99.1 (Press Release dated February 16, 2022) at 4. |
| | | | | 2020 Form 10-K (incorporated by reference in Q4 & YE 2021 Earnings Call, February 16, 2022 Press Release) | • "The large number and variety of market participants creates intense competition with respect to the scale, geographic reach, price, service, quality, brand awareness, customer satisfaction and adherence to various insurance carrier performance indicators." Belelieu Decl. Ex. 6, 2020 Form 10-K at 14. <br><br>• "Competition is intense and may harm our business and results of operations. The automotive aftermarket industry is highly competitive, and we are subject to a wide variety of competitors . . . . Competitors include international, national, regional and local . . . car wash businesses . . . .The large number and variety of market participants creates intense competition with respect to the scale, geographic reach, price, service, quality, brand awareness, customer satisfaction and adherence to various insurance carrier performance |

3

| Date | Event | Alleged Misstatement | CAC | Source of Cautionary Language | Cautionary Language |
|---|---|---|---|---|---|
| | | | | | indicators. Some of our competitors have consolidated smaller and independent automotive services brands and shops to achieve additional efficiencies and economies of scale. . . . As our competitors expand operations and marketing campaigns, we expect competition to intensify. Further, new competitors may emerge at any time. Such increased competition could have a material adverse effect on our business, financial condition and operating results." *Id.* <br><br> • "We may pursue strategic acquisitions as part of our business strategy. There is no assurance that we will be able to find suitable acquisition candidates or be able to complete acquisitions on favorable terms, if at all. We may also discover liabilities or deficiencies associated with any companies acquired that were not identified in advance, which may result in unanticipated costs. The effectiveness of our due diligence review and ability to evaluate the results of such due diligence may depend upon the accuracy and completeness of statements and disclosures made or actions taken by the target companies or their representatives. As a result, we may not be able to accurately forecast the financial impact of an acquisition transaction, including tax and accounting charges. In addition, we may not be able to successfully integrate . . . acquired businesses and may incur significant costs to integrate and support acquired companies. Any of these factors could adversely affect our financial results." *Id.* at 21. |
| 10/26/2022 | Q3 2022 Earnings Call | On Driven's October 26, 2022 earnings call, after Driven posted negative same-store sales growth in the car wash segment, Defendant Fitzpatrick stated that Driven "did experience some headwinds in the third quarter related to . . . softening retail | ¶ 127 | Q3 2022 Earnings Call | • "These risks and uncertainties include those set forth in our earnings release and our filings with the Securities and Exchange Commission. These forward-looking statements are made only as of the date hereof, and except as required by law, we undertake no obligation to update or revise any of them, whether as a result of new information, future events or otherwise." Belelieu Decl. Ex. 10, Q3 2022 Earnings Call Tr. at 3. |

| Date | Event | Alleged Misstatement | CAC | Source of Cautionary Language | Cautionary Language |
|---|---|---|---|---|---|
| | | volume as the result of the macro environment." At the same time, Defendant Mason reassured investors about Driven's car wash business and touted the car wash segment's "sticky" revenue and customer retention. Defendant Mason stated that Driven "continue[d] to grow our Wash Club program" which was "not only a great recurring revenue stream that provides a level of predictability to this business, but it is also proving to be a sticky customer." | | October 26, 2022 Press Release attached to Form 8-K | • "[R]isks include, but are not limited to, the risk factors that are described under the section titled 'Risk Factors' in our Annual Report on Form 10-K for the fiscal year ended December 25, 2021, our Quarterly Report on Form 10-Q for the fiscal quarter ended June 25, 2022, and in our other filings with the Securities and Exchange Commission, which are available on its website at www.sec.gov." Belelieu Decl. Ex. 20, Form 8-K, Ex. 99.1 (Press Release dated October 26, 2022) at 4. |
| | | | | 2021 Form 10-K (incorporated by reference in Earnings Call, October 26, 2022 Press Release) | • "Competition is intense and may harm our business and results of operations. The automotive aftermarket industry is highly competitive, and we are subject to a wide variety of competitors . . . . Competitors include international, national, regional and local . . . car wash businesses . . . [and] glass repair and replacement shops . . . . The large number and variety of market participants creates intense competition with respect to the scale, geographic reach, price, service, quality, brand awareness, customer satisfaction and adherence to various insurance carrier performance indicators. Some of our competitors have consolidated smaller and independent automotive services brands and shops to achieve additional efficiencies and economies of scale. . . . As our competitors expand operations and marketing campaigns, we expect competition to intensify. Further, new competitors may emerge at any time. Such increased competition could have a material adverse effect on our business, financial condition and operating results." Belelieu Decl. Ex. 3, 2021 Form 10-K at 14.<br><br>• If Driven is "unable to construct new locations, complete remodels of our locations, or convert non-Driven Brands locations into our locations, our growth strategy may not succeed." Furthermore "[a] component of our business strategy includes the construction of additional locations and the renovation and build-out of existing |

