# Appendix C

| Statement Information | | | | Failure to Adequately Plead Actionable Misstatement or Omission | | | | Failure to Adequately Plead Scienter |
|---|---|---|---|---|---|---|---|---|
| CAC ¶ | Date | Event | Business | Statements Not Alleged to Be False | No Duty to Disclose Purportedly Omitted Information | Protected Forward-Looking Statement | Inactionable Puffery or Corporate Optimism | No Conscious Misbehavior or Recklessness |
| 115 | 10/27/2021 | Q3 2021 Earnings Call | Car Wash | X | X | X | X | X |
| 117 | 11/1/2021 | Press Release | Car Wash | X | X | | | X |
| 119 | 2/16/2022 | Q4 & YE 2021 Earnings Call | Car Wash | X | X | X | X | X |
| 121 | 5/25/2022 | Press Release | Car Wash | X | X | | X | X |
| 123 | 7/27/2022 | Q2 2022 Earnings Call | Car Wash | X | X | | | X |
| 125 | 9/7/ 2022 | Goldman Sachs Global Retailing Conference | Car Wash | X | X | | | X |
| 127 | 10/26/2022 | Q3 2022 Earnings Call | Car Wash | X | X | X | X | X |
| 129 | 12/6/2022 | Morgan Stanley Global Consumer Conference | Car Wash | X | X | | | X |
| 131 | 2/22/2023 | Q4 & YE 2022 Earnings Call | Car Wash | X | X | X | X | X |
| 132 | 2/22/2023 | Q4 & YE 2022 Earnings Call | Car Wash | X | X | X | X | X |
| 134 | 3/29/2023 | Press Release | Car Wash | X | X | | X | X |
| 136 | 5/3/2023 | Q1 2023 Earnings Call | Car Wash | X | X | X | | X |
| 139 | 4/27/2022 | Q1 2022 Earnings Call | Auto Glass | X | X | X | X | X |

1

**APPENDIX C TO DEFENDANTS' MOTION TO DISMISS:**
**REASONS ALLEGED MISSTATEMENTS FAIL TO STATE A SECURITIES CLAIM**

| Statement Information | | | | Failure to Adequately Plead Actionable Misstatement or Omission | | | | Failure to Adequately Plead Scienter |
|---|---|---|---|---|---|---|---|---|
| CAC ¶ | Date | Event | Business | Statements Not Alleged to Be False | No Duty to Disclose Purportedly Omitted Information | Protected Forward-Looking Statement | Inactionable Puffery or Corporate Optimism | No Conscious Misbehavior or Recklessness |
| 141 | 7/27/2022 | Q2 2022 Earnings Call | Auto Glass | X | X | X | X | X |
| 143 | 10/26/2022 | Q3 2022 Earnings Call | Auto Glass | X | X | | X | X |
| 145 | 2/22/2023 | Q4 & YE 2022 Earnings Call | Auto Glass | X | X | | X | X |
| 147 | 3/14/2023 | Bank of America Securities Consumer & Retail Conference | Auto Glass | X | X | | X | X |
| 149 | 5/3/2023 | Q1 2023 Earnings Call | Auto Glass | X | X | X | | X |

2