-----------------------------------------------------------------------x

GENESEE COUNTY EMPLOYEES'
RETIREMENT SYSTEM, on behalf of itself and all
others similarly situated,

        Plaintiffs,

v.

DRIVEN BRANDS HOLDINGS INC.,
JONATHAN G. FITZPATRICK, and
TIFFANY L. MASON,

        Defendants.

-----------------------------------------------------------------------x

Case No. 3:23-cv-00895-MOC-DCK

**<u>CLASS ACTION</u>**

**<u>ORAL ARGUMENT REQUESTED</u>**

## DECLARATION OF CHRISTOPHER D. BELELIEU IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT

I, Christopher D. Belelieu, hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am an attorney licensed to practice law in the State of New York and admitted to appear as counsel *pro hac vice* before this Court. I am a partner at the law firm of Gibson, Dunn & Crutcher LLP, counsel of record for Defendants Driven Brands Holdings Inc. ("Driven") and Jonathan G. Fitzpatrick in the above-captioned matter. As such, I am fully familiar with the facts and circumstances stated herein.

2. I submit this declaration in support of Defendants' Motion to Dismiss the Amended Complaint.

3. Attached hereto as **Exhibit 1** is a true and correct copy of Driven's Annual Report (Form 10-K) for the fiscal year ended December 31, 2022, filed on March 1, 2023.

4.      Attached hereto as **Exhibit 2** is a true and correct copy of Driven's Annual Report (Form 10-K) for the fiscal year ended December 30, 2023, filed on February 28, 2024.

5.      Attached hereto as **Exhibit 3** is a true and correct copy of Driven's Annual Report (Form 10-K) for the fiscal year ended December 25, 2021, filed on March 18, 2022.

6.      Attached hereto as **Exhibit 4** is a true and correct copy of the transcript of Driven's Earnings Call for Q4 2022 held on February 22, 2023.

7.      Attached hereto as **Exhibit 5** is a true and correct copy of Driven's Press Release (Form 8-K) dated February 22, 2023.

8.      Attached hereto as **Exhibit 6** is a true and correct copy of Driven's Annual Report (Form 10-K) for the fiscal year ended December 26, 2020, filed on March 24, 2021.

9.      Attached hereto as **Exhibit 7** is a true and correct copy of the transcript of Driven's Earnings Call for Q4 2021 held on February 16, 2022.

10.     Attached hereto as **Exhibit 8** is a true and correct copy of the transcript of Driven's Earnings Call for Q1 2022 held on April 27, 2022.

11.     Attached hereto as **Exhibit 9** is a true and correct copy of the transcript of Driven's Earnings Call for Q2 2022 held on July 27, 2022.

12.     Attached hereto as **Exhibit 10** is a true and correct copy of the transcript of Driven's Call for Q3 2022 held on October 26, 2022.

13.     Attached hereto as **Exhibit 11** is a true and correct copy of the transcript of Driven's statements on September 7, 2022 at the Goldman Sachs Global Retailing Conference.

14.     Attached hereto as **Exhibit 12** is a true and correct copy of the transcript of Driven's statements on March 14, 2023 at the Bank of America Securities Consumer & Retail Conference.

15. Attached hereto as **Exhibit 13** is a true and correct copy of the transcript of Driven's Earnings Call for Q1 2023 held on May 3, 2023.

16. Attached hereto as **Exhibit 14** is a true and correct copy of the transcript of Driven's Earnings Call for Q2 2023 held on August 2, 2023.

17. Attached hereto as **Exhibit 15** is a true and correct copy of the transcript of Driven's Earnings Call for Q3 2023 held on November 1, 2023.

18. Attached hereto as **Exhibit 16** is a true and correct copy of Driven's Quarterly Report (Form 10-Q) for Q3 2022 dated September 24, 2022.

19. Attached hereto as **Exhibit 17** is a true and correct copy of Driven's Quarterly Report (Form 10-Q) for Q2 2023 dated July 1, 2023.

20. Attached hereto as **Exhibit 18** is a true and correct copy of Driven's Press Release (Form 8-K) dated April 27, 2022.

21. Attached hereto as **Exhibit 19** is a true and correct copy of Driven's Press Release (Form 8-K) dated May 3, 2023.

22. Attached hereto as **Exhibit 20** is a true and correct copy of Driven's Press Release (Form 8-K) dated October 26, 2022.

23. Attached hereto as **Exhibit 21** is a true and correct copy of Driven's Press Release (Form 8-K) dated July 27, 2022.

24. Attached hereto as **Exhibit 22** is a true and correct copy of Driven's Press Release (Form 8-K) dated February 16, 2022.

25. Attached hereto as **Exhibit 23** is a true and correct copy of Driven's Press Release (Form 8-K) dated October 27, 2021.

26.     Attached hereto as **Exhibit 24** is a true and correct copy of Tiffany R. Mason's SEC Form 144 dated July 26, 2023.

27.     Attached hereto as **Exhibit 25** is a true and correct copy of Driven's Press Release (Form 8-K/A) dated May 4, 2023 and filed on June 8, 2023.

28.     Attached hereto as **Exhibit 26** is a true and correct copy of the transcript of Driven's Earnings Call for Q3 2021 held on October 27, 2021.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 14th day of October, 2024 in New York, New York.

*/s/ Christopher D. Belelieu*

Christopher D. Belelieu