# EXHIBIT 5

<div align="center">

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**WASHINGTON, DC 20549**

---

# FORM 8-K

---

**CURRENT REPORT**
**Pursuant to Section 13 or 15(d)**
**of the Securities Exchange Act of 1934**

**Date of report (Date of earliest event reported): February 22, 2023**

---

# DRIVEN BRANDS HOLDINGS INC.
**(Exact name of registrant as specified in its charter)**

---

</div>

| **Delaware** | **001-39898** | **47-3595252** |
|:---:|:---:|:---:|
| **(State or other jurisdiction** | **(Commission** | **(I.R.S. Employer** |
| **of incorporation)** | **File Number)** | **Identification No.)** |

<div align="center">

**440 South Church Street, Suite 700**
**Charlotte, North Carolina 28202**
**(Address of principal executive offices) (Zip Code)**

**(704) 377-8855**
**(Registrant's Telephone Number, Including Area Code)**

---

</div>

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the Registrant under any of the following provisions (*see* General Instruction A.2. below):

☐   Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐   Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐   Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐   Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol | Name of each exchange on which registered |
|:---:|:---:|:---:|
| Common Stock, $0.01 par value | DRVN | The Nasdaq Global Select Market |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Act of 1934 (§ 240.12b-2 of this chapter).

Emerging growth company  ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.  ☐

---

<div align="center">

Case 3:23-cv-00895-MOC-DCK   Document 39-5   Filed 10/14/24   Page 2 of 20

</div>

**Item 2.02.**　　　**Results of Operations and Financial Condition**

　　On February 22, 2023, Driven Brands Holdings Inc. (the "Company") issued a press release and related infographic, furnished as Exhibits 99.1 and 99.2, respectively, and incorporated herein by reference, announcing the Company's financial results for the year ended December 31, 2022.

　　The information provided pursuant to Item 2.02, including the exhibits attached hereto, is being furnished and shall not be deemed to be "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), or otherwise subject to the liabilities of that section, nor shall it be deemed to be incorporated by reference in any filing under the Securities Act of 1933, as amended, or the Exchange Act, except as shall be expressly set forth by specific reference in any such filing.

**Item 9.01**　　　**Financial Statements and Exhibits.**

(d) Exhibits

| Exhibit No. | Description |
| --- | --- |
| 99.1 | Press release dated February 22, 2023 |
| 99.2 | Infographic |
| 104 | Cover Page Interactive Data File - the cover page XBRL tags are embedded within the Inline XBRL document |

Case 3:23-cv-00895-MOC-DCK　　Document 39-5　　Filed 10/14/24　　Page 3 of 20

## SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

**DRIVEN BRANDS HOLDINGS INC.**

Date: February 22, 2023

By:     /s/ Scott O'Melia

Name:   Scott O'Melia
Title:    Executive Vice President, General
          Counsel and Secretary

EX-99.1 2 d450827dex991.htm EX-99.1

**Exhibit 99.1**



**Driven Brands Holdings Inc. Reports Record Year of Revenue and**
**Profitability in Fiscal 2022; Issues Fiscal 2023 Guidance**

- **Fiscal 2022 revenue increased 39 percent powered by 14 percent same-store sales growth and 9 percent net store growth**

- **Momentum continued in fourth quarter with the seventh consecutive quarter of double-digit same store-sales growth**

- **Fiscal 2023 guidance reflects powerful customer value proposition and resilient needs-based industry**

**Charlotte, N.C.** (February 22, 2023)—Driven Brands Holdings Inc. (NASDAQ: DRVN) ("Driven Brands" or the "Company") today reported financial results for the fourth quarter and fiscal year ended December 31, 2022.

For the fiscal year, Driven Brands delivered revenue of $2.0 billion, up 39 percent versus the prior year. System-wide sales were $5.6 billion, up 24 percent versus the prior year with 14 percent same-store sales growth and 9 percent net store growth.

Net income increased $33.6 million versus the prior year to $43.2 million or $0.25 per diluted share inclusive of a $125.5 million one-time non-cash impairment charge related to intangible assets in the second quarter as a result of the Company's decision to re-brand its U.S. car wash business. Adjusted Net Income[1] increased 41 percent to $207.9 million or $1.22 per diluted share[1], while Adjusted EBITDA[1] increased 42 percent from the prior year to $513.8 million.

"2022 was a year of record performance and significant strategic progress for Driven Brands. We deepened our competitive moat as our differentiated offering resonated with our customers," said Jonathan Fitzpatrick, President and Chief Executive Officer. "We gained significant market share in this large and growing $350 billion needs-based automotive services category, and we are leveraging our proven playbook to drive long-term, sustainable growth.

"Building on our strong performance last year, we entered the first quarter of 2023 with momentum, excellent visibility into our expense base and a robust development pipeline that provides us with strong line of sight to multi-year growth. Our guidance reflects that momentum, our continued confidence in our business model, the resilience of the category, and a track record of execution."

For the fourth quarter, Driven Brands delivered revenue of $539.7 million, up 38 percent versus the prior year. System-wide sales were $1.5 billion, up 24 percent versus the prior year with 11 percent same-store sales growth and 9 percent net store growth.

