# EXHIBIT 8

 

27-Apr-2022

# Driven Brands Holdings, Inc. (DRVN)

## Q1 2022 Earnings Call

**FACTSET: call**street

1-877-FACTSET www.callstreet.com

Total Pages: 21

Copyright © 2001-2022 FactSet CallStreet, LLC


# CORPORATE PARTICIPANTS

**Jonathan G. Fitzpatrick**
*President, Chief Executive Officer & Director, Driven Brands Holdings, Inc.*

**Tiffany L. Mason**
*Executive Vice President & Chief Financial Officer, Driven Brands Holdings, Inc.*

# OTHER PARTICIPANTS

**Michael Kessler**
*Analyst, Morgan Stanley & Co. LLC*

**Christopher Horvers**
*Analyst, JPMorgan Securities LLC*

**Peter S. Benedict**
*Analyst, Robert W. Baird & Co., Inc.*

**Elizabeth Lane Suzuki**
*Analyst, Bank of America Merrill Lynch*

**Kate McShane**
*Analyst, Goldman Sachs & Co. LLC*

**Sharon Zackfia**
*Analyst, William Blair & Co. LLC*

**Chris O'Cull**
*Analyst, Stifel, Nicolaus & Co., Inc.*

**Karen Short**
*Analyst, Barclays Capital, Inc.*

**Peter Jacob Keith**
*Analyst, Piper Sandler & Co.*

# MANAGEMENT DISCUSSION SECTION

**Operator**: Good morning and welcome to Driven Brands' First Quarter 2022 Earnings Conference Call. My name is Chris, and I'll be your conference operator today. As a reminder, this call is being recorded.

Joining the call this morning are Jonathan Fitzpatrick, President and Chief Executive Officer; Tiffany Mason, Executive Vice President and Chief Financial Officer; and Rachel Webb, Vice President of Investor Relations. During today's call, management will refer to certain non-GAAP financial measures.

You can find the reconciliations to the most directly comparable GAAP financial measures on the company's Investor Relations website and in its filings with the Securities and Exchange Commission. Please be advised that during the course of this call, management may also make forward-looking statements that reflect expectations for the future. These statements are based on current information, and actual results may differ materially from these expectations. Factors that may cause actual results to differ materially from expectations are detailed in the company's SEC filings, including the Form 8-K filed today containing the company's earnings release.

Information about any non-GAAP financial measures referenced, including a reconciliation of those measures to GAAP measures can also be found in the company's SEC filings and the earnings release available on the Investor Relations website. Today's prepared remarks will be followed by a question-and-answer session. We ask that you limit yourself to one question and one follow-up. [Operator Instructions]

Case 3:23-cv-00895-MOC-DCK    Document 39-8    Filed 10/14/24    Page 3 of 22


I'll now turn the call over to Jonathan. Please go ahead, sir.

## Jonathan G. Fitzpatrick
*President, Chief Executive Officer & Director, Driven Brands Holdings, Inc.*

Thank you, and good morning. We had another great quarter across the board, our fifth as a public company, and are excited to share the results over the course of today's call. Driven is the largest automotive services company in North America. Our diversified portfolio of needs-based services provides many levers to grow revenue and profit through same-store sales, new units, and M&A. Our total addressable market is massive, over $300 billion and growing, and yet we have less than 5% share in this highly fragmented industry.

We will continue to grow and generate cash because of our core competitive advantages; our multiple levers to open new units; we can franchise, build, or buy; our supply chain capabilities that keep us in stock and allow us to take share and price when others cannot; our scale, which is growing, is a sustainable and increasingly significant competitive advantage in our highly fragmented industry. Over the long-term, Driven has and will consistently deliver organic double-digit revenue growth and double-digit adjusted EBITDA growth.

That, together with our asset-light business model, means we generate a ton of cash. And our needs-based services and franchise business model help insulate our profit from the impacts of inflation. We then invest that cash to further accelerate our growth by building new units and layering on acquisitions, which, as we have proven, adds massive incremental upside to our model. Our Dream Big Plan of at least $850 million of adjusted EBITDA by 2026 is on track. Exceeding that plan is now our primary focus. And we're making great strides already. Driven is growth and cash.

I want to take a moment to highlight our Q1 results. And all credit goes to our team, our amazing franchisees, and our loyal and long-term customers. Compared to Q1 of 2021, consolidated same-store sales were positive 16%. Revenue increased 42% to $468 million. Adjusted EBITDA increased 52% to $119 million. And adjusted EPS increased 47% to $0.28. Another top to bottom beat, and our fifth in a row as a public company.

The world has changed since our last earnings call on February 16. I'll take a few minutes to address how these factors have had limited impact on Driven, how Driven continue to grow in Q1, and the confidence we have in the balance of 2022. Inflationary pressures have accelerated recently with the war in Ukraine, higher gas prices, rising interest rates and, of course, the ongoing labor and supply chain challenges.

Let me explain how these macro conditions impact Driven in terms of consumer demand, labor, supply chain, and pricing. We have not experienced any material impact to consumer demand in the first quarter and we do not expect any material impact to demand as we look at the balance of 2022. A few reasons for this. Most importantly, Driven provides needs-based services. Our businesses perform well because of the non-discretionary aspect of maintaining an automobile. Our core customer has been driving and will continue to drive even with elevated gas prices. Our core customers are also benefiting from higher wages and recent surveys indicate that customers are adjusting to the rising core living expenses such as gas and groceries. This mirrors what we have seen from history. Q1 of 2020, in 2007 and 2008 that Driven performs well even in the most difficult economic conditions.

Next, labor. We continue to deliver share gains across every segment. One of the contributing factors is our own and our franchisees' ability to staff locations and the quality of our people. As I have mentioned before, we and our franchisees are not immune to the labor challenges, but we have several competitive and structural advantages relative to our competition. Variable compensation is a core tenet for Driven and our franchisees, and

Case 3:23-cv-00895-MOC-DCK   Document 39-8   Filed 10/14/24   Page 4 of 22



most employees have variable comp as part of their total comp. Our franchisees are extremely resourceful owner operators and know how to recruit and retain employees for their businesses.

We operate better hours of operation compared to other retailers. Most employees have nights, and in many cases, Sundays off. Many of our positions don't require skilled labor. And many of our employees like cars and the opportunity to work within automotive, which means it is more than just a job.

Finally, we are growing and that means we have significant advancement opportunities. As an example, more than 70% of our above-shop leaders in the Take 5 quick lube business were internally promoted from our shops as we've expanded. This availability of our career path, not just the job, has a meaningful impact on our ability to recruit and retain.

Next, let's talk about supply chain. Scale continues to provide Driven a competitive advantage, particularly when you consider 80% of our competition is small chains and independent operators. This scale allows us to get preferred access to product at the best possible terms. We have multiple, strategic supplier relationships in our key businesses. We have dedicated resources whose sole focus is to ensure that we have product in our stores. Our ability to leverage data analytics, to order in advance, leverage our scale, our balance sheet, strategic supplier partnerships and preferred vendor status means that we are taking share when others don't have product.

The last element of the inflation equation is retail pricing. We offer non-discretionary needs-based services. This means even as prices rise, consumers continue to get their vehicles repaired, maintained, washed and they're all changed, and it will be very low on the list of services that are downsized when spending is squeezed.

