# EXHIBIT 11

 

07-Sep-2022

# Driven Brands Holdings, Inc. (DRVN)

**Goldman Sachs Global Retailing Conference**

**FACTSET: call**street

1-877-FACTSET   www.callstreet.com

Total Pages: 14

Copyright © 2001-2022 FactSet CallStreet, LLC


# CORPORATE PARTICIPANTS

**Jonathan G. Fitzpatrick**
*President, Chief Executive Officer & Director, Driven Brands Holdings, Inc.*

**Tiffany L. Mason**
*Executive Vice President & Chief Financial Officer, Driven Brands Holdings, Inc.*

# OTHER PARTICIPANTS

**Kate McShane**
*Analyst, Goldman Sachs & Co. LLC*

# MANAGEMENT DISCUSSION SECTION

### Kate McShane
*Analyst, Goldman Sachs & Co. LLC*

Thank you for joining us. Our discussion right now is with Driven Brands, and I'll be moderating the fireside chat. Today we have with us Jonathan Fitzpatrick, President and CEO of Driven Brands; and Tiffany Mason, Executive Vice President and CFO of Driven; and we're going to turn it over to Jonathan to talk to us and we'll then launch into questions.

### Jonathan G. Fitzpatrick
*President, Chief Executive Officer & Director, Driven Brands Holdings, Inc.*

Great. Thanks, Kate. Thanks for all of you being here. Appreciate it. Good to be in person. For a couple of years, hopefully, you appreciate that also. I'm with my partner, my amazing CFO, Tiffany Mason, who's with us here today as well. So, I got a couple of opening remarks, and then I think Kate will jump into Q&A.

Those of you don't know Driven Brands, we're the largest automotive services company in North America to about $5 billion of top line sales, service about 50 million vehicles a year. We came public about 18 months ago or so. Importantly, we're needs-based services so our business has performed incredibly well over the last decade despite the little blip at the very start of COVID. We're in a pretty big industry, so the automotive aftermarket services space is about $350 billion. That industry is still growing. I think the other big thing to know about that industry is it's highly fragmented. So, we think about north of 80% of our competition being sort of small chains or independents. So, that fragmentation, obviously, gives us lots of opportunities to sort of consolidate and outperform some of these less sophisticated players.

Within Driven Brands, we sort of look at ourselves as sort of an asset-light, rich cash flow-generating business where then we take those cash or the proceeds and reinvest it back into our growth levers. When we look at our business today, we've got multiple brands but our three priority growth levers are our Car Wash business, our Quick Lube business, and our new entry into the Auto Glass service business. So, those are the places we're deploying most of our capital resources and energy into.

Copyright © 2001-2022 FactSet CallStreet, LLC


I think the unique thing about Driven Brands is that we have this really interesting sort of long-term growth algorithm, where we're delivering double-digit, low-double-digit revenue growth, consistent EBITDA margins in that sort of 25% range and then, obviously, really nice EBITDA growth that's organically. That's what we've been doing for a number of years. And then, you layer onto that sort of our M&A machine.

So, we've done over 100 M&A transactions over the last seven to eight years. We're highly acquisitive. We have the ability to buy small chains and independents and larger businesses and then consolidate them into the overall Driven platform. So we've got this unique two sets of levers to grow the business. One is, we can grow units, we can build them, we can buy them, we can franchise them. And then obviously, we've got a really strong track record of same-store sales growth over the last sort of decade. That's a little bit about Driven Brands.

And Tiffany, I don't know if you wanted to add anything?

## Tiffany L. Mason
*Executive Vice President & Chief Financial Officer, Driven Brands Holdings, Inc.*

No. That's great, Jonathan. Let's jump into Q&A.

## Jonathan G. Fitzpatrick
*President, Chief Executive Officer & Director, Driven Brands Holdings, Inc.*

Okay, great.

# QUESTION AND ANSWER SECTION

## Kate McShane
*Analyst, Goldman Sachs & Co. LLC*

Q

Okay, great. So, we have quite a few questions about each of the businesses because there is so much detail behind that. But we wanted to start off with just the current state of the automotive services industry, how it's recovered from the pandemic, and how higher gas prices and inflationary headwinds might be influencing any kind of consumer behavior?

## Jonathan G. Fitzpatrick
*President, Chief Executive Officer & Director, Driven Brands Holdings, Inc.*

A

Yeah. I'll start and Tiffany will jump in, obviously. But look, the auto services aftermarket is a phenomenal, big, growing, highly fragmented industry. So, I'll start there, like it's a great place to be. If you look at our history over the last sort of decade, if you look at same-store sales as a proxy for sort of consumer behavior, obviously in March of 2020, along with the rest of the world, we had a pretty sharp decline in revenue. We recovered very quickly. We were basically back to 0% same-store sales in mid-June. So we had a very short period of sort of consumer COVID impact. If you look at the last – once you get past COVID, we've had a very strong both traffic and check growth across all of our businesses.

