# EXHIBIT 20

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### WASHINGTON, DC 20549

## FORM 8-K

**CURRENT REPORT**
**Pursuant to Section 13 or 15(d)**
**of the Securities Exchange Act of 1934**

**Date of report (Date of earliest event reported): October 26, 2022**

# DRIVEN BRANDS HOLDINGS INC.
**(Exact name of registrant as specified in its charter)**

| **Delaware** | **001-39898** | **47-3595252** |
|:---:|:---:|:---:|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (I.R.S. Employer Identification No.) |

**440 South Church Street, Suite 700**
**Charlotte, North Carolina 28202**
(Address of principal executive offices) (Zip Code)

**(704) 377-8855**
(Registrant's Telephone Number, Including Area Code)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the Registrant under any of the following provisions (*see* General Instruction A.2. below):

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol | Name of each exchange on which registered |
|:---:|:---:|:---:|
| **Common Stock, $0.01 par value** | **DRVN** | **The Nasdaq Global Select Market** |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Act of 1934 (§ 240.12b-2 of this chapter).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Case 3:23-cv-00895-MOC-DCK   Document 39-20   Filed 10/14/24   Page 2 of 19

**Item 2.02.            Results of Operations and Financial Condition**

On October 26, 2022, Driven Brands Holdings Inc. (the "Company") issued a press release and related infographic, furnished as Exhibits 99.1 and 99.2, respectively, and incorporated herein by reference, announcing the Company's financial results for the quarter ended September 24, 2022.

The information provided pursuant to Item 2.02, including the exhibits attached hereto, is being furnished and shall not be deemed to be "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), or otherwise subject to the liabilities of that section, nor shall it be deemed to be incorporated by reference in any filing under the Securities Act of 1933, as amended, or the Exchange Act, except as shall be expressly set forth by specific reference in any such filing.

**Item 9.01            Financial Statements and Exhibits.**

(d) Exhibits

| Exhibit No. | Description |
|---|---|
| 99.1 | Press release dated October 26, 2022 |
| 99.2 | Infographic |
| 104 | Cover Page Interactive Data File - the cover page XBRL tags are embedded within the Inline XBRL document |

Case 3:23-cv-00895-MOC-DCK    Document 39-20    Filed 10/14/24    Page 3 of 19

## SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

**DRIVEN BRANDS HOLDINGS INC.**

Date: October 26, 2022

By:     /s/ Scott O'Melia

Name:   Scott O'Melia

Title:    Executive Vice President, General Counsel and Secretary

EX-99.1 2 d408899dex991.htm EX-99.1

Exhibit 99.1

## Driven Brands Holdings Inc. Reports Strong Third Quarter Results; Raises Full Year Guidance Reflecting Outperformance

**Revenue Increased 39% Powered by 12% Same-Store Sales and Net Store Growth**

**Operating Profit Increased by 50% Enabled by Significant Operating Leverage**

**Guidance Increase Reflects Powerful Customer Value Proposition and Resilient Needs-Based Industry**

**Charlotte, N.C.** (October 26, 2022) - Driven Brands Holdings Inc. (NASDAQ: DRVN) ("Driven Brands" or the "Company") today reported financial results for the third quarter ended September 24, 2022.

For the third quarter, revenue increased 39% versus the prior year to $516.6 million. System-wide sales increased 22% versus the prior year to $1.5 billion, with 9% net store growth and an increase in consolidated same-store sales of 11.9%.

Net Income increased 16% versus the prior year to $38.4 million or $0.23 per diluted share in the third quarter.

Adjusted Net Income[1] increased 26% to $55.0 million or $0.32 per diluted share[2].

"We continue to have solid momentum entering the fourth quarter, building on our strong performance year-to-date. We are growing, taking share and generating cash, leveraging our proven playbook for growth with a robust pipeline of franchise and greenfield openings," said Jonathan Fitzpatrick, President and CEO.

"The benefits of our scale and breadth of our offering deepen our competitive moat and differentiate our business, driving unit expansion, same store sales growth, and cost savings. Our continued execution combined with the strength of our business model gives us confidence that we are on track to meet or exceed our long-term plan."

### Third Quarter Highlights

*Comparisons are third quarter of 2022 ended September 24, 2022 versus third quarter of 2021 ended September 25, 2021 unless otherwise noted*

- Revenue increased 39% to $516.6 million, driven by same-store sales and net store growth.

- Consolidated same-store sales increased 11.9%.

- The Company added 101 net new stores during the quarter.

- Net Income increased 16% to $38.4 million.

- Adjusted Net Income[1] increased 26% to $55.0 million.

