# EXHIBIT 23

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
## Washington, D.C. 20549

---

# FORM 8-K

---

## CURRENT REPORT
### Pursuant to Section 13 or 15(d)
### of the Securities Exchange Act of 1934

## Date of report (Date of earliest event reported): October 27, 2021

## Commission file number: 001-39898

---

# Driven Brands Holdings Inc.
**(Exact name of Registrant as specified in its charter)**

---

| **Delaware** | **47-3595252** |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

| **440 South Church Street, Suite 700** | |
| **Charlotte, North Carolina** | **28202** |
| (Address of principal executive offices) | (Zip Code) |

**Registrant's telephone number, including area code: (704) 377-8855**

---

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the Registrant under any of the following provisions (see General Instruction A.2. below):

☐   Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐   Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐   Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐   Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol | Name of each exchange on which registered |
|---|---|---|
| Common Stock, $0.01 par value | DRVN | The Nasdaq Global Select Market |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities ct of 1934 (§ 240.12b-2 of this chapter).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Case 3:23-cv-00895-MOC-DCK   Document 39-23   Filed 10/14/24   Page 2 of 21

Case 3:23-cv-00895-MOC-DCK     Document 39-23     Filed 10/14/24     Page 3 of 21

**Item 2.02 Results of Operations and Financial Condition.**

On October 27, 2021, Driven Brands Holdings Inc. (the "Company") issued a press release and related infographic, furnished as Exhibits 99.1 and 99.2, respectively, and incorporated herein by reference, announcing the Company's financial results for the quarter ended September 25, 2021.

The information provided pursuant to Item 2.02, including the exhibits attached hereto, is being furnished and shall not be deemed to be "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), or otherwise subject to the liabilities of that section, nor shall it be deemed to be incorporated by reference in any filing under the Securities Act of 1933, as amended, or the Exchange Act, except as shall be expressly set forth by specific reference in any such filing.

**Item 9.01 Financial Statements and Exhibits.**

(d) Exhibits

| Exhibit No. | Description | Location |
|---|---|---|
| 99.1 | Press Release, dated October 27, 2021 | Furnished herewith |
| 99.2 | Infographic | Furnished herewith |
| 104 | Cover Page Interactive Data File - the cover page XBRL tags are embedded within the Inline XBRL document | |

## SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

Date: October 27, 2021

DRIVEN BRANDS HOLDINGS INC.

| | |
|---|---|
| By: | /s/ Tiffany Mason |
| Name: | Tiffany Mason |
| Title: | Chief Financial Officer |

EX-99.1 2 q32021earningsrelease.htm EX-99.1



# Driven Brands Holdings Inc. Reports Third Quarter Results

**Delivers Strong Same-Store Sales Growth and Adds 53 Net New Stores**
**Reports Robust Operating Income and Earnings per Share Growth**
**Raises Fiscal Year 2021 Guidance**

**Charlotte, N.C.** (October 27, 2021) - Driven Brands Holdings Inc. (NASDAQ: DRVN) ("Driven Brands" or "the Company") today reported financial results for the third quarter ended September 25, 2021.

For the third quarter, revenue was $371.1 million, an increase of 39% versus the prior year. System-wide sales were $1.2 billion, an increase of 28% versus the prior year, with 4% net store growth and an increase in consolidated same-store sales of 12.8%.

Earnings per share was $0.19 for the third quarter, an increase of 375% versus the prior year.

Adjusted earnings per share[2] was $0.26, an increase of 30% versus the prior year.

"This is our third quarter as a public company and we have consistently outperformed expectations," said Jonathan Fitzpatrick, president and CEO. "Our employees and franchisees have shown tremendous flexibility and a relentless focus on operational excellence, and I am proud of our entire team." Fitzpatrick added.

"We expect to end fiscal year 2021 strong, and with our scale, the significant whitespace in this fragmented and needs-based industry, and our robust cash generation, our business model remains well-positioned to maximize long-term value for all of our stakeholders."

## Third Quarter Highlights

- Revenue increased 39% versus the prior year, driven by positive same-store sales growth and net store growth.
- Consolidated same-store sales increased 12.8% for the quarter, and all segments posted positive same-store sales growth.
- The Company added 53 net new stores during the quarter.
- The Company recorded net income in the third quarter of $33.1 million, an increase of 712% versus the prior year.
- Adjusted Net Income[1] was $43.5 million, an increase of 96% versus the prior year.
- Adjusted EBITDA[3] was $98.0 million, an increase of 42% versus the prior year.

