IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-895-MOC-DCK

| GENESEE COUNTY EMPLOYEES' RETIREMENT SYSTEM, | ) | |
|---|---|---|
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| DRIVEN BRANDS HOLDINGS INC., et al., | ) | |
| Defendants. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 36) filed by Local Counsel S. Frederick Winiker III on October 14, 2024.

Applicant Jennifer A. Kreder seeks to appear as counsel *pro hac vice* for Defendant Tiffany Mason. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 36) is **GRANTED**. Jennifer A. Kreder is hereby admitted *pro hac vice* to represent Defendant Tiffany Mason.

**SO ORDERED**.

Signed: October 15, 2024

David C. Keesler
United States Magistrate Judge