# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

-----------------------------------------------------------

GENESEE COUNTY EMPLOYEES'
RETIREMENT SYSTEM, on behalf of itself
and all others similarly situated,

              Plaintiffs,

        v.

DRIVEN BRANDS HOLDINGS INC.,
JONATHAN G. FITZPATRICK, and
TIFFANY L. MASON

              Defendants.

-----------------------------------------------------------

**NO. 23-cv-00895-MOC-DCK**

**DEFENDANTS' MOTION
FOR RECONSIDERATION**

**(Oral Argument Requested)**

Pursuant to Local Civil Rule 7.1, Defendants, by and through counsel, move this Court to reconsider its February 20, 2025 Order (ECF No. 45) on Defendants' Motion to Dismiss the Amended Complaint (ECF No. 37) or, in the alternative, to amend the Order to certify it for interlocutory appeal. As more fully set forth in Defendants' accompanying brief:

1.      Reconsideration or modification of the Court's Order on Defendants' Motion to Dismiss is necessary to correct a clear error or law.

2.      In the alternative, the Court's Order on Defendants' Motion to Dismiss should be certified for interlocutory appeal.

WHEREFORE, Defendants respectfully request that this Court reconsider its February 20, 2025 Order (ECF No. 45) on Defendants' Motion to Dismiss the Amended Complaint (ECF No. 37) or, in the alternative, to amend the Order to certify it for interlocutory appeal.

1

Dated: March 6, 2025

/s/ Adam K. Doerr

Adam K. Doerr
N.C. Bar No. 37807
adoerr@robinsonbradshaw.com
**ROBINSON, BRADSHAW & HINSON, P.A.**
600 S. Tryon St., Suite 2300
Charlotte, North Carolina 28202
Telephone:    704.377.8114
Facsimile:    704.378.4000

Christopher D. Belelieu (admitted *pro hac vice*)
Nathan C. Strauss (admitted *pro hac vice*)
Bethany Saul (admitted *pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166
Tel.: 212.351.4000
cbelelieu@gibsondunn.com
nstraus@gibsondunn.com
bsaul@gibsondunn.com

*Attorneys for Defendant Driven Brands Holdings Inc. and Jonathan G. Fitzpatrick*

S. Frederick Winiker, III
N.C. Bar No. 22390
**WINIKER LAW FIRM, PLLC**
352 N. Caswell Rd.
Charlotte, NC 28204
Tel: (704) 333-8440
swiniker@winikerlaw.com

Mitchell Epner (admitted *pro hac vice*)
Jennifer Anglim Kreder (admitted *pro hac vice*)
Steven M. Kayman (admitted *pro hac vice*)
**ROTTENBERG LIPMAN RICH, P.C.**
230 Park Avenue, 18th Floor
New York, NY 10169
Tel: 212.661.3080
mepner@rlrpclaw.com
jkreder@rlrpclaw.com
skayman@rlrpclaw.com

*Attorneys for Defendant Tiffany L. Mason*

2