# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CASE NO. 3:23-cv-00895-MOC-DCK

GENESEE COUNTY EMPLOYEES'
RETIREMENT SYSTEM, on behalf of itself
and all others similarly situated,

            Plaintiffs,

        v.

DRIVEN BRANDS HOLDINGS INC.,
JONATHAN G. FITZPATRICK, and
TIFFANY L. MASON,

            Defendants.

## **MOTION FOR PROTECTIVE ORDER**

All parties move the Court for entry of the Protective Order attached as **Exhibit A**, a Word version of which has been delivered to the Court via Cyberclerk. In support of this Motions, the parties show the following:

1. It is anticipated that documents and information will be exchanged, during the discovery phase of this matter, that may contain confidential and sensitive information.

2. The parties wish to safeguard the confidential nature of that information.

3. In addition, the parties wish to streamline the discovery process by agreeing upon certain conventions that will apply to the production, including, for example how Electronically Stored Information should be preserved and produced.

4. The parties agree that the attached proposed order accomplishes these goals.

Wherefore, the parties request that the Court enter a Protective Order in the form of the attached Exhibit A.

Dated: July 21, 2025

Respectfully submitted,

**ROBINSON, BRADSHAW& HINSON, PA**

*/s/ Adam K. Doerr*
Adam K. Doerr, N.C. Bar No. 37807
101 N. Tryon St., Ste. 1900
Charlotte, NC 28246
Tel.: (704) 377-8114
adoerr@robinsonbradshaw.com

*Local Counsel for Defendants Driven Brands Holdings Inc. and Jonathan G. Fitzpatrick*


**GIBSON, DUNN & CRUTCHER LLP**
Christopher D. Belelieu (*pro hac vice*)
Nathan C. Strauss (*pro hac vice*)
Bethany Saul (*pro hac vice*)
200 Park Ave.
New York, NY 10166
Tel.: (212) 351-4000
cbelelieu@gibsondunn.com
nstrauss@gibsondunn.com
bsaul@gibsondunn.com

*Counsel for Defendants Driven Brands Holdings Inc. and Jonathan G. Fitzpatrick*


**WINIKER LAW FIRM, PLLC**
S. Frederick Winiker, III, N.C. Bar No. 22390
Winiker Law Firm, PLLC
352 N Caswell Rd.
Charlotte, NC 28204
Tel.: (704) 333-8440
swiniker@winikerlaw.com

*Local Counsel for Defendant Tiffany L. Mason*


**ROTTENBERG LIPMAN RICH, P.C.**
Steven Kayman (*pro hac vice*)
Jennifer A. Kreder (*pro hac vice*)
230 Park Ave., 18th Floor

**TERPENING LAW PLLC**
*/s/ William R. Terpening*
William R. Terpening
221 West 11th Street
Charlotte, North Carolina 28202
Telephone: (980) 265-1700
Facsimile: (980) 265-1729
terpening@terpeninglaw.com

*Liaison Counsel for Lead Plaintiffs Genesee and Oakland County*


**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
Jonathan D. Uslaner
Michael M. Mathai
Prachi Patel
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
JonathanU@blbglaw.com
Michael.Mathai@blbglaw.com
Prachi.Patel@blbglaw.com

-and-

Jonathan D. Uslaner
2121 Avenue of the Stars
Suite 2575
Los Angeles, California 90067
Telephone: (310) 819-3481
JonathanU@blbglaw.com

*Counsel for Lead Plaintiffs Genesee and Oakland County and Lead Counsel for the Class*


**VANOVERBEKE MICHAUD & TIMMONY, P.C.**
Thomas C. Michaud
Francis E. Judd

New York, NY 10169
Tel.: (212) 661-3080
skayman@rlrpclaw.com
jkreder@rlrpclaw.com

*Counsel for Defendant Tiffany L. Mason*

Aaron L. Castle
79 Alfred Street
Detroit, Michigan
Telephone: (313) 578-1200
Facsimile: (313) 578-1201
tmichaud@vmtlaw.com
fjudd@vmtlaw.com
acastle@vmtlaw.com

*Additional Counsel for Lead Plaintiffs Genesee and Oakland County*