5

| Date | Event | Alleged Misstatement | CAC | Source of Cautionary Language | Cautionary Language |
|------|-------|---------------------|-----|------------------------------|---------------------|
| | | | | | locations, and a significant portion of the growth in our sales and profit margins will depend on growth in comparable sales for our locations. We face competition from other operators, retail chains, companies and developers for desirable site locations, which may adversely affect the cost, implementation and timing of our expansion plans. If we experience delays in the construction or remodeling processes, we may be unable to complete such activities at the planned cost, which could adversely affect our business and results of operations. Additionally, we cannot guarantee that such remodeling will increase the revenues generated by these locations or that any such increases will be sustainable." *Id.* at 20.<br><br>• "We may pursue strategic acquisitions as part of our business strategy. There is no assurance that we will be able to find suitable acquisition candidates or be able to complete acquisitions on favorable terms, if at all. We may also discover liabilities or deficiencies associated with any companies acquired that were not identified in advance, which may result in unanticipated costs. . . . As a result, we may not be able to accurately forecast the financial impact of an acquisition transaction, including tax and accounting charges. In addition, we may not be able to successfully integrate acquired businesses and may incur significant costs to integrate and support acquired companies. Any of these factors could adversely affect our financial results." *Id.* at 21. |
| 2/22/2023 | Q4 & YE 2022 Earnings Call | On Driven's February 22, 2023 earnings call, after Driven reported negative same-store sales growth in the car wash segment, Defendant Fitzpatrick | ¶ 131<br>¶ 132 | Q4 & YE 2022 Earnings Call | • "These risks and uncertainties include those set forth in our earnings release and our filings with the Securities and Exchange Commission. These forward-looking statements are made only as of the date hereof and except as required by law, we undertake no obligation to update or revise any of them, whether as a result of new information, future |

| Date | Event | Alleged Misstatement | CAC | Source of Cautionary Language | Cautionary Language |
|---|---|---|---|---|---|
| | | stated that the Company's poor car wash results were caused by "softer retail volume, as a result of the macroeconomic environment." At the same time, Defendant Fitzpatrick reassured investors about Driven's car wash business, touting the segment's operating scale and service quality as providing significant competitive advantages. Defendant Fitzpatrick stated that Driven's "scale and experience will remain a significant competitive advantage" and touted Driven's "significant network benefits that deepen our competitive moat and differentiate our business."<br><br>Likewise, on that same earnings call, Defendant Mason also reassured investors about Driven's car wash business, stating that the Company "continued to . . . grow our subscription [car wash] program" and that it was "a great recurring revenue stream that provides a level of predictability to this business," and that was | | | events or otherwise." Belelieu Decl. Ex. 4, Q4 & YE 2022 Earnings Call Tr. at 3.<br><br>• "[T]he current environment is beginning to rationalize the competitive intensity of new entrants." *Id.* at 5.<br><br>• "The Car Wash segment posted negative same-store sales of 10%." *Id.* at 8. |
| | | | | February 22, 2023 Press Release attached for Form 8-K | • "These risks include, but are not limited to, the risk factors that are described under the section titled 'Risk Factors' in our Annual Report on Form 10-K for the fiscal year ended December 25, 2021, our Quarterly Report on Form 10-Q for the fiscal quarter ended September 24, 2022, and in our other filings with the Securities and Exchange Commission, which are available on its website at www.sec.gov." Belelieu Decl. Ex. 4, Form 8-K, Ex. 99.1 (Press Release dated February 22, 2023) at 4. |
| | | | | 2021 Form 10-K (incorporated by reference in Earnings Call, February 22, 2023, Press Release) | • "Competition is intense and may harm our business and results of operations. The automotive aftermarket industry is highly competitive, and we are subject to a wide variety of competitors . . . . Competitors include international, national, regional and local . . . car wash businesses . . . [and] glass repair and replacement shops . . . . The large number and variety of market participants creates intense competition with respect to the scale, geographic reach, price, service, quality, brand awareness, customer satisfaction and adherence to various insurance carrier performance indicators. Some of our competitors have consolidated smaller and independent automotive services brands and shops to achieve additional efficiencies and economies of scale. . . . As our competitors expand operations and marketing campaigns, we expect competition to intensify. Further, new competitors may emerge at any time. Such increased competition |