Net income increased $66.2 million versus the prior year to $27.4 million or $0.16 per diluted share. Adjusted Net Income[1] increased 35 percent to $42.2 million or $0.25 per diluted share[1], while Adjusted EBITDA[1] increased 54 percent from the prior year to $130.5 million.

Case 3:23-cv-00895-MOC-DCK    Document 39-5    Filed 10/14/24    Page 5 of 20

### Fiscal Year 2022 Highlights[2]

*Comparisons are fiscal year 2022 ended December 31, 2022 versus fiscal year 2021 ended December 25, 2021 unless otherwise noted*

- Revenue increased 39 percent to $2.0 billion, driven by same-store sales and net store growth.

- Consolidated same-store sales increased 14 percent.

- The Company added 393 net new stores during the year.

- Net income increased $33.6 million to $43.2 million or $0.25 per diluted share.

- Adjusted Net Income1 increased 41 percent to $207.9 million or $1.22 per diluted share1.

- Adjusted EBITDA1 increased 42 percent to $513.8 million.

### Fiscal Year 2022 Key Performance Indicators by Segment

| | System-wide Sales (in millions) | Store Count | Same-Store Sales | Revenue (in millions) | Segment Adjusted EBITDA[1] (in millions) |
|---|---|---|---|---|---|
| **Maintenance** | $ 1,616.1 | 1,645 | 16.1% | $ 799.9 | $ 262.6 |
| **Car Wash** | 585.7 | 1,111 | (3.9%)* | 592.7 | 184.7 |
| **Paint, Collision & Glass** | 2,959.0 | 1,846 | 17.1% | 410.9 | 135.4 |
| **Platform Services** | 445.7 | 203 | 12.6% | 196.4 | 72.5 |
| **Corporate / Other** | N/A | N/A | N/A | 33.3 | |
| **Total** | $ 5,606.5 | 4,805 | 14.1% | $2,033.2 | |

\*  Car Wash same-store sales declined 3.9 percent in fiscal year 2022. Foreign exchange rate movement had a 440 basis point negative impact. The impact of foreign exchange rate movement on the remaining segments was not significant.

### Fourth Quarter 2022 Highlights[2]

*Comparisons are fourth quarter 2022 ended December 31, 2022 versus fourth quarter 2021 ended December 25, 2021 unless otherwise noted*

- Revenue increased 38 percent to $539.7 million, driven by same-store sales and net store growth.

- Consolidated same-store sales increased 11 percent.

- The Company added 98 net new stores during the quarter.

- Net income increased $66.2 million to $27.4 million or $0.16 per diluted share.

- Adjusted Net Income1 increased 35 percent to $42.2 million or $0.25 per diluted share1.

- Adjusted EBITDA1 increased 54 percent to $130.5 million.

### Fourth Quarter 2022 Key Performance Indicators by Segment

| | System-wide Sales (in millions) | Store Count | Same-Store Sales | Revenue (in millions) | Segment Adjusted EBITDA[1] (in millions) |
|---|---|---|---|---|---|
| **Maintenance** | $ 448.4 | 1,645 | 16.3% | $ 226.0 | $ 77.3 |
| **Car Wash** | 132.6 | 1,111 | (10.1%)* | 134.6 | 36.2 |
| **Paint, Collision & Glass** | 794.2 | 1,846 | 14.1% | 122.8 | 34.6 |
| **Platform Services** | 92.9 | 203 | 4.1% | 48.0 | 18.1 |
| **Corporate / Other** | N/A | N/A | N/A | 8.3 | |
| **Total** | $ 1,468.1 | 4,805 | 11.4% | $ 539.7 | |

\*  Car Wash same-store sales declined 10.1 percent in the fourth quarter. Foreign exchange rate movement had a 400 basis point negative impact. The impact of foreign exchange rate movement on the remaining segments was not significant.

Case 3:23-cv-00895-MOC-DCK     Document 39-5     Filed 10/14/24     Page 6 of 20

## Capital and Liquidity

During the fourth quarter, the Company closed on a $365 million whole business securitization transaction. Proceeds from the offering were used for general corporate purposes, including the repayment of the revolving credit facilities creating capacity to invest in continued growth.

The Company ended the fiscal year with total liquidity of $617.6 million, consisting of $227.1 million in cash and cash equivalents, and $390.5 million of undrawn capacity on its variable funding securitization senior notes and revolving credit facility. This does not include the additional $135 million Series 2022 Class A-1 Notes that expand our variable funding note borrowing capacity when the company elects to exercise it, assuming certain conditions continue to be met.

## Fiscal Year 2023 Guidance

The following guidance reflects the Company's expectations for fiscal year 2023 ending December 30, 2023:

- Revenue of approximately $2.35 billion.

- Adjusted EBITDA[1] of approximately $590 million.

- Adjusted Earnings Per Share[1] of approximately $1.21.

The Company also expects:

- Same-store sales growth of 5 to7 percent.

- Net store growth of approximately 365:

  - Maintenance: approximately 170 stores of which 70% will be franchised and 30% will be Company-operated

  - Car Wash: approximately 65 stores which will be Company-operated

  - Paint, Collision & Glass: approximately 130 stores of which 25% will be franchised and 75% will be Company-operated.