We continually evaluate our prices at our company stores to both protect our margins while still providing value to our customers. We have done this strategically over the past 18 months in our company Take 5 locations. And we have not seen any material negative impact to traffic or customer satisfaction. We will continue to manage price prudently to protect margins and ensure customers continue visiting our locations.

Our franchisees, who manage their own pricing, are extremely adept at understanding how, when and where to take price. This is the ownership mentality at work. Our average check is $842 across the Driven portfolio, as low as $10 for car wash and as high as $3,500 for collision. The ability to pass on small percentage increases has been proven for non-discretionary needs-based services.

So in summary, despite multiple inflationary challenges, which we are not immune to, Driven Brands continues to grow and take share. We remain as confident as ever in our ability to deliver on our short-, medium- and long-term goals. This is the power of our growing scale and sophistication in this highly fragmented needs-based industry. It is also important to note that despite these challenges, we have not lost focus on our growth across all our businesses.

As a result, growth has continued at Driven. We continue to franchise, build and buy new stores, and we have made significant progress across our three primary growth levers.

Let me spend some time on the three highest growth priorities at Driven: quick lube, car wash and glass. We are growing all three businesses at the same time. This is the power of the Driven model; multiple complementary levers to grow, company, franchise and M&A. And we have the track record of doing this successfully over time. This is why we are so confident in our 2026 goal of at least $850 million of adjusted EBITDA. These three

Case 3:23-cv-00895-MOC-DCK    Document 39-8    Filed 10/14/24    Page 5 of 22


businesses share several characteristics: simple operating models, highly fragmented competition, significant whitespace in terms of unit growth and very strong unit-level economics.

These highest growth businesses are supported by the rest of our highly cash-generative and asset-light businesses. This is what makes Driven such a powerful engine, growth and cash.

Let's start with Take 5 quick lube, the stay-in-your-car 10-minute oil change. Our Take 5 quick lube business continues to grow revenue, same-store sales, units and profits. This is a superior operating model with best-in-class unit-level economics. That is why we have a pipeline of 750 stores, which will open over the next three to four years. Our franchise quick lube business is doubling annually, 37 units in Q1 2020, 77 units in Q1 2021 and 159 units in Q1 2022. We expect to add approximately 100 new franchise locations in 2022, and our total franchise pipeline now sits at over 600 locations.

Our franchisees have secured 180 sites, and this gives us great visibility into franchise unit growth for the next three to four years. Our franchisees in quick lube are typically larger and well-capitalized, many with existing multi-unit businesses in other sectors. They are attracted to the Take 5 business because of the superior operating model, unit-level economics and returns. Today, we have 56 franchisees and 30% of those franchisees have already signed a second or third development agreement.

Approximately half of the stores in our current pipeline will come from existing franchisees. These are franchisees who are so pleased with their initial units that they have come back, sometimes repeatedly, for the rights to open more. We will continue to open significantly more franchise than company units in the future. Our company stores are generating four-wall EBITDA margins of 40%, and we are on track to open approximately 50 new units in 2022.

In summary, the quick lube business is performing extremely well on all fronts, and we expect this to continue for many years to come. Take 5 quick lube is the blueprint we are applying to our newer growth assets: car wash and glass. I find it helpful to remind folks that we have been in the car wash business for 18 months. And I'm very pleased with our overall progress, both domestically and internationally.

Driven has the largest car wash footprint in the world, with over 1,000 locations at the end of Q1 2022. Q1 same-store sales of 7% was a solid performance. We have 725 stores approximately in our international car wash division, which operate under the IMO brand, predominantly in the UK and Germany. These stores are independently operated, which is similar to a franchise model.

I mentioned our scaled international business because this is a very powerful source of revenue, profits and best practices for our company-owned business in the United States. Our international car wash business is run by Tracy Gehlan, based in the UK, who has decades of experience running large-scaled multi-unit platforms. Tracy and her team have done a terrific job with that business over the last 18 months.

In the US, John Teddy and his team continue to make great strides. We continue to strengthen this team with great talent from both the car wash industry and best-in-class retailers. I'm very pleased with the progress on standardizing operations, merchandising, labor, and margin management.

Here are just some of the highlights from our first 18 months in this business. We have added 142 locations in the US. That represents more than one a week. We have grown our greenfield pipeline to over 180 locations and expect to open approximately 40 to 50 greenfield locations in 2022. That is almost one per week.

Case 3:23-cv-00895-MOC-DCK   Document 39-8   Filed 10/14/24   Page 6 of 22



And we are optimistic that we can significantly accelerate that number in 2023 and beyond. We are actively working on a single national branding strategy in the US, and we'll share more details on future calls. We have opened our first co-development sites with our Take 5 quick lube business. We continue to be acquisitive, but disciplined with the multiples we are willing to pay in this extremely frothy market.

We have more than doubled wash club subscribers from 220,000 18 months ago to now over 530,000. And we are leveraging our Driven customer data to drive trial at our US car wash locations. We have grown revenue 80% and profits at 130% over the last 18 months.

And we have achieved all of this in 18 months, not 20 or 30 years. And as I've said before, we love the car wash business for its simple operating model, efficient labor model, subscription revenue stream, strong returns on capital and whitespace for unit growth. We are still early in our car wash journey and have massive conviction in the future growth and profitability for this business. And our confidence comes from running the proven playbook we leverage to grow the quick lube business, and it is underpinned by very similar, strong unit level economics.

Car wash four-wall EBITDA margins are in the high-30%s, with cash-on-cash returns of approximately 40%. The future is very promising for our car wash business in terms of same-store sales, units, M&A and profit growth. Similar growth at Quick Lube took us three to four years. So our team is getting faster at executing the Driven Brands' playbook, and we think we'll have even more rapid progress in our glass business.

Now, let's turn to our third growth priority at Driven, glass. A quick refresh on why we are so excited about the opportunity. We completed the acquisition of Auto Glass Now in late December. AGN is a great starting platform for our entry into the US glass market, because just like our Quick Lube and Car Wash businesses, it has a simple and differentiated operating model, a simple menu and simple building. This translates into strong unit level economics, AUVs of $1 million, mid-20% four wall EBITDA margins, and cash on cash returns we are excited about because of the low initial investment. AGN is a business where we can leverage our growth blueprint and significantly accelerate our presence in this segment.

Our thesis on the glass opportunity is simple. This is a $5 billion plus growing market in North America. It's highly fragmented like all parts of automotive aftermarket. There's tailwinds with the increasing need for calibration. Glass repair and replacement is required for all vehicle types. We can leverage our existing same-store sales levers, including our 20-plus million unique retail customers, our deep insurance relationships, and our fleet customers to grow this business. We've learned a lot about the glass operating model since we entered the Canadian market in 2019, and Mike Macaluso and his team are unlocking the opportunity we underwrote with this business.

I'm very pleased with our progress over the first 90 days. We have integrated the AGN acquisition into the Driven platform. We have the right team in place to run and grow this business. We have made very good progress in terms of new unit pipeline, which is growing weekly. We guided to 35 new locations in 2022, and that is very much on track. Our M&A pipeline is developing, and we expect 2022 to be robust in terms of bolt-on acquisitions at attractive multiples. We're making good progress with Driven's existing fleet and insurance partners, and introducing them to our glass capabilities. And we're pleased with the 25% plus margins and customer demand. We're repeating our proven growth playbook and getting better each time we do it.