So, the consumer in the automotive aftermarket space is still spending. Why are they doing that? Because it's needs-based services. So when you think about people owning their car, maintaining their vehicle, they sort of have to do it. You can delay it a little bit. But if you delay it, sometimes that repair, that maintenance gets even

Case 3:23-cv-00895-MOC-DCK   Document 39-11   Filed 10/14/24   Page 4 of 15


higher. So, we're seeing a really nice movement in terms of the consumer continuing to spend money on their vehicle.

Many of you may not know, but the average age of the vehicle on the road in North America today is 12 years. It breached that 12-year cycle. So older vehicles, higher mileage, more maintenance required for that vehicle. So, we see a really nice continued strength within our consumer category, driven also where about 50% of our sales is what we call commercial customers, so B2B. So, we do a massive amount of work with our insurance partners, with big fleet partners. So we've got this really nice balance between consumer and, I would call, commercial.

If we look at sort of the last – I'll call it, Kate, roughly the last 12 months, it's been an interesting time. We've had sort of vehicle miles traveled which is a key metric in our industry, soften with some of the gas price spikes that we saw earlier in the year. We've definitely seen sort of that moderate right now when you look at the gas prices and the vehicle miles traveled. Forecast for 2022 is still for vehicle miles traveled to be 1% up year-over-year. So, people are still driving, still using their vehicles.

In terms of what impact we've seen from our consumers in this sort of inflationary environment, we've seen literally no material impact in our business in terms of sales – same-store sales softening, trade down, delaying. We've not seen that. So, obviously we're still super cautiously optimistic that the consumer will get through this challenging period. But overall, it's been very good and we're very pleased with same-store sales performance.

---

### Kate McShane
*Analyst, Goldman Sachs & Co. LLC*

Q

Okay. So maybe if we could launch into the different business units starting with Car Wash, which is actually relatively newer business for you, you acquired in August 2020, I believe?

---

### Jonathan G. Fitzpatrick
*President, Chief Executive Officer & Director, Driven Brands Holdings, Inc.*

A

That's right.

---

### Kate McShane
*Analyst, Goldman Sachs & Co. LLC*

Q

So could you maybe talk about the consumer dynamics within Car Wash where you could maybe argue there's some need, some discretionary there? And then, could you also talk to us, you have a subscription program within your Car Wash, how that's been trending and how that's been growing?

---

### Jonathan G. Fitzpatrick
*President, Chief Executive Officer & Director, Driven Brands Holdings, Inc.*

A

Yeah. So, I'll start with for those of you who don't know much about the Car Wash business, it is a phenomenal business, like the business model is exceptionally good. And why is it exceptionally good? Well, first of all, we're building what we call Express Tunnel car washes. So, it's very labor-light, typically have three, four, five people working at the site. The machines sort of do all the work. Consumer pulls up, pays or selects the wash they want, and then they go through the tunnel which actually does the washing, the cleaning, the drying of the vehicle. That takes about three minutes on average for that consumer to go through the tunnel.

And then, we provide free vacuum stations to our customers, right. So you've got this sort of dual part of the business model. Again, one of the reasons it's so attractive is because it's incredibly labor-efficient. So, we don't need skilled labor, we don't need certified technicians, we don't do any diagnostic or fixing of the vehicles. So

Case 3:23-cv-00895-MOC-DCK   Document 39-11   Filed 10/14/24   Page 5 of 15


again, we can hire unskilled labor, train them, and it's super-efficient when you're thinking about three to five people working at the sites.

The return profile is exceptional. So, we can build a store. If you remove land value for a minute, we're building stores for about $3 million of total capital. That's all the site work. That's the permitting, the architecture costs, the construction, the equipment. The whole thing is about $3 million. Obviously, then, if we buy the land which we're trying to buy and probably 80% of the cases we're actually buying the real estate, we have a financing option then that we can sale and leaseback the entire site and get literally 100% of the capital back out through the sale and leaseback property. The stores are averaging about $1.1 million, $1.2 million of AUV. They're generating close to 40% four-wall EBITDA margins. So, you could do the math in terms of the return profile there with these boxes.

The thing that Kate referred to is what we call the subscription model. So, in our business, a lot of consumers are buying monthly subscriptions to the carwash. So, today, we're sitting at about 50% of our revenue is coming from monthly subscriptions. So, why is that good? Well, it creates stickiness with the consumer, stickiness with the cash flows, predictability. Some others in the industry who've been around longer are at sort of 60%, 65% in terms of that subscription revenue. So, we sort of look at medium-term goals, the ability to grow that from sort of 50% subscription levels to 60%-plus.