- Adjusted EBITDA[3] increased 32% to $129.4 million.

1

**Third Quarter 2022 Key Performance Indicators by Segment**

| | System-wide Sales (in millions) | Store Count | Same-Store Sales | Revenue (in millions) | Segment Adjusted EBITDA[4] (in millions) |
|---|---|---|---|---|---|
| **Maintenance** | $ 411.4 | 1,597 | 14.4% | $ 200.8 | $ 68.8 |
| **Car Wash** | 138.7 | 1,086 | (9.0)% | 140.3 | 39.1 |
| **Paint, Collision & Glass** | 781.2 | 1,822 | 15.7% | 113.3 | 38.9 |
| **Platform Services** | 130.8 | 202 | 8.7% | 52.0 | 19.8 |
| **Corporate / Other** | N/A | N/A | N/A | 10.2 | |
| **Total** | $ 1,462.1 | 4,707 | 11.9% | $ 516.6 | |

*Car Wash same-store sales declined 9.0% in the third quarter. Foreign exchange rate movement had a 560 basis point negative impact. The impact of foreign exchange rate movement on the remaining segments was not significant.

## Capital and Liquidity

The Company ended the third quarter with total liquidity of $287.6 million, consisting of $190.4 million in cash and cash equivalents, and $97.2 million of undrawn capacity on its variable funding securitization senior notes and revolving credit facility.

Subsequent to the end of the quarter, the Company closed on a $365 million whole business securitization transaction. Proceeds from the offering were used for general corporate purposes, including the repayment of the revolving credit facilities creating capacity to invest in continued growth.

## Fiscal Year 2022 Guidance

The Company has raised its guidance for the fiscal year to account for its strong operating performance and M&A activity in the third quarter of 2022, while keeping fourth quarter expectations unchanged. The following guidance reflects the Company's current expectations for the fiscal year ending December 31, 2022:

- Revenue of approximately $2.0 billion.

- Adjusted EBITDA[5] of approximately $503 million.

- Adjusted earnings per share[5] of approximately $1.21.

The above guidance includes the impact of the 53rd week in fiscal year 2022. The impact of the extra week is expected to yield approximately $25 million in revenue, $5 million in Adjusted EBITDA[5] and approximately $0.02 in Adjusted Earnings Per Share[5].

The Company also expects:

- Low-double-digit same-store sales growth.

- Net store growth of approximately 370:

  - Maintenance: approximately 135 stores of which 75% will be franchised and 25% will be Company-operated

2

- Car Wash: approximately 45 stores which will be Company-operated

- Paint, Collision & Glass: approximately 190 stores of which 5% will be franchised and 95% will be Company-operated.

The Company has not included future M&A in its guidance for fiscal year 2022.

## Conference Call

Driven Brands will host a conference call to discuss third quarter 2022 results today, Wednesday, October 26, 2022, at 9:00am ET. The call will be available by webcast and can be accessed by visiting Driven Brands' Investor Relations website at investors.drivenbrands.com. A replay of the call will be available until February 21, 2023.

## About Driven Brands

Driven Brands™, headquartered in Charlotte, NC, is the largest automotive services company in North America, providing a range of consumer and commercial automotive needs, including paint, collision, glass, vehicle repair, oil change, maintenance and car wash. Driven Brands is the parent company of some of North America's leading automotive service businesses including Take 5 Oil Change®, Take 5 Car Wash®, Meineke Car Care Centers®, Maaco®, 1-800-Radiator & A/C®, Auto Glass Now®, and CARSTAR®. Driven Brands has more than 4,700 locations across 15 countries, and services over 50 million vehicles annually. Driven Brands' network generates approximately $1.9 billion in annual revenue from more than $5.3 billion in system-wide sales.