1

Case 3:23-cv-00895-MOC-DCK    Document 39-23    Filed 10/14/24    Page 6 of 21

## Third Quarter 2021 Key Performance Indicators by Segment

| | System-wide Sales (in millions) | Store Count | Same-Store Sales* | Revenue (in millions) | Segment Adjusted EBITDA[4] (in millions) |
|---|---|---|---|---|---|
| **Maintenance** | $ 333.8 | 1,506 | 17.0 % | $ 144.5 | $ 47.9 |
| **Car Wash** | 122.0 | 1,018 | 6.2 % | 123.6 | 38.0 |
| **Paint, Collision & Glass** | 620.3 | 1,647 | 10.8 % | 50.6 | 22.0 |
| **Platform Services** | 120.3 | 201 | 15.8 % | 42.1 | 16.3 |
| **Corporate / Other** | N/A | N/A | N/A | 10.3 | |
| **Total** | $ 1,196.4 | 4,372 | 12.8 % | $ 371.1 | |

*Car Wash same-store sales reflects performance for the full quarter. Total same-store sales includes Car Wash performance on a pro-rata basis beginning in August.*

## Capital and Liquidity

The Company ended the third quarter with total liquidity of $268.3 million, which included $115.5 million in cash, cash equivalents and restricted cash, and $152.8 million of undrawn capacity on its variable funding securitization senior notes and revolving credit facility.

Subsequent to quarter end, the Company closed on a $450 million whole business securitization issuance. The proceeds from the issuance were used to repay the outstanding balance on the revolving credit facility and the remainder will be used for general corporate purposes, including future acquisitions.

## Guidance

The Company has raised its guidance for fiscal year 2021 to account for the strong operating performance in the third quarter. The following guidance reflects the Company's current expectations for the fiscal year ending December 25, 2021:

- Revenue of approximately $1.4 billion
- Adjusted EBITDA[3] of approximately $350 million
- Adjusted Earnings per Share[2] of approximately $0.84
- Approximately 15% same-store sales growth, with positive same-store sales across all segments
- Net store growth of approximately 200, driven by franchise and company-operated store growth as well as tuck-in acquisitions completed through the third quarter.

## Conference Call

Driven Brands will host a conference call to discuss third quarter 2021 results today, Wednesday, October 27, 2021 at 9:00am ET. The call will be available by webcast and can be accessed by visiting Driven Brands' Investor Relations website at investors.drivenbrands.com. A replay of the call will be available until February 15, 2022.

## About Driven Brands

Driven Brands™, headquartered in Charlotte, NC, is the largest automotive services company in North America, providing a range of consumer and commercial automotive needs, including paint, collision, glass, vehicle repair, oil change, maintenance and car wash. Driven Brands is the parent company of some of North America's leading automotive service businesses including Take 5 Oil Change®, Meineke Car Care Centers®, Maaco®, 1-800-Radiator & A/C®, and CARSTAR®. Driven Brands has more than 4,300 locations across 15 countries, and services over 50 million vehicles annually. Driven Brands' network generates more than $1 billion in revenue from more than $4 billion in system-wide sales.