7

| Date | Event | Alleged Misstatement | CAC | Source of Cautionary Language | Cautionary Language |
|------|-------|---------------------|-----|------------------------------|---------------------|
| | | "not only a great recurring revenue stream that provides a level of predictability to this business, but it's also proving to be a sticky customer and an important focus for Driven Brands." | | | could have a material adverse effect on our business, financial condition and operating results." Belelieu Decl. Ex. 3, 2021 Form 10-K at 14.<br><br>• If Driven is "unable to construct new locations, complete remodels of our locations, or convert non-Driven Brands locations into our locations, our growth strategy may not succeed." Furthermore "[a] component of our business strategy includes the construction of additional locations and the renovation and build-out of existing locations, and a significant portion of the growth in our sales and profit margins will depend on growth in comparable sales for our locations. We face competition from other operators, retail chains, companies and developers for desirable site locations, which may adversely affect the cost, implementation and timing of our expansion plans. If we experience delays in the construction or remodeling processes, we may be unable to complete such activities at the planned cost, which could adversely affect our business and results of operations. Additionally, we cannot guarantee that such remodeling will increase the revenues generated by these locations or that any such increases will be sustainable." *Id.* at 20.<br><br>• "We may pursue strategic acquisitions as part of our business strategy. There is no assurance that we will be able to find suitable acquisition candidates or be able to complete acquisitions on favorable terms, if at all. We may also discover liabilities or deficiencies associated with any companies acquired that were not identified in advance, which may result in unanticipated costs. . . . As a result, we may not be able to accurately forecast the financial impact of an acquisition transaction, including tax and accounting charges. In addition, we may not be able to successfully integrate acquired businesses and may incur significant costs to integrate and support acquired companies. |