The Company has not included future M&A in its guidance for fiscal year 2023.

---

[1]   Adjusted EBITDA, Adjusted Net Income and Adjusted Earnings Per Share are non-GAAP financial measures. See "Reconciliation of Non-GAAP Financial Measures" for additional information on non-GAAP financial measures and a reconciliation to the most comparable GAAP measures. Forward-looking estimates of Adjusted EBITDA and Adjusted Earnings Per Share are made in a manner consistent with the relevant definitions and assumptions noted herein.

[2]   The fourth quarter and fiscal year 2022 results include the impact of the 53rd week in fiscal year 2022, which contributed $25 million in revenue, $6 million in Adjusted EBITDA[1] and $0.02 in Adjusted Earnings Per Share[1].

3

## Conference Call

Driven Brands will host a conference call to discuss fourth quarter and fiscal year 2022 results today, Wednesday, February 22, 2023, at 8:30am ET. The call will be available by webcast and can be accessed by visiting Driven Brands' Investor Relations website at investors.drivenbrands.com. A replay of the call will be available until May 2, 2023.

## About Driven Brands

Driven Brands™, headquartered in Charlotte, NC, is the largest automotive services company in North America, providing a range of consumer and commercial automotive needs, including paint, collision, glass, vehicle repair, oil change, maintenance and car wash. Driven Brands is the parent company of some of North America's leading automotive service businesses including Take 5 Oil Change®, Take 5 Car Wash®, Meineke Car Care Centers®, Maaco®, 1-800-Radiator & A/C®, Auto Glass Now®, and CARSTAR®. Driven Brands has more than 4,800 locations across 13 countries, and services over 70 million vehicles annually. Driven Brands' network generates approximately $2.0 billion in annual revenue from more than $5.6 billion in systemwide sales.

## Disclosure Regarding Forward-Looking Statements

This press release contains forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995. These forward-looking statements are generally identified by the use of forward-looking terminology, including the terms "anticipate," "believe," "continue," "could," "estimate," "expect," "intend," "likely," "may," "plan," "possible," "potential," "predict," "project," "should," "target," "will," "would" and, in each case, their negative or other various or comparable terminology. All statements other than statements of historical facts contained in this press release, including statements regarding our strategy, future operations, future financial position, future revenue, projected costs, prospects, plans, objectives of management, and expected market growth are forward-looking statements. In particular, forward-looking statements include, among other things, statements relating to: (i) our strategy, outlook and growth prospects; (ii) our operational and financial targets and dividend policy; (iii) general economic trends and trends in the industry and markets; and (iv) the competitive environment in which we operate. Forward-looking statements are not based on historical facts but instead represent our current expectations and assumptions regarding our business, the economy and other future conditions, and involve known and unknown risks, uncertainties and other important factors that may cause our actual results, performance, or achievements to be materially different from any future results, performance, or achievements expressed or implied by the forward-looking statements. It is not possible to predict or identify all such risks. These risks include, but are not limited to, the risk factors that are described under the section titled "Risk Factors" in our Annual Report on Form 10-K for the fiscal year ended December 25, 2021, our Quarterly Report on Form 10-Q for the fiscal quarter ended September 24, 2022, and in our other filings with the Securities and Exchange Commission, which are available on its website at www.sec.gov. Given these uncertainties, you should not place undue reliance on these forward-looking statements.

Forward-looking statements represent our estimates and assumptions only as of the date on which they are made, and we undertake no obligation to update or review publicly any forward-looking statements, whether as a result of new information, future events or otherwise, except as required by law.

4

**<u>Contacts</u>**

| **Shareholder/Analyst inquiries:** | **Media inquiries:** |
|---|---|
| Kristy Moser | Taylor Blanchard |
| kristy.moser@drivenbrands.com | taylor.blanchard@drivenbrands.com |
| (980) 229-9450 | (704) 644-8129 |