As we generate cash, we continue to reinvest in the business in 2022. Growth capital will be spent on new company units for Quick Lube, Car Wash and now glass. We have plenty of available capital and look forward to growing all three businesses at the same time. And remember, we are growing franchise stores as well. Between company and franchise stores, our pipeline currently sits at over 1,200 units. We have also budgeted capital to

Case 3:23-cv-00895-MOC-DCK    Document 39-8    Filed 10/14/24    Page 7 of 22


invest into the existing US Car Wash store base. We'll be investing in store remodels and upgrades and will continue to invest in having one US brand, Take 5 Car Wash. And as always, we will continue to be acquisitive, and you can expect additional growth capital to be deployed into Car Wash and glass.

Now, pulling everything together into 2022 guidance and our longer-term outlook, just as a reminder that as we said on our last call, we will be updating fiscal year 2022 guidance in connection with Q2 earnings. We remain bullish on 2022 and remain confident in the business' performance and our ability to meet or exceed our full year guidance of at least $465 million of adjusted EBITDA. And we feel good about the momentum in our business because the team and strategy are in place. It's about execution. Every segment is performing well, growing, taking share and generating cash. Our pipeline for unit growth, franchise, company-owned and M&A is very strong. Our digital and data unlock is underway. Nothing is modeled for 2022, but we expect it will provide upside. Our scale gives us a competitive advantage, which continues to expand and compound.

Our dream big plan of at least $850 million of adjusted EBITDA by the end of 2026 is very much on track, and we're confident in our ability to beat it, and the addition of the US glass business adds to our conviction. And we're believers in this long-term plan because we are a compound grower. Our growth is low risk because of our current market share. We generate a lot of cash, which we reinvest back into growth. Scale is driving even bigger competitive advantages. Our business model works well in all economic cycles, and finally we execute and do what we say we're going to do. And you can see this very clearly in our Q1 2022 results and our confidence around 2022. Momentum continuous to build. Driven is growth and cash.

I'll now turn it over to Tiffany for a deeper dive into the Q1 financials. Tiffany?

## Tiffany L. Mason
*Executive Vice President & Chief Financial Officer, Driven Brands Holdings, Inc.*

Thanks, Jonathan. And good morning, everyone. Our fiscal 2022 is off to a great start. We posted strong first quarter results despite the new macroeconomic factors that Jonathan outlined which impacted the retail industry this quarter. And we have positioned ourselves well to continue to post strong results throughout the remainder of 2022. The entire Driven Brands team has worked diligently to ensure that we have the right service offering, inventory and marketing strategies to capitalize on consumer demand. Vehicle miles traveled are still expected to increase in 2022, and there will continue to be an influx of demand as consumers look to bring extra miles out of their vehicles. Driven Brands provides best-in-class services in an efficient manner, which should allow us to continue to gain market share.

Diving into our first quarter results, system-wide sales were $1.3 billion from which we generated $468 million of revenue. Adjusted EBITDA was $119 million, and adjusted EPS was $0.28, another top to bottom beat. System-wide sales growth in the quarter was driven by same-store sales growth, as well as the addition of new stores. We have tremendous whitespace to continue growing our store accounts in this $300-plus billion, highly fragmented and growing industry. Our franchise, company greenfield and M&A pipelines are all robust, and we are aggressively growing our footprint.

In the first quarter, we added 114 net new stores, which included 79 AGN sites, creating the platform to expand our glass business into the US, and we continue to lean into opportunities in the Quick Lube and Car Wash businesses. Same-store sales growth was 16% for the quarter. We posted double-digit comps each month of the quarter despite the surge of the Omicron variant in January and rising gas prices in March. And we once again outpaced the industry across all business segments. Our same-store sales grew through a combination of car count and average ticket increases. We continued to experience positive car count as a result of our best-in-class

Case 3:23-cv-00895-MOC-DCK   Document 39-8   Filed 10/14/24   Page 8 of 22


marketing and customer experience, and average ticket benefited from pricing actions as a result of inflation as well as the increasing complexity of vehicles.

Now remember, we are approximately 80% franchised, so not all segments contribute to revenue proportionately. For example, PC&G was over half of system-wide sales this quarter, but only about 17% of revenue, because it's effectively all franchised with lower average royalty rates. Maintenance and Car Wash are a mix of franchised and company-operated, contributing approximately 40% and 35% of revenue respectively. As always, this is provided on our infographic, which is posted on our Investor Relations website. When you put unit growth and same-store sales growth in the blender and account for our franchise mix, our reported revenue in the quarter was $468 million, an increase of 42% versus the prior year.

From an expense perspective, we continue to carefully manage site level expenses across the portfolio. In fact, prudent expense management, together with the strong sales volume drove four-wall margins of 39% at company-operated stores. And above shop, SG&A as a percentage of revenue was 21% in the quarter, over 150 basis points of improvement versus last year. This resulted in adjusted EBITDA of $119 million for the quarter, an increase of 52% versus the prior year. Adjusted EBITDA margin was 25%, extending over 160 basis points year-over-year, a testament to the power of the Driven Brands model.

Depreciation and amortization expense was $33 million. This $9 million increase versus the prior year was primarily attributable to the growth in company-operated stores. An interest expense was $25 million. This $7 million increase versus the prior year was primarily attributable to increased debt levels as we leaned into opportunities across our Quick Lube, Car Wash and glass businesses. For the first quarter, we delivered adjusted net income of $48 million and adjusted EPS of $0.28. You can find a reconciliation of adjusted net income, adjusted EPS and adjusted EBITDA in today's release.

Now, a bit more color on our first quarter results by segment. The Maintenance segment posted positive same-store sales of 19%. Maintenance continues to benefit from more targeted digital marketing. And we have passed along a series of retail price increases while maintaining our premium oil mix, driving an increase in average ticket. In the first quarter, we also had a 30% attachment rate of ancillary products such as wiper blades, cabin air filters and coolant exchange, also contributing to a higher average ticket. The Car Wash segment posted positive same-store sales of 7%. The number of wash club members grew by an additional 100,000 in the first quarter, equating to approximately 50% of sales. This is an increase of over 300,000 members since the acquisition in August of 2020.

This is a great recurring revenue stream that provides a level of predictability to this business. Non-wash club revenue per wash continues to increase as well, the result of a simplified menu board and the focus that our teams have placed on improved selling techniques. We are actively testing the rebranding of our Car Wash locations in Nashville to the trusted Take 5 brand name, which will help determine the go-forward brand strategy and operating playbook for our US Car Wash business. The test kicked off in early April and we'll provide an update on our next earnings call. To date, between the national test, new company-operated greenfield units and M&A conversions in other markets, 75 of our US car washes are branded Take 5.

The Paint, Collision & Glass segment posted positive same-store sales of 14%. We added over 200 direct repair programs with insurance carriers in the first quarter. That compares to 650 for the entirety of fiscal 2021. Our expanding commercial partnerships are a testament to the strength and scale of Driven Brands, and the ease of working with one large national provider. The recovery in the collision business continues. In fact, estimate counts for the industry continued to grow and our shops have consistently outpaced the industry. We're also excited to expand our glass offering into the US with the acquisition of Auto Glass Now. Glass repairs are growing as a

Case 3:23-cv-00895-MOC-DCK   Document 39-8   Filed 10/14/24   Page 9 of 22



percentage of auto repairs, and repair complexity is increasing due to the necessary calibration. This provides yet another exciting avenue for growth, leveraging our proven playbook.