So, again, a phenomenal business. We've been in that business for coming up on two years. We think that, today, we've got about 350 corporate locations in the United States. So, we're if not the biggest, one of the biggest in the United States. We've been building that business really nicely since we bought it about two years ago. We've basically doubled the size of the business in the United States over the last two years. The first year, we did a lot of acquisitions, so we bought a lot of smaller businesses to build that scale and build that national network. This year, we've sort of turned down our greenfield development. So, this year, we'll open somewhere between 40 and 50 greenfield locations which is where we find the real estate we build it, we develop the site. And then as we look beyond, we've got a greenfield pipeline now that will support significantly more than 40 to 50 a year on an ongoing basis. We'll continue to supplement that with sort of tactical M&A. We don't buy big chains. We look to find two and three store operators in key markets that we want to be, and we'll continue to do those to supplement the greenfield growth, which is far more accretive than the M&A growth.

So, I'll pause for a second. Tiffany, anything to add?

## Tiffany L. Mason
*Executive Vice President & Chief Financial Officer, Driven Brands Holdings, Inc.*
A

No, that's great. So, the only thing I would add is fantastic business, as Jonathan just laid out for you. I think the exciting thing here as we turn the corner with the Car Wash business over these last two years is the opportunity to rebrand the entire Car Wash business, Take 5 Car Wash. And we'll get into the other businesses, I'm sure, in a few minutes.

But the exciting thing about rebranding the Take 5 Car Wash business is we take what has been a rollup strategy with what I would consider a patchwork quilt of brands, and we take one national brand and take that footprint across the US. And it gives us just tremendous opportunity to leverage the brand equity that we've created in our Quick Lube business and be able to drive great cross-marketing between Car Wash and Quick Lube.

Those high-frequency occasions and the ability to share that customer set and make sure that we're driving traffic across the [ph] two is (00:11:32) really exciting for us. It also gives us just a phenomenal platform to continue to sell the wash club subscription that Jonathan just talked about and make sure that that experience and the

Case 3:23-cv-00895-MOC-DCK    Document 39-11    Filed 10/14/24    Page 6 of 15


playbook that we're rolling out is consistent across our entire network. So, that would be the one add I would suggest.

### Jonathan G. Fitzpatrick
*President, Chief Executive Officer & Director, Driven Brands Holdings, Inc.*

A

And, Kate, specifically, have we seen any impact to subscription levels or churn rates over the last sort of six months? The answer is no.

### Kate McShane
*Analyst, Goldman Sachs & Co. LLC*

Q

Okay. And if we could maybe just round out. Sorry about that.

### Jonathan G. Fitzpatrick
*President, Chief Executive Officer & Director, Driven Brands Holdings, Inc.*

A

It does sound like the vacuums in a carwash right now are going up here, so...

### Kate McShane
*Analyst, Goldman Sachs & Co. LLC*

Q

Round out, I mean, the Car Wash conversation. There does seem to be a lot of competition in the space right now, whether it be there's a lot more private equity in the space. So, how would you just define the competitive environment just as a carwash retailer? And then, when it comes to M&A, what the competitive environment is there for acquisitions?

### Jonathan G. Fitzpatrick
*President, Chief Executive Officer & Director, Driven Brands Holdings, Inc.*

A

Yeah. So, there's at least 15, what I would call, institutional capital investors have come into the carwash space over the last two years, some really big private equity shops that you would, I'm sure, know the name of so that you've seen a massive inflow of capital into this space for all the reasons I said why you'd invest in it. It's an amazing business. There's a ton of white space. Unit-level economics are great, subscription revenue, labor-efficient. So, what you're seeing though is a lot of, I'll call it, institutional capital come in.

The institutional capital, generally, doesn't have the capabilities to build greenfield-wise case, so what they're doing is they're buying existing operators in the field. So, we've seen sort of a crazy multiple environments in terms of M&A over the last two years. It's been talked about in multiple forms. We're seeing multiples where people are paying 20 times pro forma, right, two-year pro forma for businesses and you're based on X amount of stores that we promise will open over the next two years. So, we're seeing, I think, really frothy multiples at these sort of platform levels, platform could be 10 stores.

We have not done a deal which is north of a double-digit LTM multiple because we don't need to buy a platform because we have a platform. So, we've been very tactical in terms of if it. There's a certain market that there's an infill opportunity for two or three stores, we'll go after that. I actually think we'll see how this movie plays out. But people have paid massive amounts of money for decent assets and we'll sort of see where things shake out over the next couple years.