## Contacts

**Shareholder/Analyst inquiries:**
Kristy Moser
kristy.moser@drivenbrands.com
(980) 229-9450

**Media inquiries:**
Taylor Blanchard
taylor.blanchard@drivenbrands.com
(704) 644-8129

3

## Disclosure Regarding Forward-Looking Statements

This press release contains forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995. These forward-looking statements are generally identified by the use of forward-looking terminology, including the terms "anticipate," "believe," "continue," "could," "estimate," "expect," "intend," "likely," "may," "plan," "possible," "potential," "predict," "project," "should," "target," "will," "would" and, in each case, their negative or other various or comparable terminology. All statements other than statements of historical facts contained in this press release, including statements regarding our strategy, future operations, future financial position, future revenue, projected costs, prospects, plans, objectives of management, and expected market growth are forward-looking statements. In particular, forward-looking statements include, among other things, statements relating to: (i) our strategy, outlook and growth prospects; (ii) our operational and financial targets and dividend policy; (iii) general economic trends and trends in the industry and markets; and (iv) the competitive environment in which we operate. Forward-looking statements are not based on historical facts but instead represent our current expectations and assumptions regarding our business, the economy and other future conditions, and involve known and unknown risks, uncertainties and other important factors that may cause our actual results, performance, or achievements to be materially different from any future results, performance, or achievements expressed or implied by the forward-looking statements. It is not possible to predict or identify all such risks. These risks include, but are not limited to, the risk factors that are described under the section titled "Risk Factors" in our Annual Report on Form 10-K for the fiscal year ended December 25, 2021, our Quarterly Report on Form 10-Q for the fiscal quarter ended June 25, 2022, and in our other filings with the Securities and Exchange Commission, which are available on its website at www.sec.gov. Given these uncertainties, you should not place undue reliance on these forward-looking statements.

Forward-looking statements represent our estimates and assumptions only as of the date on which they are made, and we undertake no obligation to update or review publicly any forward-looking statements, whether as a result of new information, future events or otherwise, except as required by law.

## Disclosure Regarding Non-GAAP Financial Measures

In addition to the financial measures presented in this release in accordance with U.S. Generally Accepted Accounting Principles ("GAAP"), the Company has included certain non-GAAP financial measures in this release, including Adjusted Net Income[1], Adjusted Earnings Per Share[2], and Adjusted EBITDA[3]. Management believes these non-GAAP financial measures are useful because they enable management, investors, and others to assess the operating performance of the Company and its segments. Please refer to the Reconciliation of Non-GAAP Financial Information tables located in the financial supplement in this release.

This release includes forward-looking guidance for certain non-GAAP financial measures, including Adjusted Earnings Per Share[5] and Adjusted EBITDA[5]. These measures will differ from net income, determined in accordance with GAAP, in ways similar to those described in the Reconciliation of Non-GAAP Financial

4

Information tables in this release. We do not provide guidance for net income, determined in accordance with GAAP, or a reconciliation of guidance for Adjusted EBITDA[5] to the most directly comparable GAAP measure because the Company is not able to predict with reasonable certainty the amount or nature of all items that will be included in net income.

[1] "Adjusted Net Income" is calculated by eliminating from net income the adjustments described for Adjusted EBITDA, amortization related to acquired intangible assets and the tax effect of the adjustments. Please refer to Reconciliation of Non-GAAP Information tables located in the financial supplement in this release.

[2] "Adjusted Earnings Per Share" represents Adjusted Net Income divided by weighted average shares (basic and diluted). Please refer to Reconciliation of Non-GAAP Information tables located in the financial supplement in this release.

[3] "Adjusted EBITDA" represents earnings before interest expense, income tax expense, and depreciation and amortization, with further adjustments for acquisition-related costs, straight-line rent, equity compensation, loss on debt extinguishment and certain non-recurring, non-core, infrequent or unusual charges. Please refer to Reconciliation of Non-GAAP Information tables located in the financial supplement in this release.

[4] "Segment Adjusted EBITDA" is defined as Adjusted EBITDA with a further adjustment for store opening costs. Corporate & Other costs are not allocated across segments. Segment Adjusted EBITDA is a supplemental measure of operating performance of our segments and may not be comparable to similar measures reported by other companies. Please refer to Adjusted EBITDA and Segment Adjusted EBITDA Reconciliation located in the financial supplement in this release.

[5] We have not reconciled Adjusted EBITDA and Adjusted Earnings Per Share outlook to the most comparable GAAP outlook because it is not possible to do so without unreasonable efforts due to the uncertainty and potential variability of reconciling items, which are dependent on future events and often outside of management's control and which could be significant. Because such items cannot be reasonably predicted with the level of precision required, we are unable to provide outlook for the comparable GAAP measures. Forward-looking estimates of Adjusted EBITDA and Adjusted EPS are made in a manner consistent with the relevant definitions and assumptions noted herein.