## Contacts

**Shareholder/Analyst inquiries:**
Rachel Webb
rachel.webb@drivenbrands.com
(704) 644-8125

**Media inquiries:**
Media
media@drivenbrands.com
(704) 644-8129

3

## Disclosure Regarding Forward-Looking Statements

This press release contains forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995. These forward-looking statements are generally identified by the use of forward-looking terminology, including the terms "anticipate," "believe," "continue," "could," "estimate," "expect," "intend," "likely," "may," "plan," "possible," "potential," "predict," "project," "should," "target," "will," "would" and, in each case, their negative or other various or comparable terminology. All statements other than statements of historical facts contained in this press release, including statements regarding our strategy, future operations, future financial position, future revenue, projected costs, prospects, plans, objectives of management, and expected market growth are forward-looking statements. In particular, forward-looking statements include, among other things, statements relating to: (i) our strategy, outlook and growth prospects; (ii) our operational and financial targets and dividend policy; (iii) general economic trends and trends in the industry and markets; and (iv) the competitive environment in which we operate. Forward-looking statements are not based on historical facts but instead represent our current expectations and assumptions regarding our business, the economy and other future conditions, and involve known and unknown risks, uncertainties and other important factors that may cause our actual results, performance, or achievements to be materially different from any future results, performance, or achievements expressed or implied by the forward-looking statements. It is not possible to predict or identify all such risks. These risks include, but are not limited to, the risk factors that are described under the section titled "Risk Factors" in our Annual Report on Form 10-K for the fiscal year ended December 26, 2020, as supplemented by the "Risk Factors" section in our Quarterly Report on Form 10-Q for the quarter ended June 26, 2021, and in our other filings with the Securities and Exchange Commission, which are available on its website at www.sec.gov. Given these uncertainties, you should not place undue reliance on these forward-looking statements.

Forward-looking statements represent our estimates and assumptions only as of the date on which they are made, and we undertake no obligation to update or review publicly any forward-looking statements, whether as a result of new information, future events or otherwise, except as required by law.

## Disclosure Regarding Non-GAAP Financial Measures

In addition to the financial measures presented in this release in accordance with U.S. Generally Accepted Accounting Principles ("GAAP"), the Company has included certain non-GAAP financial measures in this release, including Adjusted Net Income[1], Adjusted Earnings Per Share[2], and Adjusted EBITDA[3]. Management believes these non-GAAP financial measures are useful because they enable management, investors, and others to assess the operating performance of the Company and its segments. Please refer to the Reconciliation of Non-GAAP Financial Information tables located in the financial supplement in this release.

4

This release includes forward-looking guidance for certain non-GAAP financial measures, including Adjusted Earnings Per Share[2] and Adjusted EBITDA[3]. These measures will differ from net income, determined in accordance with GAAP, in ways similar to those described in the reconciliations at the end of this release. We do not provide guidance for net income, determined in accordance with GAAP, or a reconciliation of guidance for Adjusted EBITDA[3] to the most directly comparable GAAP measure because the Company is not able to predict with reasonable certainty the amount or nature of all items that will be included in net income.

_____

[1] "Adjusted Net Income" is calculated by eliminating from net income the adjustments described for Adjusted EBITDA, amortization related to acquired intangible assets and the tax effect of the adjustments. Please refer to Non-GAAP reconciliation tables located in the financial supplement in this release.

[2] "Adjusted Earnings Per Share" represents Adjusted Net Income divided by weighted average shares (basic and diluted). Please refer to Non-GAAP reconciliation tables located in the financial supplement in this release.

[3] "Adjusted EBITDA" represents earnings before interest expense, income tax expense, and depreciation and amortization, with further adjustments for acquisition-related costs, straight-line rent, equity compensation, loss on debt extinguishment and certain non-recurring, non-core, infrequent or unusual charges. Please refer to Non-GAAP reconciliation tables located in the financial supplement in this release.

[4] "Segment Adjusted EBITDA" is defined as Adjusted EBITDA with a further adjustment for store opening costs. Corporate & Other costs are not allocated across segments. Segment Adjusted EBITDA is a supplemental measure of operating performance of our segments and may not be comparable to similar measures reported by other companies. Please refer to reconciliation to Adjusted EBITDA located in the financial supplement in this release.