8

| Date | Event | Alleged Misstatement | CAC | Source of Cautionary Language | Cautionary Language |
|---|---|---|---|---|---|
| | | | | | Any of these factors could adversely affect our financial results." *Id.* at 21. |
| 5/3/2023 | Q1 2023 Earnings Call | On Driven's May 3, 2023 earnings call, after Driven again posted negative same-store sales growth in the car wash segment, Defendant Fitzpatrick attributed that result to "softer retail volume as a result of the macro environment" but stated that Driven's "scale and experience will remain a significant competitive advantage as the current environment is beginning to rationalize the competitive intensity of new entrants." Likewise, Defendant Mason stated that "retail volume was soft again this quarter as a result of the macroeconomic environment and poor weather condition." She further stated: "[W]e attribute the softness over the last few quarters to both the macroeconomic environment and then this quarter, in particular, to poor weather conditions in . . . the US." She also stated that "we've seen macroeconomic pressure specifically in the car wash | ¶ 136 | Q1 2023 Earnings Call | • "During the course of this call, management may also make forward-looking statements in regards to our current plans, beliefs, and expectations. These statements are not guarantees of future performance and are subject to a number of risks and uncertainties, and other factors that could cause actual results and events to differ materially from the results and events contemplated by these forward-looking statements. Please see our earnings release and our filings with the Securities and Exchange Commission for more information." Belelieu Decl. Ex. 13, Q1 2023 Earnings Call Tr. at 3. |
| | | | | May 3, 2023 Press Release attached for Form 8-K | • "These risks include, but are not limited to, the risk factors that are described under the section titled 'Risk Factors' in our Annual Report on Form 10-K for the fiscal year ended December 31, 2022 and in our other filings with the Securities and Exchange Commission, which are available on its website at www.sec.gov." Belelieu Decl. Ex. 19, Form 8-K, Ex. 99.1 (Press Release dated May 3, 2023) at 3. |
| | | | | 2022 Form 10-K (incorporated by reference in Earnings Call, May 3, 2023 Press Release) | • "The automotive aftermarket industry is highly competitive, and we are subject to a wide variety of competitors . . . includ[ing] . . . car wash businesses . . . [and] glass repair and replacement shops . . . . We expect competition to continue to intensify as existing competitors continue to expand operations, product offering mixes, and promote aggressive marketing campaigns and new competitors emerge. These increased competitive pressures could have a material adverse effect on our business, financial condition, and operating results." Belelieu Decl. Ex. 1, 2022 Form 10-K at 12.<br><br>• "If we are unable to . . . construct new locations, complete remodels of our existing locations, or convert non-Driven Brands locations into |

| Date | Event | Alleged Misstatement | CAC | Source of Cautionary Language | Cautionary Language |
|---|---|---|---|---|---|
| | | business since about Q2 of last year" in the U.S. and that "in Q1, it's probably equal parts, continued macroeconomic pressure, and then . . . the poor weather conditions." | | | our locations, our growth strategy may not succeed." Furthermore, "[i]f we experience delays in the construction or remodeling processes, we may be unable to complete such activities at the planned cost, which could adversely affect our business and results of operations. Additionally, we cannot guarantee that such remodeling will increase the revenues generated by these locations or that any such increases will be sustainable. Likewise, we cannot be sure that the sites we select for additional locations will result in locations which meet sales expectations. Our failure to add a significant number of additional locations or grow comparable sales for our locations could materially and adversely affect our business and results of operations." *Id.* at 17.<br><br>• "Certain acquisitions could adversely affect our financial results. We pursue strategic acquisitions as part of our business strategy. There is no assurance that we will continue to be able to find suitable acquisition candidates or be able to complete acquisitions on favorable terms, if at all. We may also discover liabilities or deficiencies associated with any companies acquired that were not identified in advance, which may result in unanticipated costs. . . . In addition, we may not be able to successfully integrate acquired businesses and may incur significant costs to integrate and support acquired companies. Any of these factors could adversely affect our financial results." *Id.* at 18.<br><br>• "In addition, customers may defer or forego car washes or vehicle maintenance, such as oil changes, at any time during periods of inclement weather. . . . Unusual fluctuations in demand for car wash or automotive repair and maintenance services and products could reduce our sales and profit margins, which in turn may materially and adversely affect our business and results of operations." *Id.* at 19. |