5

Case 3:23-cv-00895-MOC-DCK    Document 39-5    Filed 10/14/24    Page 9 of 20

**DRIVEN BRANDS HOLDINGS INC. AND SUBSIDIARIES**
**CONSOLIDATED STATEMENTS OF OPERATIONS (UNAUDITED)**

| | Three Months Ended | | Year Ended | |
| | December 31, 2022 | December 25, 2021 | December 31, 2022 | December 25, 2021 |
|---|---|---|---|---|
| *(in thousands, except per share amounts)* | | | | |
| Revenue: | | | | |
| Franchise royalties and fees | $ 43,434 | $ 37,173 | $ 171,734 | $ 144,413 |
| Company-operated store sales | 366,921 | 239,838 | 1,324,408 | 843,646 |
| Independently-operated store sales | 36,657 | 43,763 | 195,157 | 204,246 |
| Advertising contributions | 23,943 | 18,934 | 87,750 | 75,599 |
| Supply and other revenue | 68,698 | 52,177 | 254,145 | 199,376 |
| **Total revenue** | 539,653 | 391,885 | 2,033,194 | 1,467,280 |
| Operating expenses: | | | | |
| Company-operated store expenses | 231,894 | 148,742 | 812,262 | 515,837 |
| Independently-operated store expenses | 22,544 | 24,451 | 107,940 | 114,115 |
| Advertising expenses | 24,179 | 18,100 | 87,986 | 74,765 |
| Supply and other expenses | 35,865 | 31,901 | 145,481 | 112,318 |
| Selling, general and administrative expenses | 110,821 | 73,714 | 383,478 | 292,263 |
| Acquisition costs | 5,323 | 59,712 | 15,304 | 62,386 |
| Store opening costs | 953 | 1,137 | 2,878 | 2,497 |
| Depreciation and amortization | 39,528 | 34,055 | 147,156 | 112,777 |
| Trade name impairment | — | — | 125,450 | — |
| Asset impairment charges and lease terminations | 2,745 | 96 | 5,655 | 3,257 |
| **Total operating expenses** | 473,852 | 391,908 | 1,833,590 | 1,290,215 |
| **Operating income (loss)** | 65,801 | (23) | 199,604 | 177,065 |
| Other expenses, net: | | | | |
| Interest expense, net | 35,150 | 23,524 | 114,096 | 75,914 |
| (Gain) loss on foreign currency transactions, net | (13,322) | 14,327 | 17,168 | 20,683 |
| Loss on debt extinguishment | — | — | — | 45,576 |
| **Total other expenses, net** | 21,828 | 37,851 | 131,264 | 142,173 |
| Net income (loss) before taxes | 43,973 | (37,874) | 68,340 | 34,892 |
| Income tax expense | 16,575 | 911 | 25,167 | 25,356 |
| **Net income (loss)** | 27,398 | (38,785) | 43,173 | 9,536 |
| Net loss attributable to non-controlling interests | — | (28) | (15) | (96) |
| **Net income (loss) attributable to Driven Brands Holdings Inc.** | $ 27,398 | $ (38,757) | $ 43,188 | $ 9,632 |
| **Earnings (loss) per share[1]:** | | | | |
| Basic | $ 0.16 | $ (0.23) | $ 0.26 | $ 0.06 |
| Diluted | $ 0.16 | $ (0.23) | $ 0.25 | $ 0.06 |
| **Weighted average shares outstanding:** | | | | |
| Basic | 162,744 | 162,646 | 162,762 | 160,684 |
| Diluted | 166,810 | 162,646 | 166,743 | 164,644 |

6

## DRIVEN BRANDS HOLDINGS INC. AND SUBSIDIARIES

## CONSOLIDATED BALANCE SHEETS (UNAUDITED)

| (in thousands) | December 31, 2022 | December 25, 2021 |
|---|---|---|
| **Assets** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 227,110 | $ 523,414 |
| Restricted cash | 792 | 792 |
| Accounts and notes receivable, net | 179,888 | 117,903 |
| Inventory | 72,040 | 46,990 |
| Prepaid and other assets | 40,084 | 24,326 |
| Income tax receivable | 15,075 | 6,867 |
| Advertising fund assets, restricted | 36,421 | 45,360 |
| Assets held for sale | — | 3,275 |
| **Total current assets** | 571,410 | 768,927 |
| Property and equipment, net | 1,545,738 | 1,350,984 |
| Operating lease right-of-use assets | 1,299,189 | 995,625 |
| Deferred commissions | 7,121 | 10,567 |
| Intangibles, net | 765,903 | 816,183 |
| Goodwill | 2,277,065 | 1,910,392 |
| Other assets | 30,561 | 3,182 |
| Deferred tax assets | 2,911 | 1,509 |
| **Total assets** | $ 6,499,898 | $ 5,857,369 |
| **Liabilities and shareholders' equity** | | |
| Current liabilities: | | |
| Accounts payable | $ 60,606 | $ 83,033 |
| Accrued expenses and other liabilities | 317,318 | 306,956 |
| Income taxes payable | 4,454 | 11,054 |
| Current portion of long-term debt | 24,651 | 26,044 |
| Tax receivable agreement liability | 53,328 | 24,255 |
| Advertising fund liabilities | 36,726 | 26,441 |
| **Total current liabilities** | 497,083 | 477,783 |
| Long-term debt, net | 2,713,616 | 2,356,320 |
| Deferred tax liability | 276,749 | 257,067 |
| Operating lease liabilities | 1,177,501 | 931,604 |
| Tax receivable agreement liability | 117,915 | 131,715 |
| Deferred revenue | 30,046 | 28,240 |
| Accrued expenses and other long-term liabilities | 33,419 | 29,398 |
| **Total liabilities** | 4,846,329 | 4,212,127 |
| Common stock | 1,674 | 1,674 |
| Additional paid-in capital | 1,628,904 | 1,605,890 |
| Retained earnings | 84,796 | 41,607 |
| Accumulated other comprehensive loss | (62,436) | (5,028) |
| **Total shareholders' equity attributable to Driven Brands Holdings Inc.** | 1,652,938 | 1,644,143 |
| **Non-controlling interests** | 631 | 1,099 |
| **Total shareholders' equity** | 1,653,569 | 1,645,242 |
| **Total liabilities and shareholders' equity** | $ 6,499,898 | $ 5,857,369 |