And finally, the Platform Services segment posted positive same-store sales of 31%. Platform Services is the segment most exposed to supply chain pressures. We have leveraged our scale and leadership in the industry to turn this into a strength and differentiator for Driven. We contract with multiple suppliers, while most of our competitors, 80% of the industry that is independent operators rely on one primary supplier. We leverage the strength of our balance sheet to place orders earlier, and we have a team dedicated to relationship management and ensuring we keep close watch on every step of the supply chain. This has translated into more inventory in stock at 1-800-Radiator than many of our competitors. And customers have been willing to pay a premium driving continued record sales levels within the quarter.

We were pleased with our strong operating performance in the quarter, which resulted in significant cash generation that allowed us to further invest in the business. That cash generation, together with our revolving credit facilities and access to the debt capital markets is important for our strategic growth plans. And as we've consistently stated, investing in our business and growing our footprint is our number one priority. We ended the first quarter with $271 million in cash and cash equivalents, and we had $397 million of undrawn capacity on our revolving credit facilities, resulting in total liquidity of $668 million. Our net leverage ratio at the end of the first quarter was 4.8 times. You can find a reconciliation of our net leverage ratio posted on our Investor Relations website. We intend to continue using our balance sheet to capitalize on the substantial whitespace in a $300-plus billion consolidating industry.

Now, looking ahead, we continue to be enthusiastic about the balance of the year. We provided guidance for fiscal 2022 on our fourth quarter earnings call, which in summary included the expectation for revenue of approximately $1.9 billion, adjusted EBITDA of approximately $465 million and adjusted EPS of approximately $1.04. While we beat our internal expectations by $12 million in the first quarter, as I shared on our last earnings call, we will provide updated guidance in connection with the release of our second quarter results. At that time, we will roll in all M&A activity for the first six months of the year, plus organic performance to date, and we'll share our latest forecast for the second half of the year.

Qualitatively, though, let me share a few thoughts. First, while inflationary pressures have accelerated, we do not expect a material impact on consumer demand for our services. We serve both consumer and professional customers, and our services are diverse and needs based, largely insulating us from the volatility of any pullback in discretionary spending as consumers navigate the current environment. Second, we don't expect to see a significant impact from gas prices on VMT as road trip interest is still high. In fact, VMT is still expected to increase in 2022. And lastly, so far in the second quarter, we continue to be pleased with our performance. Our business is performing well, and we are enthusiastic about the balance of the year.

In closing, we expect the strength of this portfolio to continue to deliver best-in-class results. We are focused on our proven formula with a platform that is scaled and diversified. Our formula is simple, we add new stores, we grow same-store sales and we deliver stable margins. This results in significant cash flow generation that we reinvest in the business. We look forward to speaking with you again in late July when we release our second quarter results.

Operator, we now like to open up the call for questions.

Copyright © 2001-2022 FactSet CallStreet, LLC

# QUESTION AND ANSWER SECTION

**Operator**: Thank you. [Operator Instructions] Our first question is from Simeon Ari Gutman with Morgan Stanley. Your line is open.

**Michael Kessler** Q
*Analyst, Morgan Stanley & Co. LLC*

Hey, guys. This is Michael Kessler on for Simeon. Thank you for taking our questions. First, I wanted to ask about the same-store sales in Q1. If there's any more color you guys can provide on the split between car count and traffic versus inflation and price increases, and then you mentioned as well the underlying ticket tailwinds. And then looking into the balance of the year, the compares get a little bit tougher. But if we think about the underlying, I guess, [indiscernible] (00:38:03) in the business, and like kind of high teens rate on a three-year basis. Any reason to think that shouldn't continue, and could even accelerate because as you guys were saying, inflation is accelerating, but demand seems to be holding in pretty well?

**Tiffany L. Mason** A
*Executive Vice President & Chief Financial Officer, Driven Brands Holdings, Inc.*

Hey, Michael, thanks for your question. So a couple of thoughts for you, specific first of all to Q1. So we saw positive car count, as I said, in my scripted remarks, positive car count as well as positive ticket overall for the business. Certainly, just given the current environment, our performance is skewed more towards ticket today than it is to car count, but we are seeing good momentum in both. The positive ticket is driven by two things; it's driven by inflation and our ability to pass along price to the consumer. I think Jonathan and I both today spoke about the fact that with our higher average ticket and our needs based services, that affords us the ability to pass along any inflation we're seeing, and we're doing that as we need to, to manage our costs as well as continue to drive, balancing that to continue to drive traffic. So we are also thus seeing the increased complexity of vehicles, also that continue to drive ticket up. And I gave a statistic in my comments today about 30% attachment rate specifically in our Maintenance business, which is driving ticket as well.

So all of those factors are driving our performance. If you just zero in on ticket for a minute though, I would say, if you're thinking about mix versus price, it is in Q1 more driven by price than mix. Relative to the comps across the year, I think I said when we gave guidance last quarter, we expect the first half to be stronger than the second half just because compares are easier in the first half than the second. That's still true today. I think as you think about the landscape over the course of the year, as we've said multiple times today, feel really good about the environment that we're operating in, and our ability to navigate any supply chain or inflationary pressures. Certainly first half stronger than second half, though we don't think that there's dramatic difference across the segments as we move through the year. So not a lot of difference versus what we said 90 days ago, though we've had a great Q1, and we are enthusiastic about the balance of the year.

**Michael Kessler** Q
*Analyst, Morgan Stanley & Co. LLC*

Okay. Great. That's helpful. And maybe quick follow up on the Car Wash segment. There was a significant amount of EBITDA margin expansion more than [indiscernible] (00:40:35) we were expecting. I would say, comp, that was above our expectations but not dramatically higher. So anything to call out there? I think it was the highest margin for at least a couple of years, at least since the onset of COVID. So [indiscernible] (00:40:49) anything you can speak to what was driving that and the sustainability there. Thank you.

Case 3:23-cv-00895-MOC-DCK   Document 39-8   Filed 10/14/24   Page 11 of 22


### Tiffany L. Mason
*Executive Vice President & Chief Financial Officer, Driven Brands Holdings, Inc.*

A

Sure. Michael, great question. So specifically in the Car Wash segment, the segment adjusted EBITDA margin that you're seeing, so roughly 35% versus somewhere around 30% Q1 of last year, really predominantly driven by the international Car Wash business. We saw great volume in the international Car Wash business, predominantly driven by dust storms. So that incremental volume that we saw gave us a great opportunity to leverage fixed expenses and really drive fantastic flow through in the international Car Wash business. And that's what's driving that segment performance overall. Great question.

### Michael Kessler
*Analyst, Morgan Stanley & Co. LLC*

Q

Great. All right. Thanks, guys. Good quarter. Good luck for rest of the year.

### Tiffany L. Mason
*Executive Vice President & Chief Financial Officer, Driven Brands Holdings, Inc.*

A

Thank you.