But there's no question, it's highly competitive. But again, we've done this with other brands before. We have a programmatic approach to building the business, having one unified brand, having operation standards, the ability to do M&A in a very deliberate and tactical way. And then, the key for us is that we've got a greenfield machine

Case 3:23-cv-00895-MOC-DCK   Document 39-11   Filed 10/14/24   Page 7 of 15


that has now been turned on. So, we see our ability to continue to sort of grow this business on a greenfield basis, it's really good despite some of the other folks doing a bunch of M&A.

### Kate McShane
*Analyst, Goldman Sachs & Co. LLC*
Q

Okay. So, maybe, if we can move on to the Maintenance or the Quick Lube business, which is the second of the three businesses you highlighted in your comments. Just couple of short-term questions and then a few long-term questions starting with the short term. There has been a lot of inflation. I do think that this consumer perhaps is maybe a little bit lower-end consumer. We just wondered if there was any risk of consumers trading down the value spectrum and away from premium oil, and what the elasticity response has been to some of the higher prices.

### Tiffany L. Mason
*Executive Vice President & Chief Financial Officer, Driven Brands Holdings, Inc.*
A

Can I take that one?

### Jonathan G. Fitzpatrick
*President, Chief Executive Officer & Director, Driven Brands Holdings, Inc.*
A

Great.

### Tiffany L. Mason
*Executive Vice President & Chief Financial Officer, Driven Brands Holdings, Inc.*
A

Sure. So, let's talk about that for just a few minutes. So, the Quick Lube business that we have is phenomenal. Just as a quick primer before I answer the direct question that Kate just asked, our Quick Lube business is unique in the industry in the sense that it's a 10-minute stay-in-your-car drive-thru oil change. So really important, especially as we emerge from the pandemic. That's a differentiated model and that's important to our ultimate strategy. This business has been growing in the Driven portfolio since 2016.

So, we started in a very similar fashion to what Jonathan just described in Car Wash, where we bought a platform of Quick Lube stores and we started to not only build greenfield pipeline and open our own company in stores, but we actually started franchising. So, we did greenfield and M&A for a period of time until we got to a reasonable critical mass. We had perfected the playbook and then we started to franchise that business. And the franchising model has taken off phenomenally with Quick Lube for very similar reasons to what Jonathan just described.

Unit-level economics here are fantastic. [ph] $1 million (00:16:25) AUV, 40% four-wall EBITDA margins, great returns. Upfront initial investment for a Quick Lube unit is about $750,000. So, nominal upfront investment and, again, the returns you can do yourself. So, great asset for us. We've been doubling down on digital marketing, making sure that we're getting the message out about this model. And we've had great consumer response over the last few years. Comps in this particular category are pretty fantastic.

So, to answer the direct question, I mean, obviously, again this is a low-labor model similar to Car Wash, not skilled labor. But we are battling some inflationary pressure as you think about synthetic oil. Our premium oil mix today is about 90%. So we have a fantastic mix and engagement with our consumer base. They are investing in their cars and making sure they're putting the right premium oil in their cars to keep those cars in good working order.

Case 3:23-cv-00895-MOC-DCK    Document 39-11    Filed 10/14/24    Page 8 of 15


As we navigate the input cost pressure, we're having a reasonably good go at it. And the reason I say that is, our average consumer comes to a Quick Lube business on average about 2.5 times a year. And when you think about somebody coming 2.5 times a year on a ticket that is $85 or $90, nominal inflation in premium oil for a needs-based service is something that we have a relatively reasonably good chance of passing through to the consumer in retail prices. It's something that they have to get done. Again, you have to keep your car in good working order. You want to put in that nice, healthy, synthetic oil blend, that premium oil blend because it's for the long-term duration of your vehicle.

So, having a reasonably good chance and we're able to manage margins as a result of that. So if you look at our performance over the last number of quarters, we've done double-digit comps and we've been able to manage our margin at that four-wall profitability of just around 40%. So again, fantastic business, low-labor model, very few attachment items. So, we're attaching four items and that's it in addition to labor. So, we're attaching wiper blades, cooling and engine air filters and wiper fluid replacement, so engine flush. Our attachment rates are great at 41% through the second quarter. And that's the way that we manage, not only driving great traffic through our digital marketing programs, but also making sure that the ticket is nice and healthy as well.

---

### Jonathan G. Fitzpatrick

*President, Chief Executive Officer & Director, Driven Brands Holdings, Inc.*



And I would just add that the premiumization of oil at 90%, there's sort of natural tailwinds driving that, Kate, right? One is the age of the vehicle, 12 years of age and getting older. Many of those vehicles require high mileage oil, which by default is sort of a synthetic which is a premium oil. So, that's happening. And then I think as you look at cars that were manufactured in 2013, 2014, 2015, OEs are recommending that they have a synthetic oil product to start with, right?

So the premiumization I think we're doing really well with, but I think there's sort of a natural decline in what we would call conventional oil anyway.