5

## DRIVEN BRANDS HOLDINGS INC. AND SUBSIDIARIES
## CONSOLIDATED STATEMENTS OF OPERATIONS (UNAUDITED)

| (in thousands, except per share amounts) | Three months ended | | Nine months ended | |
| --- | --- | --- | --- | --- |
| | September 24, 2022 | September 25, 2021 | September 24, 2022 | September 25, 2021 |
| Revenue: | | | | |
| Franchise royalties and fees | $ 45,562 | $ 38,953 | $ 128,300 | $ 107,240 |
| Company-operated store sales | 341,211 | 213,755 | 957,487 | 603,808 |
| Independently-operated store sales | 40,469 | 47,941 | 158,500 | 160,483 |
| Advertising contributions | 22,018 | 19,762 | 63,807 | 56,665 |
| Supply and other revenue | 67,334 | 50,737 | 185,447 | 147,199 |
| **Total revenue** | 516,594 | 371,148 | 1,493,541 | 1,075,395 |
| Operating expenses: | | | | |
| Company-operated store expenses | 209,562 | 130,520 | 580,368 | 367,095 |
| Independently-operated store expenses | 23,254 | 27,764 | 85,396 | 89,664 |
| Advertising expenses | 22,018 | 19,762 | 63,807 | 56,665 |
| Supply and other expenses | 41,042 | 28,330 | 109,616 | 80,417 |
| Selling, general and administrative expenses | 82,460 | 71,565 | 272,657 | 218,549 |
| Acquisition costs | 2,325 | 636 | 9,981 | 2,674 |
| Store opening costs | 753 | 666 | 1,925 | 1,360 |
| Depreciation and amortization | 36,518 | 28,447 | 107,628 | 78,722 |
| Trade name impairment | — | — | 125,450 | — |
| Asset impairment charges and lease terminations | 2,894 | (270) | 2,910 | 3,161 |
| **Total operating expenses** | 420,826 | 307,420 | 1,359,738 | 898,307 |
| **Operating income** | 95,768 | 63,728 | 133,803 | 177,088 |
| Other expenses, net: | | | | |
| Interest expense, net | 27,323 | 17,688 | 78,946 | 52,390 |
| Loss on foreign currency transactions, net | 15,582 | 1,074 | 30,490 | 6,356 |
| Loss on debt extinguishment | — | — | — | 45,576 |
| **Total other expenses, net** | 42,905 | 18,762 | 109,436 | 104,322 |
| Net income before taxes | 52,863 | 44,966 | 24,367 | 72,766 |
| Income tax expense | 14,472 | 11,880 | 8,592 | 24,445 |
| **Net income** | 38,391 | 33,086 | 15,775 | 48,321 |
| Net loss attributable to non-controlling interests | $ — | $ (38) | (15) | (68) |
| **Net income attributable to Driven Brands Holdings Inc.** | $ 38,391 | $ 33,124 | $ 15,790 | $ 48,389 |
| **Earnings per share[1]:** | | | | |
| Basic | $ 0.23 | $ 0.20 | $ 0.10 | $ 0.30 |
| Diluted | $ 0.23 | $ 0.19 | $ 0.09 | $ 0.29 |
| **Weighted average shares outstanding:** | | | | |
| Basic | 162,760 | 162,635 | 162,768 | 160,030 |
| Diluted | 166,831 | 166,630 | 166,663 | 163,968 |

6

## DRIVEN BRANDS HOLDINGS INC. AND SUBSIDIARIES

## CONSOLIDATED BALANCE SHEETS (UNAUDITED)

| (in thousands) | September 24, 2022 | December 25, 2021 |
|---|---:|---:|
| **Assets** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 190,373 | $ 523,414 |
| Restricted cash | 792 | 792 |
| Accounts and notes receivable, net | 156,194 | 117,903 |
| Inventory | 62,569 | 46,990 |
| Prepaid and other assets | 53,456 | 24,326 |
| Income tax receivable | 5,070 | 6,867 |
| Advertising fund assets, restricted | 53,233 | 45,360 |
| Assets held for sale | — | 3,275 |
| **Total current assets** | 521,687 | 768,927 |
| Notes receivable, net | 6,636 | 3,182 |
| Property and equipment, net | 1,693,353 | 1,350,984 |
| Operating lease right-of-use assets | 1,089,693 | 995,625 |
| Deferred commissions | 9,607 | 10,567 |
| Intangibles, net | 717,959 | 816,183 |
| Goodwill | 2,082,572 | 1,910,392 |
| Deferred tax assets | 1,165 | 1,509 |
| **Total assets** | $ 6,122,672 | $ 5,857,369 |
| **Liabilities and shareholders' equity** | | |
| Current liabilities: | | |
| Accounts payable | $ 79,392 | $ 83,033 |
| Accrued expenses and other liabilities | 266,223 | 297,620 |
| Income taxes payable | 48,264 | 11,054 |
| Current portion of long-term debt | 23,836 | 26,044 |
| Income tax receivable liability | 24,255 | 24,255 |
| Advertising fund liabilities | 26,738 | 26,441 |
| **Total current liabilities** | 468,708 | 468,447 |
| Long-term debt, net | 2,656,520 | 2,356,320 |
| Deferred tax liability | 211,554 | 257,067 |
| Operating lease liabilities | 1,024,694 | 931,604 |
| Income tax receivable liability | 131,715 | 131,715 |
| Deferred revenue | 42,024 | 37,576 |
| Accrued expenses and other long-term liabilities | 22,505 | 29,398 |
| **Total liabilities** | 4,557,720 | 4,212,127 |
| Common stock | 1,677 | 1,674 |
| Additional paid-in capital | 1,620,480 | 1,605,890 |
| Retained earnings | 57,397 | 41,607 |
| Accumulated other comprehensive loss | (115,233) | (5,028) |
| **Total shareholders' equity attributable to Driven Brands Holdings Inc.** | 1,564,321 | 1,644,143 |
| **Non-controlling interests** | 631 | 1,099 |
| **Total shareholders' equity** | 1,564,952 | 1,645,242 |
| **Total liabilities and shareholders' equity** | $ 6,122,672 | $ 5,857,369 |