5

**DRIVEN BRANDS HOLDINGS INC. AND SUBSIDIARIES**
**CONSOLIDATED STATEMENTS OF OPERATIONS (UNAUDITED)**

| | Three months ended | | Nine months ended | |
| --- | --- | --- | --- | --- |
| *(in thousands, except per share amounts)* | September 25, 2021 | September 26, 2020 | September 25, 2021 | September 26, 2020 |
| Revenue: | | | | |
| Franchise royalties and fees | $ 38,953 | $ 36,520 | $ 107,240 | $ 94,214 |
| Company-operated store sales | 213,755 | 140,788 | 603,808 | 323,339 |
| Independently-operated store sales | 47,941 | 30,595 | 160,483 | 30,595 |
| Advertising contributions | 19,762 | 14,927 | 56,665 | 42,429 |
| Supply and other revenue | 50,737 | 44,932 | 147,199 | 125,115 |
| **Total revenue** | 371,148 | 267,762 | 1,075,395 | 615,692 |
| Operating expenses: | | | | |
| Company-operated store expenses | 130,520 | 85,668 | 367,095 | 202,333 |
| Independently-operated store expenses | 27,764 | 17,995 | 89,664 | 17,995 |
| Advertising expenses | 19,762 | 14,927 | 56,665 | 42,429 |
| Supply and other expenses | 28,330 | 25,813 | 80,417 | 70,167 |
| Selling, general and administrative expenses | 71,565 | 56,586 | 218,549 | 153,107 |
| Acquisition costs | 636 | 12,076 | 2,674 | 13,287 |
| Store opening costs | 666 | 119 | 1,360 | 1,921 |
| Depreciation and amortization | 28,447 | 16,221 | 78,722 | 32,656 |
| Asset impairment charges and lease terminations | (270) | 321 | 3,161 | 6,732 |
| **Total operating expenses** | 307,420 | 229,726 | 898,307 | 540,627 |
| **Operating income** | 63,728 | 38,036 | 177,088 | 75,065 |
| Other expenses, net: | | | | |
| Interest expense, net | 17,688 | 29,594 | 52,390 | 64,973 |
| (Gain) loss on foreign currency transactions, net | 1,074 | (2,230) | 6,356 | 55 |
| Loss on debt extinguishment | — | 673 | 45,576 | 673 |
| **Total other expenses, net** | 18,762 | 28,037 | 104,322 | 65,701 |
| Net income before taxes | 44,966 | 9,999 | 72,766 | 9,364 |
| Income tax expense | 11,880 | 5,888 | 24,445 | 6,109 |
| **Net income** | $ 33,086 | $ 4,111 | $ 48,321 | $ 3,255 |
| Net income (loss) attributable to non-controlling interests | $ (38) | $ 32 | $ (68) | $ (34) |
| **Net income attributable to Driven Brands Holdings Inc.** | $ 33,124 | $ 4,079 | $ 48,389 | $ 3,289 |
| **Earnings per share[1]:** | | | | |
| Basic | $ 0.20 | $ 0.04 | $ 0.30 | $ 0.03 |
| Diluted | $ 0.19 | $ 0.04 | $ 0.29 | $ 0.03 |
| **Weighted average shares outstanding[1]:** | | | | |
| Basic | 162,635 | 111,950 | 160,030 | 96,643 |
| Diluted | 166,630 | 111,950 | 163,968 | 96,643 |

(1) Share and per share amounts for the three and nine months ended September 26, 2020 have been adjusted to reflect an implied 88,990-for-one stock split that became effective on January 14, 2021.

## DRIVEN BRANDS HOLDINGS INC. AND SUBSIDIARIES

## CONSOLIDATED BALANCE SHEETS (UNAUDITED)

| (in thousands) | September 25, 2021 | December 26, 2020 |
|---|---|---|
| **Assets** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 115,365 | $ 172,611 |
| Restricted cash | 135 | 15,827 |
| Accounts and notes receivable, net | 110,907 | 84,805 |
| Inventory | 44,259 | 43,039 |
| Prepaid and other assets | 26,022 | 25,070 |
| Income tax receivable | 2,619 | 3,055 |
| Advertising fund assets, restricted | 39,698 | 29,276 |
| **Total current assets** | 339,005 | 373,683 |
| Notes receivable, net | 2,748 | 3,828 |
| Property and equipment, net | 1,121,204 | 827,392 |
| Operating lease right-of-use assets | 905,527 | 884,927 |
| Deferred commissions | 9,878 | 8,661 |
| Intangibles, net | 817,665 | 829,308 |
| Goodwill | 1,810,085 | 1,727,351 |
| **Total assets** | $ 5,006,112 | $ 4,655,150 |
| **Liabilities and shareholders' equity** | | |
| Current liabilities: | | |
| Accounts payable | $ 72,458 | $ 67,802 |
| Accrued expenses and other liabilities | 217,589 | 190,867 |
| Income taxes payable | 2,791 | 3,513 |
| Current portion of long-term debt | 18,342 | 22,988 |
| Advertising fund liabilities | 25,457 | 20,276 |
| **Total current liabilities** | 336,637 | 305,446 |
| Long-term debt, net | 1,677,337 | 2,102,219 |
| Deferred tax liability | 261,906 | 249,043 |
| Operating lease liabilities | 843,925 | 818,001 |
| Income tax receivable liability | 155,970 | — |
| Deferred revenue | 24,770 | 20,757 |
| Accrued expenses and other long-term liabilities | 30,070 | 53,324 |
| **Total liabilities** | 3,330,615 | 3,548,790 |
| Common stock | 1,674 | 565 |
| Additional paid-in capital | 1,604,342 | 1,055,172 |
| Retained earnings | 80,364 | 31,975 |
| Accumulated other comprehensive income (loss) | (12,047) | 16,528 |
| **Total shareholders' equity attributable to Driven Brands Holdings Inc.** | 1,674,333 | 1,104,240 |
| **Non-controlling interests** | 1,164 | 2,120 |
| **Total shareholders' equity** | 1,675,497 | 1,106,360 |
| **Total liabilities and shareholders' equity** | $ 5,006,112 | $ 4,655,150 |