10

| Date | Event | Alleged Misstatement | CAC | Source of Cautionary Language | Cautionary Language |
|------|-------|---------------------|-----|-------------------------------|---------------------|
|  | **Alleged Misstatements About Auto Glass Business** | | | | |
| 2/27/2022 | Q1 2022 Earnings Call | On Driven's April 27, 2022 earnings call, Defendant Fitzpatrick stated that Driven had "made significant progress" in its glass strategy and that he was "very pleased with our progress over the first 90 days." He further stated that Driven was "making good progress with Driven's existing . . . insurance partners and introducing them to our glass capabilities." Likewise, Defendant Mason touted Driven's progress in integrating its auto-glass business, stating that Driven's "proven M&A playbook" was "delivering" in its "glass businesses." | ¶ 139 | Q1 2022 Earnings Call | • "Please be advised that during the course of this call, management may also make forward-looking statements that reflect expectations for the future. These statements are based on current information, and actual results may differ materially from these expectations. Factors that may cause actual results to differ materially from expectations are detailed in the company's SEC filings, including the Form 8-K filed today containing the company's earnings release." Belelieu Decl. Ex. 8, Q1 2022 Earnings Call Tr. at 2. |
| | | | | April 27, 2022 Press Release attached to Form 8-K | • "These risks include, but are not limited to, the risk factors that are described under the section titled 'Risk Factors' in our Annual Report on Form 10-K for the fiscal year ended December 25, 2021 and in our other filings with the Securities and Exchange Commission, which are available on its website at www.sec.gov." Belelieu Decl. Ex. 18, Form 8-K, Ex. 99.1 (Press Release dated April 27, 2022) at 4. |
| | | | | 2021 Form 10-K (incorporated by reference in Earnings Call, April 27, 2022 Press Release) | • "Our failure to build and maintain relationships with insurance partners could adversely affect our business. . . . Many insurance companies have implemented performance-based agreements ('PBAs') with collision repair operators who have been recognized as consistent high quality, performance-based repairers in the industry. . . . Our ability to continue to grow our business with respect to certain brands, as well as to maintain existing business volume and pricing, is related to our ability to maintain these PBAs. . . . These relationships can change quickly, both in terms of pricing and volumes, depending upon collision repair shop performance, cycle time, cost of repair, customer satisfaction, competition, insurance company management, program changes and general economic activity . . . which in turn could materially and adversely affect our |

11

| Date | Event | Alleged Misstatement | CAC | Source of Cautionary Language | Cautionary Language |
|---|---|---|---|---|---|
| | | | | | business and results of operations." Belelieu Decl. Ex. 3, 2021 Form 10-K at 20.<br><br>• "We may pursue strategic acquisitions as part of our business strategy. There is no assurance that we will be able to find suitable acquisition candidates or be able to complete acquisitions on favorable terms, if at all. We may also discover liabilities or deficiencies associated with any companies acquired that were not identified in advance, which may result in unanticipated costs. . . . As a result, we may not be able to accurately forecast the financial impact of an acquisition transaction, including tax and accounting charges. In addition, we may not be able to successfully integrate acquired businesses and may incur significant costs to integrate and support acquired companies. Any of these factors could adversely affect our financial results." *Id.* at 21. |
| 7/27/2022 | Q2 2022 Earnings Call | On Driven's July 27, 2022 earnings call, Defendant Fitzpatrick stated that he was "very pleased with our progress in glass over the first 180 days" and again stated that Driven was "making good progress with Driven's existing . . . insurance partners and introducing them to our glass capabilities," while Defendant Mason again assured investors that Driven's "proven M&A playbook" was "delivering" in its "glass businesses." | ¶ 141 | Q2 2022 Earnings Call | • "These statements are based on current information, and actual results may differ materially from these expectations. Factors that may cause actual results to differ materially from expectations are detailed in the company's SEC filings, including, the Form 8-K filed today and containing the company's earnings release." Belelieu Decl. Ex. 9, Q2 2022 Earnings Call Tr. at 2. |
| | | | | July 27, 2022 Press Release attached to Form 8-K | • "These risks include, but are not limited to, the risk factors that are described under the section titled 'Risk Factors' in our Annual Report on Form 10-K for the fiscal year ended December 25, 2021 and in our other filings with the Securities and Exchange Commission, which are available on its website at www.sec.gov." Belelieu Decl. Ex. 21, Form 8-K, Ex. 99.1 (Press Release dated July 27, 2022) at 4. |
| | | | | 2021 Form 10-K | • "Our failure to build and maintain relationships with insurance partners could adversely affect our business. . . . Many insurance |