7

**DRIVEN BRANDS HOLDINGS INC. AND SUBSIDIARIES**

**CONSOLIDATED STATEMENTS OF CASH FLOWS (UNAUDITED)**

|  | Fiscal Year Ended | |
|---|---|---|
| *(in thousands)* | December 31, 2022 | December 25, 2021 |
| **Net income** | $ 43,173 | $ 9,536 |
| Adjustments to reconcile net income to net cash provided by operating activities: | | |
| Depreciation and amortization | 147,156 | 112,777 |
| Equity-based compensation expense | 20,583 | 4,301 |
| Trade name impairment cost | 125,450 | — |
| Loss on foreign denominated transactions | 17,147 | 25,324 |
| Bad debt expense | 5,777 | 1,854 |
| Asset impairment costs | 5,655 | 3,257 |
| Amortization of deferred financing costs and bond discounts | 8,450 | 7,002 |
| Amortization of interest rate hedge | (542) | — |
| Loss (gain) on foreign currency derivative | 21 | (4,642) |
| Gain on sale of businesses, fixed assets, and sale-leaseback transactions | (34,854) | (11,353) |
| Provision for deferred income taxes | 20,567 | 9,866 |
| Loss on extinguishment of debt | — | 45,576 |
| Other, net | (21) | (2,183) |
| **Changes in assets and liabilities, net of acquisitions:** | | |
| Accounts and notes receivable, net | (58,837) | (36,395) |
| Inventory | (22,712) | (5,723) |
| Prepaid and other current assets | (30,418) | (30,260) |
| Advertising fund assets and liabilities, restricted | 12,698 | 9,386 |
| Other assets | (23,378) | 483 |
| Deferred commissions | 3,407 | (1,899) |
| Deferred revenue | 1,925 | 6,678 |
| Accounts payable | (34,634) | 6,905 |
| Accrued expenses and other liabilities | 2,898 | 128,871 |
| Income tax payable, net | (12,335) | 4,466 |
| **Cash provided by operating activities** | 197,176 | 283,827 |
| **Cash flows from investing activities:** | | — |
| Capital expenditures | (439,585) | (160,760) |
| Cash used in business acquisitions, net of cash acquired | (763,061) | (800,829) |
| Proceeds from sale-leaseback transactions | 337,178 | 144,134 |
| Proceeds from sale or disposal of businesses and fixed assets | 25,188 | 2,519 |
| **Cash used in investing activities** | (840,280) | (814,936) |

8

**Cash flows from financing activities:**

| | | |
|---|---:|---:|
| Payment of debt issuance cost | (7,172) | (19,756) |
| Proceeds from the termination of interest rate swap | 10,870 | — |
| Proceeds from the issuance of long-term debt | 365,000 | 950,000 |
| Repayment of long-term debt | (23,912) | (721,500) |
| Repayments of revolving lines of credit and short-term debt | (435,000) | (544,800) |
| Proceeds from revolving lines of credit and short-term debt | 435,000 | 526,800 |
| Repayment of principal portion of finance lease liability | (3,369) | (2,199) |
| Proceeds from failed sale-leaseback transactions | (14) | 538 |
| Proceeds from initial public offering, net of underwriting discounts | — | 661,500 |
| Net proceeds from follow-on public offering | — | 99,225 |
| Repurchases of common stock | — | (43,040) |
| Payments for termination of interest rate swaps | — | (21,826) |
| Proceeds from stock option exercises | 340 | 505 |
| Other, net | 1,625 | 89 |
| **Cash provided by financing activities** | 343,368 | 885,536 |
| Effect of exchange rate changes on cash | (2,283) | 558 |
| **Net change in cash, cash equivalents, restricted cash, and cash included in advertising fund assets, restricted** | (302,019) | 354,985 |
| Cash and cash equivalents, beginning of period | 523,414 | 172,611 |
| Cash included in advertising fund assets, restricted, beginning of period | 38,586 | 19,369 |
| Restricted cash, beginning of period | 792 | 15,827 |
| **Cash, cash equivalents, restricted cash, and cash included in advertising fund assets, restricted, beginning of period** | 562,792 | 207,807 |
| Cash and cash equivalents, end of period | 227,110 | 523,414 |
| Cash included in advertising fund assets, restricted, end of period | 32,871 | 38,586 |
| Restricted cash, end of period | 792 | 792 |
| **Cash, cash equivalents, restricted cash, and cash included in advertising fund assets, restricted, end of period** | $ 260,773 | $ 562,792 |

9

## RECONCILIATION OF NON-GAAP FINANCIAL MEASURES

The following information provides definitions and reconciliations of the non-GAAP financial measures presented in this earnings release to the most directly comparable financial measures calculated and presented in accordance with generally accepted accounting principles (GAAP). The company has provided this non-GAAP financial information, which is not calculated or presented in accordance with GAAP, as information supplemental and in addition to the financial measures presented in this earnings release that are calculated and presented in accordance with GAAP. Such non-GAAP financial measures should not be considered superior to, as a substitute for or alternative to, and should be considered in conjunction with, the GAAP financial measures presented in this earnings release. The non-GAAP financial measures in this earnings release may differ from similarly titled measures used by other companies.