**Operator**: The next question is from Christopher Horvers with JPMorgan. Your line is open.

### Christopher Horvers
*Analyst, JPMorgan Securities LLC*

Q

Thanks, and good morning. Can you talk a little bit about what you're seeing in the converted Take 5 Car Wash brands and the one, the greenfield location openings in terms of customer behavior, membership ticket as we think about your opportunity to rebrand the rest of the locations in 2022?

### Jonathan G. Fitzpatrick
*President, Chief Executive Officer & Director, Driven Brands Holdings, Inc.*

A

Hey, Chris. Jonathan here. Thanks for the question. Look, I think we mentioned on the call that we'll give out sort of more fulsome update on the rebranding strategy at the next earnings call. But look, we're really pleased with what we're seeing. So we've got about, I think Tiffany mentioned about 75 stores that are rebranded. That's part of creating sort of the network effect in the markets that we have. So people know we've got multiple brands, multiple carwashes under one brand in a particular trade area. You saw that we're driving membership subscriptions up, we're very pleased with the growth there.

Greenfield stores, we've opened a handful so far in Q1, very early in the ramp of those stores. But we're excited about the quality of the real estate and the early opening trends from those stores. We've also opened a couple of our co-development sites where we've opened a Car Wash with a Quick Lube on the same piece of real estate. Pretty excited about the early results from those stores. So I think, as the year progresses we'll give more information around the ramp of these stores. And I would say that, when it comes to the national rebranding strategy, we continue to move forward, which by definition means we're pleased with the progress.

### Christopher Horvers
*Analyst, JPMorgan Securities LLC*

Q

Got it. And then following up on earlier question just around the unit count, in the Maintenance segment, seems like an oil change is the most deferrable sort of service, sort of necessary maintenance. Are you seeing that? And

Case 3:23-cv-00895-MOC-DCK    Document 39-8    Filed 10/14/24    Page 12 of 22



then as a related question, just as a point of reference, does the sort of a late spring have any impact on your business, and if it does, what divisions would you see that?

### Jonathan G. Fitzpatrick
*President, Chief Executive Officer & Director, Driven Brands Holdings, Inc.*

A

Yeah. We're not seeing any demand degradation in our oil change business whatsoever, Chris. I think when we look at various studies that have been published by various banks and other sources recently, what we believe is that consumers, when you think about tightening their spending, may reduce spending on sort of discretionary items far quicker than they will on sort of non-discretionary items like maintaining their automobiles. So we're not seeing any demand destruction whatsoever in our Quick Lube business. In terms of a later spring, what I promised investors that when we first became public is that, I wouldn't use weather as a positive or a negative. So I won't comment on whether weather is a positive or a negative for our business. But what I will tell you is, a later spring means that you have later sort of pollen season, when you have more pollen on cars, typically people want to get their car washed a little bit more. So I think that's the only sort of point I would give you on late spring trading impact.

### Christopher Horvers
*Analyst, JPMorgan Securities LLC*

Q

I'm definitely in that camp. Thank you very much.

### Jonathan G. Fitzpatrick
*President, Chief Executive Officer & Director, Driven Brands Holdings, Inc.*

A

Okay.

**Operator**: The next question is from Peter Benedict with Baird. Your line is open.

### Peter S. Benedict
*Analyst, Robert W. Baird & Co., Inc.*

Q

Hey guys. Good morning. Thanks for taking the question. I guess, first question, just how does the rising interest rate environment impact your view on the appropriate pace and level of M&A and leverage for the business as you think about the next few years? And if it doesn't, maybe is there a level at which it maybe does?

### Jonathan G. Fitzpatrick
*President, Chief Executive Officer & Director, Driven Brands Holdings, Inc.*

A

Yeah. Good question, Peter. When it comes to leverage, Tiffany will talk about that, and sort of what we've said in the past around our sort of 5 times debt leverage and sort of the guardrails there. In terms of M&A, the rising interest rate environment does not change our calculus in terms of how we think about M&A, Peter. We ultimately ask ourselves two questions with any transaction that we do; one, can we make the acquired asset better; and secondly, can that acquired asset make Driven better. And those are the two primary questions we have asked ourselves in the past, we'll continue to ask ourselves in the future. And right now, as of today, the rising interest rate has had no impact in terms of our calculus, our underwriting thesis when it comes to M&A.

### Tiffany L. Mason
*Executive Vice President & Chief Financial Officer, Driven Brands Holdings, Inc.*

A

And Peter, I think just to touch on the Jonathan's question there, I think a couple of things I would share. The number one, I think we've got great liquidity as we sit here today, both in terms of cash on the balance sheet as


well as access to our revolving credit facilities. We've talked before about our sale leaseback strategy and the ability to monetize our real estate portfolio. So there's still opportunity there should we need it. And then, of course, as we think about leaning into opportunities and certainly in Car Wash and now it's in glass, and as you well know, having talked to us about the glass opportunity over the last 60 days or so, 90 days, the initial investment in the glass business is quite low for the return that we can see. So I'm not sure that I think the rising rate environment changes our outlook dramatically. We feel really good about where we're positioned today.

---

### Christopher Horvers
*Analyst, JPMorgan Securities LLC*



Okay. That's helpful. And just one follow up if I could, on the Car Wash business. Have you taken any price in US Car Wash? I know you did in Take 5, you've done some, but not sure if you've done that in US Car Wash. And it doesn't sound like it, but I mean, I assume you're not seeing any uptick in subscription attrition. I mean, the subscription numbers were really good. But just curious on that, or any trade down into lower cost washes, that kind of thing. Any color there would be great. Thank you.

---

### Jonathan G. Fitzpatrick
*President, Chief Executive Officer & Director, Driven Brands Holdings, Inc.*



Yeah. No, we haven't sort of systematically taken price in the Car Wash business, Peter. I mean, we've got sort of a range of different prices for our Car Wash customers, both in terms of the à la carte car and also the subscription model. So we've not sort of taken price there. Again, I go back to, it's such an unbelievably accretive business model with super low labor. So that feels like no need to take aggressive price there. I think it's menu management and making sure that we're getting customers into the right à la carte wash or sort of making sure that we've got the right subscription model options for customers. So that is where we stand today. In terms of attrition with wash club subscribers, no, nothing has changed, or we've seen no change in sort of attrition rates in terms of that membership base.

---

### Christopher Horvers
*Analyst, JPMorgan Securities LLC*



Thanks very much.

---

**Operator**: The next question is from Liz Suzuki with Bank of America. Your line is open.

---

### Elizabeth Lane Suzuki
*Analyst, Bank of America Merrill Lynch*



Great. Thank you. So based on your comments about the full year guidance, and Tiffany, particularly your comments about how much your first quarter performance fee, your internal expectations and the plans to update the guidance in the second quarter early, should we expect the cadence of guidance updates to be every two quarters on a go forward basis, or was there any other factor that caused or that gave you pause on raising the guidance this quarter?

---

### Tiffany L. Mason
*Executive Vice President & Chief Financial Officer, Driven Brands Holdings, Inc.*

A

Liz, that's awesome. Thanks for asking the question. It gives me an opportunity to clarify our guidance philosophy. So thanks for opening the door. I appreciate that. So look, I think, obviously we IPOed in January of 2021, and I think it was certainly important over the quarters of 2021 to make sure that we were crystal clear and very transparent with the Street about our performance quarter-to-quarter as we were a new public company and

---

Case 3:23-cv-00895-MOC-DCK   Document 39-8   Filed 10/14/24   Page 14 of 22


everybody was getting used to who we were and what our story was and how our business model works and how we make money. And we took that to heart and we made sure that we're providing those updates regularly last year.