---

### Kate McShane

*Analyst, Goldman Sachs & Co. LLC*



Okay. And then my longer-term questions are, I know Quick Lube remains a key growth driver of the company. Could you remind us about how many ultimate locations you'd like to have for that business and what the pace of new openings is going forward?

---

### Jonathan G. Fitzpatrick

*President, Chief Executive Officer & Director, Driven Brands Holdings, Inc.*

Yeah. So look, at the big Driven level, we have a view that 12,000 locations in North America is achievable. That's the white space across all of our businesses. We've got about 4,000 in the US today. So we think we could sort of triple that over time. Specifically in the Quick Lube business, we've got about 750 locations today. About 150 of those are franchised, about 600 are company-owned. This year we'll open about 50 company-owned greenfield locations.

We'll open more than 100 franchise locations this year. As we look at the pipeline in place today, there's a pipeline between franchise and company approaching 1,000 locations. That is a paid for pipeline or backed by secure real estate. So we certainly think this business can get to 2,000 locations over the medium sort of longer term, and that's what we think the white space opportunity is just in North America.

---

Case 3:23-cv-00895-MOC-DCK    Document 39-11    Filed 10/14/24    Page 9 of 15



## Kate McShane
*Analyst, Goldman Sachs & Co. LLC*

Q

And one question we get a lot about the Quick Lube business is, if we look forward to a time where electric vehicles might represent a more significant portion of the vehicle population, how should we think about Quick Lube in that context?

## Tiffany L. Mason
*Executive Vice President & Chief Financial Officer, Driven Brands Holdings, Inc.*

A

So from an EV perspective, we actually love this question. And the reason we love it is because we are excited about the changing car parcs, right? And we don't shy away from the fact that the car parc changing is a good thing for the automotive industry in the grand scheme. We've also done some pretty aggressive modeling to suggest that if every car that were to come off the line today were produced with an electric engine, right, as an electric vehicle, that if every car produced, that would still mean that 15 years from now, 2035 roughly, so 15 years, would be the tipping point for the car parc, meaning we would just start to see the car parc tip towards EV from ICE.

The interesting thing about that is, if you think about Driven, our core customer, our sweet spot, is post the manufacturer's warranty. So that gives us yet another five years extension beyond that 2035

model tipping point. And again, that's if every car off the line today is EV, which we know it's not. And if you read the press today and over the last few months, there continues to be some challenge in terms of inflation and parts supply, et cetera, to make that a reality. So, there's 20 years at least here of really interesting continued opportunity for the Quick Lube model at a minimum.

The other thing I would say is every time Jonathan and I approve a new unit in the Quick Lube space, we're looking at real estate first. So, we're looking at real estate on main and main in core markets that has fantastic visibility, great traffic and draw, and we're basically planting a box, right? And the box has two or three bays, usually three on average, where we can change the service occasion inside the bay, if and when the time comes, right?

And so, I would think about this as turning a dial. As the car parc changes and that dial is changing on the car parc, we can change the service occasions in our box. And the best thing I can tell you is that we have a similar experience with one of our other brands. So, for those of you who've followed us for a while, you know that Meineke, which is a repair and maintenance brand, is also in our portfolio. That brand has been around since the mid-1970s. That brand at the time that it hit the market was a pure muffler shop. It was replacing mufflers, especially in the northeast. So, in your backyards, that would corrode and fall off the cars.

In the early 1980s, that model changed as the car parc was changing. So, as mufflers were no longer corroding, the materials in the mufflers were changing. And we changed the strategy of the Meineke brand. Today, Meineke does less than 10% muffler replacement, and it has a whole host of other services. So, our strategy for Take 5 Quick Lube is the same. We'll continue to take full advantage of the ICE market as it presents itself to us. And as the car parc changes, we're good students of retail, we're good students of the automotive aftermarket. We're setting the trends in the changing landscape, and we'll change our service location appropriately.

## Jonathan G. Fitzpatrick
*President, Chief Executive Officer & Director, Driven Brands Holdings, Inc.*

A

Case 3:23-cv-00895-MOC-DCK   Document 39-11   Filed 10/14/24   Page 10 of 15


Okay. Just to pile on, look the Quick Lube business is going to grow minimally through 2035. And that's with the most conservative assumptions. It's going to generate for us billions of dollars of free cash flow during that timeframe. And if you look at strategically what we've done over the last two years, the two latest biggest businesses that we've invested in are Car Wash, which is sort of EV neutral, right, we've got every type of vehicle coming in there and then our Auto Glass Service business, which is also EV neutral as well. So, we're sort of planning for the future, but also know that we're going to generate hundreds of millions of dollars of free cash coming out of this Quick Lube business for the next 15 to 20 years.