7

Case 3:23-cv-00895-MOC-DCK    Document 39-20    Filed 10/14/24    Page 11 of 19

## DRIVEN BRANDS HOLDINGS INC. AND SUBSIDIARIES

## CONSOLIDATED STATEMENTS OF CASH FLOWS (UNAUDITED)

| (in thousands) | Nine months ended | |
| --- | --- | --- |
| | September 24, 2022 | September 25, 2021 |
| Net income | $ 15,775 | $ 48,321 |
| Adjustments to reconcile net income to net cash provided by operating activities: | | |
| Depreciation and amortization | 107,628 | 78,722 |
| Trade name impairment | 125,450 | — |
| Non-cash lease cost | 65,075 | 56,563 |
| Loss on foreign denominated transactions | 30,490 | 9,301 |
| Gain on foreign currency derivatives | — | (2,945) |
| Bad debt expense | 1,011 | 2,535 |
| Asset impairment costs | 2,910 | 3,161 |
| Amortization of deferred financing costs and bond discounts | 6,807 | 5,139 |
| Benefit (provision) for deferred income taxes | (38,216) | 15,898 |
| Loss on extinguishment of debt | — | 45,576 |
| Other, net | 312 | 4,257 |
| **Changes in assets and liabilities, net of acquisitions:** | | |
| Accounts and notes receivable, net | (44,063) | (28,787) |
| Inventory | (17,898) | (3,279) |
| Prepaid and other assets | 850 | (18,414) |
| Advertising fund assets and liabilities, restricted | (4,612) | 5,818 |
| Deferred commissions | 917 | (1,205) |
| Deferred revenue | 2,222 | 3,983 |
| Accounts payable | (12,321) | (3,903) |
| Accrued expenses and other liabilities | (59,844) | 25,595 |
| Income tax receivable | 37,931 | (320) |
| Operating lease liabilities | (52,772) | (47,821) |
| **Cash provided by operating activities** | 167,652 | 198,195 |
| **Cash flows from investing activities:** | | — |
| Capital expenditures | (276,222) | (93,627) |
| Cash used in business acquisitions, net of cash acquired | (652,085) | (442,488) |
| Proceeds from sale-leaseback transactions | 150,112 | 66,391 |
| Proceeds from sale of company-operated stores | — | 1,532 |
| Proceeds from disposition of Denmark car wash operation | 1,551 | — |
| Proceeds from disposal of property and equipment | 4,876 | 5,471 |
| **Cash used in investing activities** | (771,768) | (462,721) |
| **Cash flows from financing activities:** | | |
| Payment of debt extinguishment and issuance costs | — | (2,153) |
| Repayment of long-term debt | (15,772) | (716,542) |
| Proceeds from revolving lines of credit and short-term debt | 300,000 | 441,800 |
| Repayments of revolving lines of credit and short-term debt | — | (212,800) |
| Repayment of principal portion of finance lease liability | (2,229) | (1,760) |
| Proceeds from initial public offering, net of underwriting discounts | — | 661,500 |
| Net proceeds from underwriters' exercise of over-allotment option | — | 99,225 |
| Repurchases of common stock | — | (43,040) |
| Payment for termination of interest rate swaps | — | (21,826) |