Case 3:23-cv-00895-MOC-DCK   Document 39-23   Filed 10/14/24   Page 14 of 21

Case 3:23-cv-00895-MOC-DCK      Document 39-23      Filed 10/14/24      Page 15 of 21

# DRIVEN BRANDS HOLDINGS INC. AND SUBSIDIARIES

## CONSOLIDATED STATEMENTS OF CASH FLOWS (UNAUDITED)

| | Nine months ended | |
|---|---|---|
| *(in thousands)* | September 25, 2021 | September 26, 2020 |
| **Net income** | $ 48,321 | $ 3,255 |
| Adjustments to reconcile net income to net cash provided by operating activities: | | |
| Depreciation and amortization | 78,722 | 32,656 |
| Non-cash lease cost | 56,563 | 26,254 |
| Gain on foreign denominated transactions | 9,301 | 55 |
| Loss on derivatives not designed as hedges | (2,945) | — |
| Bad debt expense | 2,535 | 4,829 |
| Asset impairment costs | 3,161 | 6,732 |
| Amortization of deferred financing costs and bond discounts | 5,139 | 7,176 |
| Benefit (provision) for deferred income taxes | 15,898 | (4,524) |
| Loss on extinguishment of debt | 45,576 | — |
| Other, net | 4,257 | 2,239 |
| **Changes in assets and liabilities, net of acquisitions:** | | |
| Accounts and notes receivable, net | (28,787) | (12,349) |
| Inventory | (3,279) | (1,328) |
| Prepaid and other assets | (18,414) | 1,755 |
| Advertising fund assets and liabilities, restricted | 5,818 | (554) |
| Deferred commissions | (1,205) | (1,810) |
| Deferred revenue | 3,983 | 3,438 |
| Accounts payable | (2,405) | 10,311 |
| Accrued expenses and other liabilities | 23,397 | 8,926 |
| Income tax receivable | (320) | 7,551 |
| Operating lease liabilities | (47,821) | (28,157) |
| **Cash provided by operating activities** | 197,495 | 66,455 |
| **Cash flows from investing activities:** | | |
| Capital expenditures | (91,294) | (35,124) |
| Cash used in business acquisitions, net of cash acquired | (444,121) | 8,575 |
| Proceeds from sale-leaseback transactions | 66,391 | — |
| Proceeds from sale of At-Pac business | 1,532 | — |
| Proceeds from disposal of property and equipment | 5,471 | — |
| **Cash used in investing activities** | (462,021) | (26,549) |

8

https://www.sec.gov/Archives/edgar/data/1804745/000162828021020569/q32021earningsrelease.htm                                                11/16