| Date | Event | Alleged Misstatement | CAC | Source of Cautionary Language | Cautionary Language |
|------|-------|---------------------|-----|-------------------------------|---------------------|
| | | | | (incorporated by reference in Earnings Call, July 27, 2022 Press Release) | companies have implemented performance-based agreements ('PBAs') with collision repair operators who have been recognized as consistent high quality, performance-based repairers in the industry. . . . Our ability to continue to grow our business with respect to certain brands, as well as to maintain existing business volume and pricing, is related to our ability to maintain these PBAs. . . . These relationships can change quickly, both in terms of pricing and volumes, depending upon collision repair shop performance, cycle time, cost of repair, customer satisfaction, competition, insurance company management, program changes and general economic activity . . . which in turn could materially and adversely affect our business and results of operations." Belelieu Decl. Ex. 3, 2021 Form 10-K at 20.<br><br>• "We may pursue strategic acquisitions as part of our business strategy. There is no assurance that we will be able to find suitable acquisition candidates or be able to complete acquisitions on favorable terms, if at all. We may also discover liabilities or deficiencies associated with any companies acquired that were not identified in advance, which may result in unanticipated costs. . . . As a result, we may not be able to accurately forecast the financial impact of an acquisition transaction, including tax and accounting charges. In addition, we may not be able to successfully integrate acquired businesses and may incur significant costs to integrate and support acquired companies. Any of these factors could adversely affect our financial results." *Id.* at 21. |
| 5/3/2023 | Q1 2023 Earnings Call | On Driven's May 3, 2023 earnings call, Defendant Fitzpatrick stated that Driven had "made significant progress integrating our 10 acquisitions" | ¶ 149 | Q1 2023 Earnings Call | • "During the course of this call, management may also make forward-looking statements in regards to our current plans, beliefs, and expectations. These statements are not guarantees of future performance and are subject to a number of risks and uncertainties, and other factors that could cause actual results and events to differ |

| Date | Event | Alleged Misstatement | CAC | Source of Cautionary Language | Cautionary Language |
|---|---|---|---|---|---|
|  |  | during the first quarter, explaining: "We've combined the best processes, procedures, and technology to inform our standard operating model that has been rolled out across the entire footprint." For her part, Defendant Mason stated that Driven was "currently integrating our series of acquisitions under the Auto Glass Now brand name and implementing our new standard operating procedures" and that "we expect glass margins to expand from here as we integrate the business." |  |  | materially from the results and events contemplated by these forward-looking statements. Please see our earnings release and our filings with the Securities and Exchange Commission for more information." Belelieu Decl. Ex. 13, Q1 2023 Earnings Call Tr. at 3. |
|  |  |  |  | May 3, 2023 Press Release attached for Form 8-K | • "These risks include, but are not limited to, the risk factors that are described under the section titled 'Risk Factors' in our Annual Report on Form 10-K for the fiscal year ended December 31, 2022 and in our other filings with the Securities and Exchange Commission, which are available on its website at www.sec.gov." Belelieu Decl. Ex. 19, Form 8-K, Ex. 99.1 (Press Release dated May 3, 2023) at 3. |
|  |  |  |  | 2022 Form 10-K (incorporated by reference in Earnings Call, May 3, 2023 Press Release) | • "Certain acquisitions could adversely affect our financial results. We pursue strategic acquisitions as part of our business strategy. There is no assurance that we will continue to be able to find suitable acquisition candidates or be able to complete acquisitions on favorable terms, if at all. We may also discover liabilities or deficiencies associated with any companies acquired that were not identified in advance, which may result in unanticipated costs. . . . In addition, we may not be able to successfully integrate acquired businesses and may incur significant costs to integrate and support acquired companies. Any of these factors could adversely affect our financial results." Belelieu Decl. Ex. 1, 2022 Form 10-K at 18.<br><br>• "The failure of these [information technology] systems to operate effectively, an interruption, problems with maintenance, upgrading or transitioning to replacement systems, fraudulent manipulation of sales reporting from our locations or a breach in security of any of these systems could result in loss of sales . . . , cause delays in customer service, result in the loss of data, create exposure to litigation, reduce efficiency, cause delays in operations or otherwise harm our business. |

14

| Date | Event | Alleged Misstatement | CAC | Source of Cautionary Language | Cautionary Language |
|------|-------|---------------------|-----|------------------------------|---------------------|
|      |       |                     |     |                              | Significant capital investments might be required to remediate any problems." *Id.* at 31. |

15