### Non-GAAP Financial Measures in Guidance

Driven Brands includes Adjusted EBITDA and Adjusted EPS in the Company's Fiscal Year 2023 Guidance. Adjusted EBITDA and Adjusted EPS are non-GAAP financial measures and have not been reconciled to the most comparable GAAP outlook because it is not possible to do so without unreasonable efforts due to the uncertainty and potential variability of reconciling items, which are dependent on future events and often outside of management's control and which could be significant. Because such items cannot be reasonably predicted with the level of precision required, we are unable to provide outlook for the comparable GAAP measures. Forward-looking estimates of Adjusted EBITDA and Adjusted EPS are made in a manner consistent with the relevant definitions and assumptions noted herein and in our filings with the SEC.

### Adjusted Net Income and Adjusted Earnings Per Share

Adjusted net income attributable to Driven Brands Holdings Inc. ("Adjusted Net Income") and Adjusted diluted earnings per share attributable to Driven Brands common stockholders ("Adjusted Earnings Per Share") are considered non-GAAP financial measures under the SEC's rules because they exclude certain amounts included in the net income attributable to Driven Brands common stockholders and diluted earnings per share attributable to Driven Brands common stockholders calculated in accordance with GAAP. Management believes that Adjusted Net Income and Adjusted EPS are meaningful measures to share with investors because they facilitate comparison of the current period performance with that of the comparable prior period. In addition, Adjusted Net Income and Adjusted Earnings Per Share afford investors a view of what management considers to be Driven Brands' core earnings performance as well as the ability to make a more informed assessment of such earnings performance with that of the prior period.

The tables below reflect the calculation of Adjusted Net Income and Adjusted Earnings Per Share for the fourth quarter and fiscal year ended December 31, 2022 compared to the fourth quarter and fiscal year ended December 25, 2021.

10

10/9/24, 2:08 PM


EX-99.1

**Adjusted Net Income and Adjusted Earnings Per Share (Unaudited)**

| | Three Months Ended | | Year Ended | |
|---|---|---|---|---|
| *(in thousands, except per share amounts)* | December 31, 2022 | December 25, 2021 | December 31, 2022 | December 25, 2021 |
| Net income (loss) | $ 27,398 | $ (38,785) | $ 43,173 | $ 9,536 |
| Acquisition related costs[a] | 5,323 | 59,712 | 15,304 | 62,386 |
| Non-core items and project costs, net[b] | 16,805 | 1,746 | 20,241 | 5,656 |
| Straight-line rent adjustment[c] | 3,435 | 3,228 | 14,965 | 11,619 |
| Equity-based compensation expense[d] | 8,424 | 1,357 | 20,583 | 4,301 |
| Foreign currency transaction (gain) loss, net[e] | (13,322) | 14,327 | 17,168 | 20,683 |
| Bad debt recovery[f] | — | (3,183) | (449) | (3,183) |
| Trade name impairment[g] | — | — | 125,450 | — |
| Asset sale leaseback (gain) loss, impairment and closed store expenses[h] | (8,835) | (11,940) | (29,083) | (8,935) |
| Loss on debt extinguishment[i] | — | — | — | 45,576 |
| Amortization related to acquired intangible assets[j] | 8,775 | 4,676 | 27,059 | 18,551 |
| Provision for uncertain tax positions[k] | (224) | (62) | (148) | (313) |
| Valuation allowance for deferred tax asset[l] | 3,051 | 4,400 | 3,051 | 4,400 |
| Adjusted net income before tax impact of adjustments | 50,830 | 35,476 | 257,314 | 170,277 |
| Tax impact of adjustments[l] | (8,641) | (4,314) | (49,437) | (23,282) |
| **Adjusted net income** | 42,189 | 31,162 | 207,877 | 146,995 |
| Net loss attributable to non-controlling interest | — | (28) | (15) | (96) |
| **Adjusted net income attributable to Driven Brands Holdings Inc.** | $ 42,189 | $ 31,190 | $ 207,892 | $ 147,091 |
| Adjusted Earnings Per Share | | | | |
| Basic[1] | $ 0.25 | $ 0.19 | $ 1.25 | $ 0.90 |
| Diluted[1] | $ 0.25 | $ 0.18 | $ 1.22 | $ 0.88 |
| Weighted average shares outstanding | | | | |
| Basic | 162,744 | 162,646 | 162,762 | 160,684 |
| Diluted | 166,810 | 166,671 | 166,743 | 164,644 |

(1) Adjusted earnings per share is calculated under the two-class method. Under the two-class method, adjusted earnings per share is calculated using adjusted net income attributable to common shares, which is derived by reducing adjusted net income by the amount attributable to participating securities. Adjusted net income attributable to participating securities used in the basic earnings per share calculation was $0.9 million and $4.4 million for the three months and year ended December 31, 2022, respectively, and adjusted net income attributable to participating securities used in the diluted earnings per share calculation was $0.8 million and $3.9 million for the three months and year ended December 31, 2022, respectively.

**Adjusted EBITDA**

Adjusted EBITDA is considered a non-GAAP financial measure under the Securities and Exchange Commission's ("SEC") rules because it excludes certain amounts included in net income calculated in accordance with GAAP. Management believes that Adjusted EBITDA is a meaningful measure to share with investors because it facilitates comparison of the current period performance with that of the comparable prior period. In addition, Adjusted EBITDA affords investors a view of what management considers to be Driven Brand's core operating performance as well as the ability to make a more informed assessment of such operating performance as compared with that of the prior period.