I think, as we came into 2022 and we're starting to mature, although we're still relatively new on the scene, we're taking the opportunity to set a very specific guidance philosophy, and the guidance philosophy we set, and I think we were very clear about it last quarter, was to say, we're going to provide annual guidance at the start of a fiscal year. We're going to let the first six months of the year play out the way that they should and they will, including M&A, because we are a very acquisitive company. And then as we get to the middle part of the year, we're going to provide you an update, and we're going to provide you an update on performance organically, as well as our M&A activity and give your insight into our forecast for the back half of the year.

So it was no new decision today. We're coming into the release today to decide not to update guidance. It was simply sticking with that guidance philosophy that we shared on February 16. We think it's the right thing to do to keep folks focused on the long term, frankly. And we were transparent today in telling you that we beat our internal forecast by $12 million. So we're here to build shareholder value over the long term. And we're going to continue to operate our playbook, and to continue to execute and continue to exceed expectations to the best of our ability. So thanks for the question as I appreciate it.

---

### Elizabeth Lane Suzuki
*Analyst, Bank of America Merrill Lynch*

Q

Great. Thank you for clarifying that. And then just a follow up on some of your segment growth, which was very impressive across the board. I guess the only segment that came in a little slower than our EBITDA estimate was Platform Services, which it sounds like was constrained by supply chain pressures a bit. So how should we think about those headwinds as we adjust our models for this segment going through the rest of the year?

---

### Tiffany L. Mason
*Executive Vice President & Chief Financial Officer, Driven Brands Holdings, Inc.*

A

Yeah. Liz, that's great. So first I would say, remember, Platform Services is 10% or less depending on the quarter of total EBITDA. So as a contributing factor, relatively insignificant. But certainly Platform Services is where we're seeing the most significant supply chain pressure. That's the business that is on the frontline as it relates to navigating supply chain challenges, making sure we're moving product across the ocean, getting it to the right locations and making sure we have products in the right position and navigating any price challenges. So they're doing a fantastic job. We've got a dedicated team, certainly top notch in the industry, and we're managing that better than 80% of the industry that's fragmented. But certainly that's where you're seeing the most significant source of that pressure.

---

### Elizabeth Lane Suzuki
*Analyst, Bank of America Merrill Lynch*

Q

Great. Thank you.

---

### Tiffany L. Mason
*Executive Vice President & Chief Financial Officer, Driven Brands Holdings, Inc.*

A

Thank you.

---

**Operator**: The next question is from Kate McShane with Goldman Sachs. Your line is open.

---

Case 3:23-cv-00895-MOC-DCK     Document 39-8     Filed 10/14/24     Page 15 of 22


### Kate McShane
*Analyst, Goldman Sachs & Co. LLC*

Q

Hi. Good morning. Thanks for taking our question. Thank you for all the additional details around AGN. We are just curious, given the amount of time you now have had this business, but the biggest surprise about the business maybe is that you didn't appreciate before during the due diligence. And I also think you mentioned that glass repairs are growing as a percentage of total auto repairs in the industry, and we were curious what was driving that.

### Jonathan G. Fitzpatrick
*President, Chief Executive Officer & Director, Driven Brands Holdings, Inc.*

A

Yeah. Hey, Kate. Jonathan here. Thanks for the question. I think there's no real big surprise because we've done [ph] eight (00:53:13) M&A deals over the last seven or eight years. So our diligence team and underwriting team is pretty solid. So we have a good ability to actually underwrite what we're buying. So I'd say, the only surprise we have is upside surprise in terms of how great and big the opportunity is to grow in glass. So I'm even more enthusiastic about this space than when we did the deal in late December. So that's number one.

Number two, in terms of growth, I think what we said was, the glass space is sort of a $5 billion plus space and growing. So I think there's a couple of things happening there, Kate. One is the calibration services required with glass replacement. So most vehicles since about 2015 have a forward-facing camera mounted on that front windshield. And if you replace that windshield, you have to recalibrate that forward-facing camera because that really is sort of the central nervous system associated with all the ADAS component on the vehicle. So that's driving sort of the price or the size of the repair check. I think what we're also pretty bullish about is, as we continue to sort of look at massive infrastructure building in the United States and all the road works and all the construction that's going to come with that, we do think that there will be some nice, incremental tailwinds from that in terms of glass repair.

And then, the last thing I would say – glass replacement, I should say. And the last thing I would say is, when you think about this major acquisition plus our car wash acquisition from a few years ago, these are both car-agnostic, right? So we're going to be fixing glass and replacing glass on all vehicle types. And, obviously, in our car wash business, we're going to be washing all vehicle types as well. So strategically, these are two really important things that we did and sort of set Driven up for the next 20 years.

### Kate McShane
*Analyst, Goldman Sachs & Co. LLC*

Q

Thank you. And if I could just ask a follow-up question to the Platform Services question answered before. Do you have any visibility into the supply chain between now and the end of the year? How much improvement you expect to see and how you're managing inventory as a result?

### Jonathan G. Fitzpatrick
*President, Chief Executive Officer & Director, Driven Brands Holdings, Inc.*

A

Look, Kate, it's kind of like asking how long is a piece of string in terms of the supply chain because it almost changes weekly. But look, there's a bunch of things that we know. One is that there's continued pressure on sort of the production supply chain, particularly if you've got overseas suppliers. We know that the cost of containers when we look at the cost of containers – shipping containers pre-COVID versus now, it's up 300% in many cases.

We have a dedicated team that are focused on multiple supply sources, moving some of those supply sources from overseas to domestic or in Latin America. Our team is working and pulling all the levers and leveraging our

Case 3:23-cv-00895-MOC-DCK   Document 39-8   Filed 10/14/24   Page 16 of 22



scale, which is obviously hugely important in this space. But our internal view on this, Kate, is that we're going to continue with, I think, sort of the current operating environment or supply chain challenges minimally through the balance of 2022, minimally through the balance of 2022. And quite frankly, for us, this is now our normal operating conditions. So we're learning to live and work and thrive in this challenging environment, but we don't see any major reduction in the challenges, certainly, as we look at the balance of this calendar year.

---

### Kate McShane
*Analyst, Goldman Sachs & Co. LLC*

Q

Thank you.

---

**Operator**: The next question is from Sharon Zackfia with William Blair. Your line is open.

---

### Sharon Zackfia
*Analyst, William Blair & Co. LLC*

Q

Hi. Good morning. I guess, I want to talk about the nice EBITDA margin expansion that you had in the quarter. I recall, if I'm not mistaken, that originally, you were expecting flattish EBITDA margins for the year. And I understand you're not updating your full-year guidance, but I'm just wondering, are there implicit pressures that you're expecting the remaining three quarters of this year that didn't occur in the first quarter?

And then, secondarily, in the Maintenance segment, I know there was some margin compression in that segment. Tiffany, I don't know if that was a mix of company-owned growing faster than franchise or if there's something else you're seeing in that business. But it would be helpful to get some clarity there.