### Kate McShane
*Analyst, Goldman Sachs & Co. LLC*

Q

Okay. And that leads us to glass repair because it's one of your newer businesses and it is EV neutral. So can you talk to us about the motivation of the acquisition? Was it to help diversify the portfolio and what do you expect in terms growth?

### Jonathan G. Fitzpatrick
*President, Chief Executive Officer & Director, Driven Brands Holdings, Inc.*

A

Yeah. So over the years, we've always looked at what are the natural business models that we would want to add to the Driven platform. We've been studying glass since 2019. We made an acquisition in Canada and got to sort of understand the dynamics of the industry. What's super cool about this is it checks a lot of the boxes that are important to us. So, it's a simple business, number one. It's a relatively simple labor model. The unit level economics are generating 35% four-wall EBITDA margins. It's in an industry with massive fragmentation.

There's one dominant player in the space who essentially have had a monopolistic position almost for 20 years. There is massive white space in terms of new build, and acquisition opportunities. And then really importantly, we do about $2 billion of sales with our insurance partners to stay in our collision business. And the primary payer in the auto glass space is the insurance company. And in talking with our great insurance partners, there was significant demand and interest to have an alternative to sort of the big player there.

So we have – we sort of checked all the boxes, looked at the opportunity, made our first acquisition on December 26 of last year. And we've made I think, six or seven acquisitions since then. We're now clearly the second biggest player in the auto glass space in North America. We've started to build out our greenfield pipeline. I think we've opened our first 15 stores already. We look to sort of growing pretty significantly in terms of greenfield space next year.

So we're pretty excited about it. We think it's another massive growth lever. We'll leverage commercial customers and we'll sort of replay the blueprints that we've done in other businesses. So, so far so good. We really like it. And we think this business, you know, can clearly in time be a $200 million EBITDA business which will then benefit a lot of the other parts of the platform. So super excited about the glass space.

### Kate McShane
*Analyst, Goldman Sachs & Co. LLC*

Q

And just my last question on glass, I don't think any of the locations are franchised, is that right?

### Jonathan G. Fitzpatrick
*President, Chief Executive Officer & Director, Driven Brands Holdings, Inc.*

A

No franchised locations at this point. What we typically like to do is get all the moving pieces nailed down, the operations, the brand positioning, the supply chain, the commercial customers. And what I would say, Kate, is that

**FACTSET: callstreet**
1-877-FACTSET   www.callstreet.com

10

Copyright © 2001-2022 FactSet CallStreet, LLC

Case 3:23-cv-00895-MOC-DCK   Document 39-11   Filed 10/14/24   Page 11 of 15


it is a franchisable business model at 35% four-wall EBITDA margins. You can apply a royalty [ph] and an ad form (00:27:12) to that if we so choose. But no plans to do that right now.

And just to sort of double click on the new greenfield locations. We're able to find existing repair and maintenance facilities which have three or four or five bays. There's literally thousands upon thousands of these in every major sort of market in the United States. We're able to take one of these down for -annual lease rates are sub $100,000. The CapEx to sort of remodel and bring that store up to speed for what we need is about $150,000.

So, our input capital is pretty de minimis in these stores. They're generating north of $1 million and 35% four-wall EBITDA margin. So the ability to sort of put a lot of these new greenfield locations in play over the next number of years is, it's a pretty exceptional opportunity.

---

### Kate McShane
*Analyst, Goldman Sachs & Co. LLC*

Q

Moving on to Platform Services. The Platform Services segment is most exposed to supply chain pressures, but it seems that you've turned this into a competitive advantage for Driven. So can you talk about why that is and how your 1-800-Radiator business is positioned relative to peers?

---

### Tiffany L. Mason
*Executive Vice President & Chief Financial Officer, Driven Brands Holdings, Inc.*

A

Sure. Yes. So, Platform Services is the fourth segment in our portfolio. And as Kate just suggested, Platform Services, that segment is anchored by 1-800-Radiator. That's the business that is the anchor brand and the one to watch as you think about performance of Platform Services. What 1-800-Radiator does is, first of all, it's a purely franchise business. It's a B2B parts distribution business.

What franchisees are buying when they buy a franchise for 1-800-Radiator is they're basically buying the algorithm, so the supply chain algorithm and the support of the supply chain team. One of the great things about Driven Brands as a portfolio is that we bring to bear a whole host of what we consider to be shared services. And these are services beyond the traditional shared services that you typically think of. Supply chain happens to be one of those.

And we pull our resources together to make sure that we're going to market on behalf of our franchisees in the most effective and efficient manner. And so, between the algorithm and the supply chain team behind it, it allows us to be in-stock, and we have very high in-stock rates on inventory that is difficult to get in the market. And when I say that, I mean bulky items, long tail items. So think ACs and radiators, as the name would suggest, also think commercial vehicle parts, exhaust systems. So, things that traditional auto parts retailers don't necessarily stock because it takes up a lot of shelf space or back room space. So this is a special niche for us, and we can provide those parts and products to independent operators in a robust way through the system that we've created.