8

| | | |
|---|---:|---:|
| Stock option exercises | 651 | 339 |
| Other, net | (70) | 102 |
| **Cash provided by financing activities** | 282,580 | 204,845 |
| Effect of exchange rate changes on cash | (7,705) | (2,285) |
| **Net change in cash, cash equivalents, restricted cash, and cash included in advertising fund assets, restricted** | (329,241) | (61,966) |
| Cash and cash equivalents, beginning of period | 523,414 | 172,611 |
| Cash included in advertising fund assets, restricted, beginning of period | 38,586 | 19,369 |
| Restricted cash, beginning of period | 792 | 15,827 |
| **Cash, cash equivalents, restricted cash, and cash included in advertising fund assets, restricted, beginning of period** | 562,792 | 207,807 |
| Cash and cash equivalents, end of period | 190,373 | 115,365 |
| Cash included in advertising fund assets, restricted, end of period | 42,386 | 30,341 |
| Restricted cash, end of period | 792 | 135 |
| **Cash, cash equivalents, restricted cash, and cash included in advertising fund assets, restricted, end of period** | $ 233,551 | $145,841 |

9

## DRIVEN BRANDS HOLDINGS INC. AND SUBSIDIARIES

## RECONCILIATION OF NON-GAAP FINANCIAL INFORMATION (UNAUDITED)

**Adjusted Net Income and Adjusted Earnings Per Share**

| (in thousands, except per share amounts) | Three months ended | | Nine months ended | |
| --- | --- | --- | --- | --- |
| | September 24, 2022 | September 25, 2021 | September 24, 2022 | September 25, 2021 |
| Net income | $ 38,391 | $ 33,086 | $ 15,775 | $ 48,321 |
| Acquisition related costs[a] | 2,325 | 636 | 9,981 | 2,674 |
| Non-core items and project costs, net[b] | 851 | 1,357 | 3,436 | 3,910 |
| Straight-line rent adjustment[c] | 3,220 | 2,548 | 11,530 | 8,391 |
| Equity-based compensation expense[d] | 5,308 | 933 | 12,159 | 2,944 |
| Foreign currency transaction loss, net[e] | 15,582 | 1,074 | 30,490 | 6,356 |
| Bad debt recovery[f] | (449) | — | (449) | — |
| Trade name impairment[g] | — | — | 125,450 | — |
| Asset sale leaseback (gain) loss, impairment and closed store expenses[h] | (14,186) | 313 | (20,248) | 3,005 |
| Loss on debt extinguishment[i] | — | — | — | 45,576 |
| Amortization related to acquired intangible assets[j] | 7,212 | 4,665 | 18,284 | 13,875 |
| Provision for uncertain tax positions[k] | — | (251) | 76 | (251) |
| Adjusted net income before tax impact of adjustments | 58,254 | 44,361 | 206,484 | 134,801 |
| Tax impact of adjustments[l] | (3,290) | (886) | (44,086) | (18,968) |
| **Adjusted net income** | 54,964 | 43,475 | 162,398 | 115,833 |
| Net loss attributable to non-controlling interest | — | (38) | (15) | (68) |
| **Adjusted net income attributable to Driven Brands Holdings Inc.** | $ 54,964 | $ 43,513 | $ 162,413 | $ 115,901 |
| Adjusted earnings per share | | | | |
| Basic[1] | $ 0.33 | $ 0.26 | $ 0.98 | $ 0.71 |
| Diluted[1] | $ 0.32 | $ 0.26 | $ 0.96 | $ 0.69 |
| Weighted average shares outstanding | | | | |
| Basic | 162,760 | 162,635 | 162,768 | 160,030 |
| Diluted | 166,831 | 166,630 | 166,663 | 163,968 |

(1) Adjusted earnings per share is calculated under the two-class method. Under the two-class method, adjusted earnings per share is calculated using adjusted net income attributable to common shares, which is derived by reducing adjusted net income by the amount attributable to participating securities. Adjusted net income attributable to participating securities used in the basic earnings per share calculation was $1.2 million and $3.4 million for the three and nine months ended September 24, 2022, respectively, and adjusted net income attributable to participating securities used in the diluted earnings per share calculation was $1.0 million and $3.1 million for the three and nine months ended September 24, 2022, respectively.