**Cash flows from financing activities:**

|  |  |  |
|---|---:|---:|
| Payment of contingent consideration related to acquisitions | — | (2,783) |
| Payment of debt extinguishment and issuance costs | (2,153) | (12,639) |
| Proceeds from the issuance of long-term debt | — | 175,000 |
| Repayment of long-term debt | (716,542) | (11,619) |
| Proceeds from revolving lines of credit and short-term debt | 441,800 | 152,101 |
| Repayments of revolving lines of credit and short-term debt | (212,800) | (191,600) |
| Repayment of principal portion of finance lease liability | (1,760) | (731) |
| Proceeds from failed sale-leaseback transactions | — | 3,432 |
| Proceeds from initial public offering, net of underwriting discounts | 661,500 | — |
| Net proceeds from underwriters' exercise of over-allotment option | 99,225 | — |
| Repurchases of common stock | (43,040) | — |
| Payment for termination of interest rate swaps | (21,826) | — |
| Stock option exercises | 339 | — |
| Other, net | 102 | — |
| **Cash provided by financing activities** | 204,845 | 111,161 |
| Effect of exchange rate changes on cash | (2,285) | 468 |
| **Net change in cash, cash equivalents, restricted cash, and cash included in advertising fund assets, restricted** | (61,966) | 151,535 |
| Cash and cash equivalents, beginning of period | 172,611 | 34,935 |
| Cash included in advertising fund assets, restricted, beginning of period | 19,369 | 23,091 |
| Restricted cash, beginning of period | 15,827 | — |
| **Cash, cash equivalents, restricted cash, and cash included in advertising fund assets, restricted, beginning of period** | 207,807 | 58,026 |
| Cash and cash equivalents, end of period | 115,365 | 184,356 |
| Cash included in advertising fund assets, restricted, end of period | 30,341 | 25,205 |
| Restricted cash, end of period | 135 | — |
| **Cash, cash equivalents, restricted cash, and cash included in advertising fund assets, restricted, end of period** | $ 145,841 | $ 209,561 |

9

# DRIVEN BRANDS HOLDINGS INC. AND SUBSIDIARIES
## RECONCILIATION OF NON-GAAP FINANCIAL INFORMATION (UNAUDITED)

**Adjusted Net Income and Adjusted Earnings Per Share**

| | Three months ended | | Nine months ended | |
|---|---|---|---|---|
| (in thousands, except per share amounts) | September 25, 2021 | September 26, 2020 | September 25, 2021 | September 26, 2020 |
| **Net income** | $ 33,086 | $ 4,111 | $ 48,321 | $ 3,255 |
| Acquisition related costs[a] | 636 | 12,076 | 2,674 | 13,287 |
| Non-core items and project costs, net[b] | 1,357 | (2,690) | 3,910 | (926) |
| Sponsor management fees[c] | — | 4,278 | — | 5,357 |
| Straight-line rent adjustment[d] | 2,548 | 485 | 8,391 | 3,124 |
| Equity-based compensation expense[e] | 933 | (182) | 2,944 | 508 |
| Foreign currency transaction (gain) loss, net[f] | 1,074 | (2,230) | 6,356 | 55 |
| Bad debt expense[g] | — | — | — | 2,842 |
| Asset impairment and closed store expenses[h] | 313 | 741 | 3,005 | 7,621 |
| Loss on debt extinguishment[i] | — | 673 | 45,576 | 673 |
| Amortization related to acquired intangible assets[j] | 4,665 | 4,043 | 13,875 | 11,693 |
| Provision for uncertain tax positions[k] | (251) | 2,810 | (251) | 2,810 |
| Adjusted net income before tax impact of adjustments | 44,361 | 24,115 | 134,801 | 50,299 |
| Tax impact of adjustments[l] | (886) | (1,839) | (18,968) | (8,461) |
| **Adjusted net income** | 43,475 | 22,276 | 115,833 | 41,838 |
| Net (loss) income attributable to non-controlling interest | (38) | 32 | (68) | (34) |
| **Adjusted net income attributable to Driven Brands Holdings Inc.** | $ 43,513 | $ 22,244 | $ 115,901 | $ 41,872 |
| | | | | |
| Adjusted earnings per share[m] | | | | |
| Basic[2] | $ 0.26 | $ 0.20 | $ 0.71 | $ 0.43 |
| Diluted[2] | $ 0.26 | $ 0.20 | $ 0.69 | $ 0.43 |
| | | | | |
| Weighted average shares outstanding[m] | | | | |
| Basic | 162,635 | 111,950 | 160,030 | 96,643 |
| Diluted | 166,630 | 111,950 | 163,968 | 96,643 |

(1) Share and per share amounts have been adjusted to reflect an implied 88,990-for-one stock split that became effective on January 14, 2021.