Please see the company's Annual Report on Form 10-K for the fiscal year ended December 25, 2021 filed with the SEC on March 18, 2022 for additional information on Adjusted EBITDA. The tables below reflect the calculation of Adjusted EBITDA for the fourth quarter and fiscal year ended December 31, 2022 compared to the fourth quarter and fiscal year ended December 25, 2021.

**Net Income to Adjusted EBITDA Reconciliation (Unaudited)**

| | Three Months Ended | | Year Ended | |
| --- | --- | --- | --- | --- |
| *(in thousands)* | December 31, 2022 | December 25, 2021 | December 31, 2022 | December 25, 2021 |
| Net income (loss) | $ 27,398 | $ (38,785) | $ 43,173 | $ 9,536 |
| Income tax expense | 16,575 | 911 | 25,167 | 25,356 |
| Interest expense, net | 35,150 | 23,524 | 114,096 | 75,914 |
| Depreciation and amortization | 39,528 | 34,055 | 147,156 | 112,777 |
| EBITDA | $ 118,651 | $ 19,705 | $ 329,592 | $ 223,583 |
| Acquisition related costs[a] | 5,323 | 59,712 | 15,304 | 62,386 |
| Non-core items and project costs, net[b] | 16,805 | 1,746 | 20,241 | 5,656 |
| Straight-line rent adjustment[c] | 3,435 | 3,228 | 14,965 | 11,619 |
| Equity-based compensation expense[d] | 8,424 | 1,357 | 20,583 | 4,301 |
| Foreign currency transaction (gain) loss, net[e] | (13,322) | 14,327 | 17,168 | 20,683 |
| Bad debt recovery[f] | — | (3,183) | (449) | (3,183) |
| Trade name impairment [g] | — | — | 125,450 | — |
| Asset sale leaseback (gain) loss, impairment and closed store expenses[h] | (8,835) | (11,940) | (29,083) | (8,935) |
| Loss on debt extinguishment[i] | — | — | — | 45,576 |
| **Adjusted EBITDA** | $ 130,481 | $ 84,952 | $ 513,771 | $ 361,686 |

12

Case 3:23-cv-00895-MOC-DCK     Document 39-5     Filed 10/14/24     Page 16 of 20

**Adjusted EBITDA, Adjusted Net Income and Adjusted Earnings Per Share Footnotes**

a.   Consists of acquisition costs as reflected within the consolidated statement of operations, including legal, consulting and other fees and expenses incurred in connection with acquisitions completed during the applicable period, as well as inventory rationalization expenses incurred in connection with acquisitions. We expect to incur similar costs in connection with other acquisitions in the future and, under U.S. GAAP, such costs relating to acquisitions are expensed as incurred and not capitalized.

b.   Consists of discrete items and project costs, including third-party consulting and professional fees associated with strategic transformation initiatives, as well as a $15 million change in estimate related to the Tax Receivable Agreement that we entered into at the IPO related to the filing of our 2021 tax returns in the fourth quarter 2022.

c.   Consists of the non-cash portion of rent expense, which reflects the extent to which our straight-line rent expense recognized under U.S. GAAP exceeds or is less than our cash rent payments.

d.   Represents non-cash equity-based compensation expense.

e.   Represents foreign currency transaction gains/losses, net that primarily related to the remeasurement of our intercompany loans. These losses are partially offset by unrealized gains/losses on remeasurement of cross currency swaps and forward contracts.

f.   Represents the recovery of previously uncollectible receivables outside of normal operations.

g.   Relates to an impairment of certain Car Wash trade names as the Company elected to discontinue their use.

h.   Relates to net (gain) loss on sale leasebacks, the discontinuation of the use of a trade name, as well as impairment of certain fixed assets and operating lease right-of-use assets related to closed locations. Also represents lease exit costs and other costs associated with stores that were closed prior to the respective lease termination dates.

i.   Represents the write-off of debt issuance costs associated with early termination of debt.

j.   Consists of amortization related to acquired intangible assets as reflected within depreciation and amortization in the consolidated statements of operations.

k.   Represents uncertain tax positions recorded for tax positions, inclusive of interest and penalties.

l.   Represents the tax impact of adjustments associated with the reconciling items between net income and Adjusted Net Income, excluding the provision for uncertain tax positions and valuation allowance for certain deferred tax assets. To determine the tax impact of the deductible reconciling items, we utilized statutory income tax rates ranging from 9% to 36%, depending upon the tax attributes of each adjustment and the applicable jurisdiction.