---

### Tiffany L. Mason
*Executive Vice President & Chief Financial Officer, Driven Brands Holdings, Inc.*

A

Sure, Sharon. Thanks for the questions. So let me actually start with your second one and we'll work back to total company. So in the Maintenance segment specifically, so Maintenance segment adjusted EBITDA margin is 29.4%. It's about 40 basis points better sequentially from Q4, but down about 200 basis points year-over-year.

So if you remember back to what we talked about on the Q4 call, the February 16, we talked about some product cost increases in excess of retail price increases. So that's specific to oil. And we also talked about the fact that we, in some cases, were paying some alternative supply costs, right, to be able to make sure we had product availability at all of our shops through some pretty significant supply chain challenges.

Those challenges persisted in Q1, though not to the same degree that we saw in Q4. So of the 200 basis points of contraction year-over-year, I would say about 50% of that was related to oil costs. And that's about half of the impact that we experienced in Q4. So it is getting better, but it does still persist.

The other half of that pressure year-over-year has to do, frankly, with being able to have a rally or a Take 5 convention this year that we couldn't frankly have last year as a result of COVID. That's a good thing, right? We're able to get back in front of our franchisees, back in front of them to motivate and to celebrate together and to make sure that we're all aligned in terms of what the priorities are for the brand and the franchise going forward. So there's some incremental SG&A as a result of that. So that's what you're seeing in the Maintenance segment specifically.

Earlier in the call, we talked about car wash. You didn't ask me about that. But as we get to this company overall margin, car wash margin was up year-over-year, predominantly because of great flow-through on the car wash

---

Case 3:23-cv-00895-MOC-DCK    Document 39-8    Filed 10/14/24    Page 17 of 22


international business as a result of some dust storms that allowed them to really leverage fixed expenses. So all of that – those are really the two primary drivers.

They're the biggest contributors to company margin. So company EBITDA margins in the quarter were 25%. That's basically the same rate that we ended full-year 2021, and we expect 2022 to be flat to that 25% rate. So we're probably, in all honesty, a little bit ahead in Q1 because of those factors. But obviously, on the right trajectory and feel good about where 2022 is trending, and again, updating guidance in another 90 days.

### Sharon Zackfia
*Analyst, William Blair & Co. LLC*

Q

Thank you.

### Tiffany L. Mason
*Executive Vice President & Chief Financial Officer, Driven Brands Holdings, Inc.*

A

Thank you.

**Operator**: The next question is from Chris O'Cull with Stifel. Your line is open.

### Chris O'Cull
*Analyst, Stifel, Nicolaus & Co., Inc.*

Q

Thank you. I had a follow-up question about the rising interest rate environment. Kind of center – or Tiffany, I'm wondering if there's any risk that we are nearing a point where higher rates make the returns less attractive for Take 5 franchisees?

### Jonathan G. Fitzpatrick
*President, Chief Executive Officer & Director, Driven Brands Holdings, Inc.*

A

Chris, the answer is no. We are growing that quick lube franchise pipeline weekly. As I mentioned in my comments, existing franchisees are coming back for expanded or new territory agreements. We're seeing zero impact to rising interest rates in terms of franchisee interest in expanding that business.

Quite frankly, we're seeing accelerated performance from our franchisees as they open new stores. The return profile is phenomenal in that business. So that's resulting in even more incremental demand. So it is having zero impact in terms of franchisee demand or ability to open new stores.

### Chris O'Cull
*Analyst, Stifel, Nicolaus & Co., Inc.*

Q

Good to hear. And then, a question on the car wash segment. As more platforms have entered the car wash space as consolidators, how has your acquisition strategy or maybe the profile of targets changed with that increased competition?

### Jonathan G. Fitzpatrick
*President, Chief Executive Officer & Director, Driven Brands Holdings, Inc.*

A

Yeah. It's pretty simple, Chris. We're not going to pay ridiculously high multiples for mediocre assets. So I mean that's the basic comment, right? There's a lot of institutional capital has flowed into this space. People need to pay, I think, exorbitant multiples to create initial entry points or platforms. We have a massive platform globally, a massive platform in the United States with about 350 locations. So we don't have to buy a platform because we

Case 3:23-cv-00895-MOC-DCK   Document 39-8   Filed 10/14/24   Page 18 of 22


have arguably one of the biggest platforms already. So we can be very laser-focused and surgical on buying smaller assets that fit our needs, both geographically and other, and pay the right multiples that are highly accretive from day 1.

So I think that this institutional capital flow will continue for some time. I think it's – folks are having to pay multiples that just make no sense. We don't have to do it because we're in great shape.

And then, secondly, we have developed a greenfield pipeline for this business in incredibly short timeframe. We bought this business 18 months ago. We will open between 40 and 50 greenfield locations this year, Chris, right? That's within 18 months of buying this business. The greenfield returns are even better than the M&A returns. And then, as I mentioned, our pipeline for greenfield growth is expanding pretty rapidly and we feel very, very confident about being able to open significantly more greenfield units than 40 to 50 in 2023. So people need to do what they need to do. But because of our position, our size, our scale, our experience, we don't need to pay those ridiculous multiples.

---

### Chris O'Cull
*Analyst, Stifel, Nicolaus & Co., Inc.*

Q

Thank you.

---

**Operator**: The next question is from Karen Short with Barclays. Your line is open.

---

### Karen Short
*Analyst, Barclays Capital, Inc.*

Q

Hi. Thanks very much. Apologies for a little bit of background noise. But I wanted to just ask a couple of questions. One is, can you actually give us – provide us with inflation in the quarter and then what your inflation expectations are in the quarter to date? And then I had one other question. Sorry, in the year for the full-year, inflation.

---

### Tiffany L. Mason
*Executive Vice President & Chief Financial Officer, Driven Brands Holdings, Inc.*

A

Hey, Karen. So, in the quarter itself, so if you think about Q1 and we look at Q1 year-over-year, we saw within our company-owned businesses approaching double-digit cost inflation year-over-year predominantly when you think about oil and wages. That's probably the highest – you're sort of tracking quarters each quarter and our commentary over the last few quarters, that's probably the highest we've seen so far just because it's been sort of an upward trajectory. I think, certainly, this has been a peak inflationary cycle because, obviously, we were battling supply chain challenges and inflation last year, but the heightened challenges with the situation in the Ukraine has certainly brought everything to a head.

I don't know that we have a crystal ball for the balance of the year, but we certainly think that at least for the time being, we're going to continue to operate in this current environment. But as you've heard today, we're navigating it to the best of our ability and aren't giving up any car count or any opportunity to drive ticket as a result.

---

### Karen Short
*Analyst, Barclays Capital, Inc.*

Q

Okay, thanks. And then, my second question is just thinking about VMT. You made a comment that VMT expectations for 2022 are still expected to be up. It looks like so far they're obviously down at least for January and February this year.

---

Case 3:23-cv-00895-MOC-DCK   Document 39-8   Filed 10/14/24   Page 19 of 22


But my question is, when you think about the puts and takes on travel, specifically airline versus driving, like, is there a way to think about at what point the customers or consumers indifferent because, obviously, airline costs are going up, but so are gas prices. So how do you think about the possibility that VMT is actually down for the year versus – I mean, I know you said 6% on your original call or your 4Q call, but it seems like that will be a high estimate.