Our dedicated supply chain team, while not immune to any of the pressures in the market today, has a relatively good shot, just given our competitive positioning and navigating the environment, certainly better than independents could navigate it on their own. And so, that's why we've been able to sort of lean in, use that supply chain advantage and that capability and, obviously, use it to our advantage as we think about pricing in the market and [indiscernible] (00:30:31) market share.

---

### Jonathan G. Fitzpatrick
*President, Chief Executive Officer & Director, Driven Brands Holdings, Inc.*

A

Case 3:23-cv-00895-MOC-DCK   Document 39-11   Filed 10/14/24   Page 12 of 15



But Kate, I would just add. That's awesome. It's actually much simpler than that. 80% of this industry is fragmented small chains and independents. They don't have the capabilities to manage supply chain or procurement in the same ZIP code that we do. So let me give you the example. So, we buy 10 million gallons of oil a year. Is that oil supplier going to prioritize Driven Brands with one central pay, central ordering, central management team versus the small independent with two stores?

The answer is obvious. They're going to manage Driven Brands with a priority. So, this is the power of scale in a highly fragmented industry, the ability to manage our vendors and work with our vendors to get sort of that priority and the price and the best terms and conditions. And then if you look at Driven overall, we've got a fairly robust procurement team that's almost – not almost, 50% of stuff that goes into our franchisees stores, flows through Driven Brands' central purchasing.

So we make, this year, our annual guidance is $495 million of EBITDA. That's our published guidance for this year. About 10% of that is coming through our purchasing efforts, right. So we're making profits by providing our franchisees the best product at the best terms and conditions. And that scale benefit from the platform is only going to continue to increase over time. So, we have a great team, but it's really the power of the platform, the power, the scale that provides that advantage for us.

### Kate McShane
*Analyst, Goldman Sachs & Co. LLC*

Q

If I could pivot to the balance sheet, in Q2, the company's leverage ratio was around 4.7 times. Could you talk about how comfortable you are with the current debt levels and how we should think about leverage going forward for the company?

### Tiffany L. Mason
*Executive Vice President & Chief Financial Officer, Driven Brands Holdings, Inc.*

A

Absolutely. Sure. So first and foremost, as you've heard throughout the course of the conversation today, as we walk through each of the four segments, this business is highly cash generative. So, number one, that's the first thing to remember and we're putting all of that cash to work through growth in the company. We also, as Jonathan talked about in the Car Wash space, are leveraging the capability to do sale leaseback to be able to recycle capital and, again, put that recycled capital right back into the growth.

So, you can hear that that's really our focus. We, of course, have access to the debt capital markets. We do that through a couple of different means. Whole business securitization is one of the financing mechanisms that's been in place and been employed since 2015. And we use that alongside term loans and other revolving credit facilities.

So Kate mentioned our leverage ratio. We are targeting a guardrail of five times. Five times is putting us in sort of right in the sweet spot as you think about high growth, highly franchised companies. It gives us the flexibility to continue to invest in the growth of the business and these 12,000 units of white space that Jonathan suggested earlier in his remarks. And we really feel like that gives us the flexibility that's appropriate.

As in today's environment, as rates are rising, a couple of basis points of rate relative to the trade but it's fantastic returns in the three or four segments that we just talked about, three in particular which are growth leaning. That's a great trade on our part, and so we're very comfortable with where we sit today. And the business has natural deleverage because as we put that cash to work in these growth opportunities, it creates natural growth in EBITDA which naturally deleverages the balance sheet, and then we start the [ph] cycle again (00:33:59).

Case 3:23-cv-00895-MOC-DCK   Document 39-11   Filed 10/14/24   Page 13 of 15



## Kate McShane
*Analyst, Goldman Sachs & Co. LLC*

Q

Thank you. And I think for our last question, I wanted to ask about labor. Several in the industry have noted difficulty in hiring, especially in the more technical skilled jobs like collision. But it doesn't seem like Driven has had as big of an issue with this. So, we wondered if you could maybe walk us through some of the puts and takes and what you've seen in the labor market for Driven and if there's a big difference between average wage rates at the different banners versus your competitors?

## Jonathan G. Fitzpatrick
*President, Chief Executive Officer & Director, Driven Brands Holdings, Inc.*

A

Yeah. I'm not sure you want to be QSR in California anytime soon, right? $22 is what they're talking about in a kind of couple of years. So, labor is amazing. So, we have company stores and we have franchise stores. In our company stores, Quick Lube, Car Wash, and Glass, we talked about it earlier, unskilled labor. Right? So, we can bring people in. We can train them relatively easily.