10

# DRIVEN BRANDS HOLDINGS INC. AND SUBSIDIARIES

## RECONCILIATION OF NON-GAAP FINANCIAL INFORMATION (UNAUDITED)

**Net Income to Adjusted EBITDA Reconciliation**

| | Three months ended | | Nine months ended | |
|---|---|---|---|---|
| *(in thousands)* | September 24, 2022 | September 25, 2021 | September 24, 2022 | September 25, 2021 |
| Net income | 38,391 | $ 33,086 | $ 15,775 | $ 48,321 |
| Income tax expense | 14,472 | 11,880 | 8,592 | 24,445 |
| Interest expense, net | 27,323 | 17,688 | 78,946 | 52,390 |
| Depreciation and amortization | 36,518 | 28,447 | 107,628 | 78,722 |
| EBITDA | 116,704 | 91,101 | 210,941 | 203,878 |
| Acquisition related costs[a] | 2,325 | 636 | 9,981 | 2,674 |
| Non-core items and project costs, net[b] | 851 | 1,357 | 3,436 | 3,910 |
| Straight-line rent adjustment[c] | 3,220 | 2,548 | 11,530 | 8,391 |
| Equity-based compensation expense[d] | 5,308 | 933 | 12,159 | 2,944 |
| Foreign currency transaction loss, net[e] | 15,582 | 1,074 | 30,490 | 6,356 |
| Bad debt recovery[f] | (449) | — | (449) | — |
| Trade name impairment[g] | — | — | 125,450 | — |
| Asset sale leaseback (gain) loss, impairment and closed store expenses[h] | (14,186) | 313 | (20,248) | 3,005 |
| Loss on debt extinguishment[i] | — | — | — | 45,576 |
| **Adjusted EBITDA** | $ 129,355 | $ 97,962 | $ 383,290 | $ 276,734 |

a. Consists of acquisition costs as reflected within the consolidated statement of operations, including legal, consulting and other fees and expenses incurred in connection with acquisitions completed during the applicable period, as well as inventory rationalization expenses incurred in connection with acquisitions. We expect to incur similar costs in connection with other acquisitions in the future and, under U.S. GAAP, such costs relating to acquisitions are expensed as incurred and not capitalized.

b. Consists of discrete items and project costs, including (i) third-party consulting and professional fees associated with strategic transformation initiatives, and (ii) other miscellaneous expenses, including non-capitalizable expenses relating to the Company's initial public offering and other strategic transactions

c. Consists of the non-cash portion of rent expense, which reflects the extent to which our straight-line rent expense recognized under U.S. GAAP exceeds or is less than our cash rent payments.

d. Represents non-cash equity-based compensation expense.

e. Represents foreign currency transaction gains/losses, net that primarily related to the remeasurement of our intercompany loans. These losses are partially offset by unrealized gains/losses on remeasurement of cross currency swaps and forward contracts.

f. Represents the recovery of previously uncollectible receivables outside of normal operations

g. Relates to an impairment of certain Car Wash trade names as the Company elected to discontinue their use.

h. Relates to (gain) loss on sale leasebacks, the discontinuation of the use of a trade name, as well as impairment of certain fixed assets and operating lease right-of-use assets related to closed locations. Also represents lease exit costs and other costs associated with stores that were closed prior to the respective lease termination dates.

i. Represents the write-off of debt issuance costs associated with early termination of debt.

j. Consists of amortization related to acquired intangible assets as reflected within depreciation and amortization in the consolidated statements of operations.

k. Represents uncertain tax positions recorded for tax positions, inclusive of interest and penalties.

11

Case 3:23-cv-00895-MOC-DCK    Document 39-20    Filed 10/14/24    Page 15 of 19

1. Represents the tax impact of adjustments associated with the reconciling items between net income and Adjusted Net Income, excluding the provision for uncertain tax positions and valuation allowance for certain deferred tax assets. To determine the tax impact of the deductible reconciling items, we utilized statutory income tax rates ranging from 9% to 36%, depending upon the tax attributes of each adjustment and the applicable jurisdiction.

12

**DRIVEN BRANDS HOLDINGS INC. AND SUBSIDIARIES**

**ADJUSTED EBITDA AND SEGMENT ADJUSTED EBITDA RECONCILIATION (UNAUDITED)**

| | Three months ended | | Nine months ended | |
|---|---|---|---|---|
| *(in thousands)* | September 24, 2022 | September 25, 2021 | September 24, 2022 | September 25, 2021 |
| **Segment Adjusted EBITDA:** | | | | |
|     Maintenance | $ 68,763 | $ 47,894 | $ 185,324 | $ 132,895 |
|     Car Wash | 39,098 | 37,999 | 148,495 | 115,223 |
|     Paint, Collision & Glass | 38,919 | 22,039 | 100,847 | 61,534 |
|     Platform Services | 19,765 | 16,254 | 54,471 | 44,864 |
| Corporate and other | (36,437) | (25,558) | (103,922) | (76,422) |
| Store opening costs | (753) | (666) | (1,925) | (1,360) |
| **Adjusted EBITDA** | $ 129,355 | $ 97,962 | $ 383,290 | $ 276,734 |

13

Case 3:23-cv-00895-MOC-DCK     Document 39-20     Filed 10/14/24     Page 17 of 19