(2) Adjusted earnings per share for the three and nine months ended September 25, 2021 is calculated under the two-class method. Under the two-class method, adjusted earnings per share is calculated using adjusted net income attributable to common shares, which is derived by reducing adjusted net income by the amount attributable to participating securities. Adjusted net income attributable to participating securities used in the basic earnings per share calculation was $0.9 million and $2.5 million for the three and nine months ended September 25, 2021, respectively, and adjusted net income attributable to participating securities used in the diluted earnings per share calculation was $0.8 million and $2.3 million for the three and nine months ended September 25, 2021, respectively.

10

Case 3:23-cv-00895-MOC-DCK    Document 39-23    Filed 10/14/24    Page 18 of 21

**DRIVEN BRANDS HOLDINGS INC. AND SUBSIDIARIES**

**RECONCILIATION OF NON-GAAP FINANCIAL INFORMATION (UNAUDITED)**

**Net Income to Adjusted EBITDA Reconciliation**

| (in thousands) | Three months ended | | Nine months ended | |
| --- | --- | --- | --- | --- |
| | September 25, 2021 | September 26, 2020 | September 25, 2021 | September 26, 2020 |
| Net income | 33,086 | $ 4,111 | $ 48,321 | $ 3,255 |
| Income tax expense | 11,880 | 5,888 | 24,445 | 6,109 |
| Interest expense, net | 17,688 | 29,594 | 52,390 | 64,973 |
| Depreciation and amortization | 28,447 | 16,221 | 78,722 | 32,656 |
| EBITDA | 91,101 | 55,814 | 203,878 | 106,993 |
| Acquisition related costs[a] | 636 | 12,076 | 2,674 | 13,287 |
| Non-core items and project costs, net[b] | 1,357 | (2,690) | 3,910 | (926) |
| Sponsor management fees[c] | — | 4,278 | — | 5,357 |
| Straight-line rent adjustment[d] | 2,548 | 485 | 8,391 | 3,124 |
| Equity-based compensation expense[e] | 933 | (182) | 2,944 | 508 |
| Foreign currency transaction (gain)/loss, net[f] | 1,074 | (2,230) | 6,356 | 55 |
| Bad debt expense[g] | — | — | — | 2,842 |
| Asset impairment and closed store expenses[h] | 313 | 741 | 3,005 | 7,621 |
| Loss on debt extinguishment[i] | — | 673 | 45,576 | 673 |
| **Adjusted EBITDA** | $ 97,962 | $ 68,965 | $ 276,734 | $ 139,534 |

a.  Consists of acquisition costs as reflected within the consolidated statement of operations, including legal, consulting and other fees and expenses incurred in connection with acquisitions completed during the applicable period, as well as inventory rationalization expenses incurred in connection with acquisitions. We expect to incur similar costs in connection with other acquisitions in the future and, under U.S. GAAP, such costs relating to acquisitions are expensed as incurred and not capitalized.
b.  Consists of discrete items and project costs, including (i) third-party consulting and professional fees associated with strategic transformation initiatives, (ii) wage subsidies received directly attributable to the COVID-19 pandemic and (iii) other miscellaneous expenses, including non-capitalizable expenses relating to the Company's initial public offering and other strategic transactions.
c.  Includes management fees paid to Roark Capital Management, LLC.
d.  Consists of the non-cash portion of rent expense, which reflects the extent to which our straight-line rent expense recognized under U.S. GAAP exceeds or is less than our cash rent payments.
e.  Represents non-cash equity-based compensation expense.
f.  Represents foreign currency transaction gains/losses, net that primarily related to the remeasurement of our intercompany loans. For the nine months ended September 25, 2021, these losses are offset by unrealized gains on remeasurement of cross currency swaps.
g.  Represents bad debt expense related to uncollectible receivables outside of normal operations.
h.  Relates to the impairment of certain fixed assets and operating lease right-of-use assets related to closed locations. Also represents lease exit costs and other costs associated with stores that were closed prior to their respective lease termination dates.
i.  Represents the write-off of debt issuance costs associated with early termination of debt.
j.  Consists of amortization related to acquired intangible assets as reflected within depreciation and amortization in the consolidated statements of operations.
k.  Represents uncertain tax positions recorded for Canadian tax positions, inclusive of interest and penalties.
l.  Represents the tax impact of adjustments associated with the reconciling items between net income and Adjusted Net Income, excluding the provision for uncertain tax positions and valuation allowance for certain deferred tax assets. To determine the tax impact of the deductible reconciling items, we utilized statutory income tax rates ranging from 9% to 38%, depending upon the tax attributes of each adjustment and the applicable jurisdiction.
m.  Share and per share amounts have been adjusted to reflect an implied 88,990-for-one stock split that became effective on January 14, 2021.