Case 3:23-cv-00895-MOC-DCK   Document 39-5   Filed 10/14/24   Page 17 of 20

**DRIVEN BRANDS HOLDINGS INC. AND SUBSIDIARIES**

**ADJUSTED EBITDA AND SEGMENT ADJUSTED EBITDA RECONCILIATION (UNAUDITED)**

| | Three Months Ended | | Year Ended | |
| | December 31, 2022 | December 25, 2021 | December 31, 2022 | December 25, 2021 |
|---|---|---|---|---|
| *(in thousands)* | | | | |
| **Segment Adjusted EBITDA:** | | | | |
| Maintenance | $ 77,284 | $ 46,178 | $ 262,608 | $ 179,073 |
| Car Wash | 36,222 | 37,841 | 184,717 | 153,065 |
| Paint, Collision & Glass | 34,600 | 21,197 | 135,447 | 82,731 |
| Platform Services | 18,067 | 12,090 | 72,538 | 56,954 |
| Corporate and other | (34,739) | (31,217) | (138,661) | (107,640) |
| Store opening costs | (953) | (1,137) | (2,878) | (2,497) |
| **Adjusted EBITDA** | $ 130,481 | $ 84,952 | $ 513,771 | $ 361,686 |

14

**DRIVEN BRANDS HOLDINGS INC. AND SUBSIDIARIES**

**ADDITIONAL INFORMATION ON KEY PERFORMANCE INDICATORS (UNAUDITED)**

| (in thousands) | Three Months Ended December 31, 2022 | | | | |
|---|---|---|---|---|---|
| | Maintenance | Car Wash | Paint, Collision & Glass | Platform Services | Total |
| **System-wide Sales** | | | | | |
| Franchise stores | $ 253,074 | $ — | $ 719,646 | $91,801 | $1,064,521 |
| Company-operated stores | 195,309 | 95,976 | 74,576 | 1,060 | 366,921 |
| Independently operated Stores | — | 36,657 | — | — | 36,657 |
| **Total System-wide Sales** | $ 448,383 | $132,633 | $794,222 | $92,861 | $1,468,099 |
| **Store Count (in whole numbers)** | | | | | |
| Franchise stores | 1,052 | — | 1,628 | 202 | 2,882 |
| Company-operated stores | 593 | 390 | 218 | 1 | 1,202 |
| Independently operated Stores | — | 721 | — | — | 721 |
| **Total Store Count** | 1,645 | 1,111 | 1,846 | 203 | 4,805 |

| (in thousands) | Three Months Ended December 25, 2021 | | | | |
|---|---|---|---|---|---|
| | Maintenance | Car Wash | Paint, Collision & Glass | Platform Services | Total |
| **System-wide Sales** | | | | | |
| Franchise stores | $ 192,785 | $ — | $ 622,787 | $82,954 | $ 898,526 |
| Company-operated stores | 137,984 | 80,260 | $ 20,500 | $ 1,094 | 239,838 |
| Independently operated Stores | — | 43,763 | — | — | 43,763 |
| **Total System-wide Sales** | $ 330,769 | $124,023 | $643,287 | $84,048 | $1,182,127 |
| **Store Count (in whole numbers)** | | | | | |
| Franchise stores | 962 | — | 1,608 | 200 | 2,770 |
| Company-operated stores | 543 | 330 | 40 | 1 | 914 |
| Independently operated Stores | — | 728 | — | — | 728 |
| **Total Store Count** | 1,505 | 1,058 | 1,648 | 201 | 4,412 |

15

|  |  |  | Year Ended December 31, 2022 | | |
| --- | --- | --- | --- | --- | --- |
| *(in thousands)* | Maintenance | Car Wash | Paint, Collision & Glass | Platform Services | Total |
| **System-wide Sales** | | | | | |
| Franchise stores | $ 923,153 | $ — | $2,723,047 | $440,691 | $4,086,891 |
| Company-operated stores | 692,947 | 390,502 | 235,924 | 5,035 | 1,324,408 |
| Independently operated Stores | — | 195,157 | — | — | 195,157 |
| **Total System-wide Sales** | $1,616,100 | $585,659 | $2,958,971 | $445,726 | $5,606,456 |
| **Store Count (in whole numbers)** | | | | | |
| Franchise stores | 1,052 | — | 1,628 | 202 | 2,882 |
| Company-operated stores | 593 | 390 | 218 | 1 | 1,202 |
| Independently operated Stores | — | 721 | — | — | 721 |
| **Total Store Count** | 1,645 | 1,111 | 1,846 | 203 | 4,805 |

|  |  |  | Year Ended December 25, 2021 | | |
| --- | --- | --- | --- | --- | --- |
| *(in thousands)* | Maintenance | Car Wash | Paint, Collision & Glass | Platform Services | Total |
| **System-wide Sales** | | | | | |
| Franchise stores | $ 759,940 | $ — | $2,345,428 | $386,163 | $3,491,531 |
| Company-operated stores | 503,719 | 277,118 | 57,804 | $ 5,005 | 843,646 |
| Independently operated Stores | — | 204,246 | — | — | 204,246 |
| **Total System-wide Sales** | $1,263,659 | $481,364 | $2,403,232 | $391,168 | $4,539,423 |
| **Store Count (in whole numbers)** | | | | | |
| Franchise stores | 962 | — | 1,608 | 200 | 2,770 |
| Company-operated stores | 543 | 330 | 40 | 1 | 914 |
| Independently operated Stores | — | 728 | — | — | 728 |
| **Total Store Count** | 1,505 | 1,058 | 1,648 | 201 | 4,412 |

16