### Jonathan G. Fitzpatrick
*President, Chief Executive Officer & Director, Driven Brands Holdings, Inc.*

A

Karen, I'll answer this. Good morning. I think Tiffany mentioned that VMT would still be up for the year. She didn't actually mention a percentage, right? So we still think it's going to be positive for the year.

In terms of a family of four people looking to do a summer vacation and if you think of a round trip in a car of 300 or 400 miles, the incremental cost of that trip can be $100-plus, something like that, when you think about the incremental cost of gas. When you look at that family of four getting on an airplane, if anyone's traveled recently, they know that airplane travel is almost double the cost of what it was pre-pandemic, not to mention the absolute miserable experience of traveling through the airport today. So we see in our data that there is strong demand, as Tiffany mentioned, for vehicle travel this summer. And we feel very good about the consumers will continue to drive throughout the summer and four vacations. So can't tell you exactly what they're going to do, but I think the calculus is pretty clear when you do some of the basic math.

### Karen Short
*Analyst, Barclays Capital, Inc.*

Q

Great. Thank you.

**Operator**: Our final question is from Peter Keith with Piper Sandler. Your line is open.

### Peter Jacob Keith
*Analyst, Piper Sandler & Co.*

Q

Hey. Good morning, guys. Nice results, everyone. I wanted to ask about your digital marketing efforts. Jonathan, I know I asked you about this last quarter and you've commented there'll be more details on the data and digital unlock to come. But my specific question is just around the Maintenance segment. You've talked about digital marketing working very well with Maintenance. The comp there is spectacular. But you're not mentioning it with car wash. That seems like a much more logical option, but why aren't the digital marketing efforts working in car wash to-date?

### Jonathan G. Fitzpatrick
*President, Chief Executive Officer & Director, Driven Brands Holdings, Inc.*

A

I think you're inferring they're not working, Peter, I never said they're not working. Look, I'll tell you what, we've got this massive growth in unique customers. I think we're growing unique customers at almost 1 million new customers a quarter. I think we're up to 22-plus million unique customers in our sort of Data Lake.

As we build out the car wash network, as we think about the car wash rebranding exercise, we are very actively sort of cross-promoting our brands with customers of Take 5 quick lube and inviting them to Take 5 car wash, our car wash business. So I think we're just a bit earlier in the car wash journey when it comes to the digital and data unlock. We're very pleased with the progress we're making. So I don't think it's not working. I think it's just a couple of quarters or a couple of years behind what we've been doing at the quick lube space.

Case 3:23-cv-00895-MOC-DCK     Document 39-8     Filed 10/14/24     Page 20 of 22


So we still feel incredibly bullish about the un-modeled upside when it comes to that core asset that literally none of our competitors have in this space. So I'll commit to you, Peter, that we'll certainly spend more time on some of the numbers and behind-the-scenes improvements when we talk to you after Q2 results.

### Peter Jacob Keith
*Analyst, Piper Sandler & Co.*



Q

Okay. I look forward to that. Second question, maybe more for Tiffany. I know last quarter, you talked about the comp dynamics by segment should be in a pretty tight band, kind of plus or minus 200 basis points. Really wide band, obviously, with Q1 and now you've got more inflationary pressures. Fair to assume that it's no longer going to be so tight and maybe where you'd expect outperformance by particular segments?

### Tiffany L. Mason
*Executive Vice President & Chief Financial Officer, Driven Brands Holdings, Inc.*

A

So Peter, I think it's a fair question. I have no change to my thesis today, right? We're going to provide updated guidance in 90 days. I think Q1, while stronger than what our internal plan was, we knew Q1 was going to be the outsized comp and the easiest compare versus the prior year. So I don't know that I would take Q1 as the benchmark or the blueprint for the way that the segments are going to shake out for the balance of the year, but more to come in 90 days.

### Peter Jacob Keith
*Analyst, Piper Sandler & Co.*

Q

Okay. All right. Fair enough. Thanks a lot. Good luck.

### Tiffany L. Mason
*Executive Vice President & Chief Financial Officer, Driven Brands Holdings, Inc.*

A

Thank you.

**Operator**: I'll now turn the call back over to Mr. Fitzpatrick.

### Jonathan G. Fitzpatrick
*President, Chief Executive Officer & Director, Driven Brands Holdings, Inc.*

Yeah. Thanks, all. I appreciate all the questions. We're delighted with the Q1 results. And just to reiterate, we will give full-year updated guidance at the – in connection with the Q2 earnings. And we're very pleased with the momentum of the business. So thank you all. We'll speak to you all soon.

**Operator**: This concludes today's conference call. You may now disconnect.

1-877-FACTSET   www.callstreet.com                    Copyright © 2001-2022 FactSet CallStreet, LLC

Case 3:23-cv-00895-MOC-DCK   Document 39-8   Filed 10/14/24   Page 21 of 22


Disclaimer

The information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete or error-free statement or summary of the available data. As such, we do not warrant, endorse or guarantee the completeness, accuracy, integrity, or timeliness of the information. You must evaluate, and bear all risks associated with, the use of any information provided hereunder, including any reliance on the accuracy, completeness, safety or usefulness of such information. This information is not intended to be used as the primary basis of investment decisions. It should not be construed as advice designed to meet the particular investment needs of any investor. This report is published solely for information purposes, and is not to be construed as financial or other advice or as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. Any information expressed herein on this date is subject to change without notice. Any opinions or assertions contained in this information do not represent the opinions or beliefs of FactSet CallStreet, LLC. FactSet CallStreet, LLC, or one or more of its employees, including the writer of this report, may have a position in any of the securities discussed herein.

THE INFORMATION PROVIDED TO YOU HEREUNDER IS PROVIDED "AS IS," AND TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, FactSet CallStreet, LLC AND ITS LICENSORS, BUSINESS ASSOCIATES AND SUPPLIERS DISCLAIM ALL WARRANTIES WITH RESPECT TO THE SAME, EXPRESS, IMPLIED AND STATUTORY, INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, ACCURACY, COMPLETENESS, AND NON-INFRINGEMENT. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, NEITHER FACTSET CALLSTREET, LLC NOR ITS OFFICERS, MEMBERS, DIRECTORS, PARTNERS, AFFILIATES, BUSINESS ASSOCIATES, LICENSORS OR SUPPLIERS WILL BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR PUNITIVE DAMAGES, INCLUDING WITHOUT LIMITATION DAMAGES FOR LOST PROFITS OR REVENUES, GOODWILL, WORK STOPPAGE, SECURITY BREACHES, VIRUSES, COMPUTER FAILURE OR MALFUNCTION, USE, DATA OR OTHER INTANGIBLE LOSSES OR COMMERCIAL DAMAGES, EVEN IF ANY OF SUCH PARTIES IS ADVISED OF THE POSSIBILITY OF SUCH LOSSES, ARISING UNDER OR IN CONNECTION WITH THE INFORMATION PROVIDED HEREIN OR ANY OTHER SUBJECT MATTER HEREOF.

The contents and appearance of this report are Copyrighted FactSet CallStreet, LLC 2022 CallStreet and FactSet CallStreet, LLC are trademarks and service marks of FactSet CallStreet, LLC. All other trademarks mentioned are trademarks of their respective companies. All rights reserved.

Case 3:23-cv-00895-MOC-DCK     Document 39-8     Filed 10/14/24     Page 22 of 22