One thing that we do in our franchise stores in our company stores is we have variable compensation at all levels in the company. So we pay a very competitive hourly base rate, and then every employee has the chance to make incremental dollars based on performance, KPI, performance metrics that we manage. So our effective hourly rate for company employees is in the mid- to high-teens already when you layer in the variable compensation. So that's number one.

Number two, our franchisees are incredible. They are owner-operators and they do an unbelievable job of staffing their stores. They're typically – our average tenure of our franchisees is 17 or 18 years. They've got longevity with their employees, with their communities. They're constantly hiring. Franchisees use a lot of sort of, I'll call it, sweat equity to motivate and bring on people. So we're insulated from that. But our franchisees do a phenomenal job. Just to illustrate that, Kate, we didn't lose one franchise store during the entire pandemic as a result of staffing issues, right? Our franchisees were able to stay open.

In terms of other reasons that we do well in our company stores, if you look at our Quick Lube business, we started in 2016 with about 40 stores. We now have 750 stores. 75% of our store managers for our company stores and our Quick Lube business have been promoted internally, right? So we're providing people not just with a job, with a real career opportunity. So when you're growing, adding stores, creating promotion, offer advancement opportunities, our retention rates are, and the ability to recruit, maybe a little bit better.

Again, the skilled labor component is incredibly important. So we don't need to hire skilled labor. All of our company-owned labor models are highly efficient. We're talking about three, four or five people in the location. So I don't think, as Tiffany said before, we're not immune to the labor challenges and the dogfight that's out there, but we've got a bunch of things that sort of maybe help us compete a little bit better than some other folks in different industry categories.

## Kate McShane
*Analyst, Goldman Sachs & Co. LLC*

Okay. Great. Well, thank you for joining us today. Thank you, Jonathan and Tiffany. And thanks, everyone in the room. And we have a break now in the schedule and our next session will start at 10:30. Thank you.

Case 3:23-cv-00895-MOC-DCK    Document 39-11    Filed 10/14/24    Page 14 of 15


## Jonathan G. Fitzpatrick
*President, Chief Executive Officer & Director, Driven Brands Holdings, Inc.*

Thanks, Kate.

Disclaimer

The information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete or error-free statement or summary of the available data. As such, we do not warrant, endorse or guarantee the completeness, accuracy, integrity, or timeliness of the information. You must evaluate, and bear all risks associated with, the use of any information provided hereunder, including any reliance on the accuracy, completeness, safety or usefulness of such information. This information is not intended to be used as the primary basis of investment decisions. It should not be construed as advice designed to meet the particular investment needs of any investor. This report is published solely for information purposes, and is not to be construed as financial or other advice or as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. Any information expressed herein on this date is subject to change without notice. Any opinions or assertions contained in this information do not represent the opinions or beliefs of FactSet CallStreet, LLC. FactSet CallStreet, LLC, or one or more of its employees, including the writer of this report, may have a position in any of the securities discussed herein.

THE INFORMATION PROVIDED TO YOU HEREUNDER IS PROVIDED "AS IS," AND TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, FactSet CallStreet, LLC AND ITS LICENSORS, BUSINESS ASSOCIATES AND SUPPLIERS DISCLAIM ALL WARRANTIES WITH RESPECT TO THE SAME, EXPRESS, IMPLIED AND STATUTORY, INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, ACCURACY, COMPLETENESS, AND NON-INFRINGEMENT. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, NEITHER FACTSET CALLSTREET, LLC NOR ITS OFFICERS, MEMBERS, DIRECTORS, PARTNERS, AFFILIATES, BUSINESS ASSOCIATES, LICENSORS OR SUPPLIERS WILL BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR PUNITIVE DAMAGES, INCLUDING WITHOUT LIMITATION DAMAGES FOR LOST PROFITS OR REVENUES, GOODWILL, WORK STOPPAGE, SECURITY BREACHES, VIRUSES, COMPUTER FAILURE OR MALFUNCTION, USE, DATA OR OTHER INTANGIBLE LOSSES OR COMMERCIAL DAMAGES, EVEN IF ANY OF SUCH PARTIES IS ADVISED OF THE POSSIBILITY OF SUCH LOSSES, ARISING UNDER OR IN CONNECTION WITH THE INFORMATION PROVIDED HEREIN OR ANY OTHER SUBJECT MATTER HEREOF.

The contents and appearance of this report are Copyrighted FactSet CallStreet, LLC 2022 CallStreet and FactSet CallStreet, LLC are trademarks and service marks of FactSet CallStreet, LLC. All other trademarks mentioned are trademarks of their respective companies. All rights reserved.

Case 3:23-cv-00895-MOC-DCK   Document 39-11   Filed 10/14/24   Page 15 of 15