## DRIVEN BRANDS HOLDINGS INC. AND SUBSIDIARIES

## ADDITIONAL INFORMATION ON KEY PERFORMANCE INDICATORS (UNAUDITED)

| (in thousands) | | Three months ended September 24, 2022 | | | |
| --- | --- | --- | --- | --- | --- |
| | Maintenance | Car Wash | Paint, Collision & Glass | Platform Services | Total |
| **System-wide Store sales** | | | | | |
| Franchise stores | $ 239,290 | $ — | 711,816 | $129,320 | $1,080,426 |
| Company-operated stores | 172,162 | 98,235 | 69,413 | 1,431 | 341,241 |
| Independently operated Stores | — | 40,469 | — | — | 40,469 |
| **Total System-wide Sales** | $ 411,452 | $138,704 | $781,229 | $130,751 | $1,462,136 |
| **Store Count (in whole numbers)** | | | | | |
| Franchise stores | 1,023 | — | 1,625 | 201 | 2,849 |
| Company-operated stores | 574 | 369 | 197 | 1 | 1,141 |
| Independently operated Stores | — | 717 | — | — | 717 |
| **Total Store Count** | 1,597 | 1,086 | 1,822 | 202 | 4,707 |

| (in thousands) | | Three months ended September 25, 2021 | | | |
| --- | --- | --- | --- | --- | --- |
| | Maintenance | Car Wash | Paint, Collision & Glass | Platform Services | Total |
| **System-wide Store sales** | | | | | |
| Franchise stores | $ 208,218 | $ — | $607,579 | $118,825 | $ 934,622 |
| Company-operated stores | 125,561 | 74,105 | $ 12,723 | $ 1,465 | 213,854 |
| Independently operated Stores | — | 47,941 | — | — | 47,941 |
| **Total System-wide Sales** | $ 333,779 | $122,046 | $620,302 | $120,290 | $1,196,417 |
| **Store Count (in whole numbers)** | | | | | |
| Franchise stores | 992 | — | 1,617 | 200 | 2,809 |
| Company-operated stores | 514 | 286 | 30 | 1 | 831 |
| Independently operated Stores | — | 732 | — | — | 732 |
| **Total Store Count** | 1,506 | 1,018 | 1,647 | 201 | 4,372 |

62 Drive N Style stores are included in the Maintenance store count for the three months ended September 25, 2021 as previously reported, but none are included in store count for the three months ended September 24, 2022 as they are held for sale.

14

| (in thousands) | Nine months ended September 24, 2022 | | | | |
| --- | --- | --- | --- | --- | --- |
| | Maintenance | Car Wash | Paint, Collision & Glass | Platform Services | Total |
| **System-wide Store sales** | | | | | |
| Franchise stores | $ 670,079 | $ — | $2,003,401 | $348,890 | $3,022,370 |
| Company-operated stores | 497,638 | 294,526 | 161,531 | 3,975 | 957,670 |
| Independently operated Stores | — | 158,500 | — | — | 158,500 |
| **Total System-wide Sales** | $1,167,717 | $453,026 | $2,164,932 | $352,865 | $4,138,540 |
| **Store Count (in whole numbers)** | | | | | |
| Franchise stores | 1,023 | — | 1,625 | 201 | 2,849 |
| Company-operated stores | 574 | 369 | 197 | 1 | 1,141 |
| Independently operated Stores | — | 717 | — | — | 717 |
| **Total Store Count** | 1,597 | 1,086 | 1,822 | 202 | 4,707 |

| (in thousands) | Nine months ended September 25, 2021 | | | | |
| --- | --- | --- | --- | --- | --- |
| | Maintenance | Car Wash | Paint, Collision & Glass | Platform Services | Total |
| **System-wide Store sales** | | | | | |
| Franchise stores | $ 567,155 | $ — | $1,722,641 | $303,209 | $2,593,005 |
| Company-operated stores | 365,735 | 196,858 | 37,672 | $ 3,911 | 604,176 |
| Independently operated Stores | — | 160,483 | — | — | 160,483 |
| **Total System-wide Sales** | $ 932,890 | $357,341 | $1,760,313 | $307,120 | $3,357,664 |
| **Store Count (in whole numbers)** | | | | | |
| Franchise stores | 992 | — | 1,617 | 200 | 2,809 |
| Company-operated stores | 514 | 286 | 30 | 1 | 831 |
| Independently operated Stores | — | 732 | — | — | 732 |
| **Total Store Count** | 1,506 | 1,018 | 1,647 | 201 | 4,372 |

62 Drive N Style stores are included in the Maintenance store count for the nine months ended September 25, 2021 as previously reported, but none are included in store count for the nine months ended September 24, 2022 as they are held for sale.

15