11

**DRIVEN BRANDS HOLDINGS INC. AND SUBSIDIARIES**

**ADJUSTED EBITDA AND SEGMENT ADJUSTED EBITDA RECONCILIATION (UNAUDITED)**

| | Three months ended | | Nine months ended | |
| | September 25, 2021 | September 26, 2020 | September 25, 2021 | September 26, 2020 |
|---|---|---|---|---|
| *(in thousands)* | | | | |
| **Segment Adjusted EBITDA:** | | | | |
| Maintenance | $ 47,894 | $ 34,774 | $ 132,895 | $ 82,579 |
| Car Wash | 37,999 | 17,739 | 115,223 | 17,739 |
| Paint, Collision & Glass | 22,039 | 23,231 | 61,534 | 50,119 |
| Platform Services | 16,254 | 13,306 | 44,864 | 36,740 |
| Corporate and other | (25,558) | (19,966) | (76,422) | (45,722) |
| Store opening costs | (666) | (119) | (1,360) | (1,921) |
| **Adjusted EBITDA** | $ 97,962 | $ 68,965 | $ 276,734 | $ 139,534 |

12

**DRIVEN BRANDS HOLDINGS INC. AND SUBSIDIARIES**

**ADDITIONAL INFORMATION ON KEY PERFORMANCE INDICATORS (UNAUDITED)**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | \multicolumn{10}{c}{**Three months ended September 25, 2021**} |
| *(in thousands)* | | **Maintenance** | | **Car Wash** | | **Paint, Collision & Glass** | | **Platform Services** | | **Total** |
| **System-wide Store sales** | | | | | | | | | | |
| Franchise stores | $ | 208,218 | $ | — | | 607,579 | $ | 118,825 | $ | 934,622 |
| Company-operated stores | | 125,561 | | 74,105 | | 12,723 | | 1,465 | | 213,854 |
| Independently Operated Stores | | — | | 47,941 | | — | | — | | 47,941 |
|   **Total System-wide Sales** | $ | 333,779 | $ | 122,046 | $ | 620,302 | $ | 120,290 | $ | 1,196,417 |
| | | | | | | | | | | |
| **Store Count (in whole numbers)** | | | | | | | | | | |
| Franchise stores | | 992 | | — | | 1,617 | | 200 | | 2,809 |
| Company-operated stores | | 514 | | 286 | | 30 | | 1 | | 831 |
| Independently Operated Stores | | — | | 732 | | — | | — | | 732 |
|   **Total Store Count** | | 1,506 | | 1,018 | | 1,647 | | 201 | | 4,372 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | \multicolumn{10}{c}{**Three months ended September 26, 2020**} |
| *(in thousands)* | | **Maintenance** | | **Car Wash** | | **Paint, Collision & Glass** | | **Platform Services** | | **Total** |
| **System-wide Store sales** | | | | | | | | | | |
| Franchise stores | $ | 166,302 | $ | — | $ | 496,812 | $ | 102,171 | $ | 765,285 |
| Company-operated stores | | 101,023 | | 28,586 | $ | 9,556 | $ | 1,686 | | 140,851 |
| Independently Operated Stores | | — | | 30,595 | | — | | — | | 30,595 |
|   **Total System-wide Sales** | $ | 267,325 | $ | 59,181 | $ | 506,368 | $ | 103,857 | $ | 936,731 |
| | | | | | | | | | | |
| **Store Count (in whole numbers)** | | | | | | | | | | |
| Franchise stores | | 896 | | — | | 1645 | | 198 | | 2,739 |
| Company-operated stores | | 475 | | 199 | | 31 | | 1 | | 706 |
| Independently Operated Stores | | — | | 740 | | — | | — | | 740 |
|   **Total Store Count** | | 1,371 | | 939 | | 1,676 | | 199 | | 4,185 |

13