GENESEE COUNTY EMPLOYEES'
RETIREMENT SYSTEM, on behalf of
itself and all other similarly situated,

Plaintiff,

v.

DRIVEN BRANDS HOLDINGS INC.,
JONATHAN G. FITZPATRICK, and
TIFFANY L. MASON,

Defendants.

CASE NO. 3:23-cv-00895-MOC-DCK

**JOINT MOTION TO HOLD CASE IN
ABEYANCE PENDING SETTLEMENT**

Under Federal Rule of Civil Procedure 6(b) and Local Civil Rule 7.1, the undersigned counsel for Plaintiff Genesee County Employees' Retirement System, Oakland County Employees' Retirement System, and Oakland County Voluntary Employees' Beneficiary Association (collectively, "Lead Plaintiffs") and Defendants Driven Brands Holdings Inc. ("Driven Brands"), Jonathan G. Fitzpatrick, and Tiffany L. Mason (collectively, "Defendants," and with Plaintiffs, the "Parties") move to hold the case in abeyance pending the filing of a motion for preliminary approval of settlement for the reasons set forth below:

1.     On November 13, 2025, the parties held a mediation, during which they reached an agreement in principle to resolve this matter.

2.     The Parties require additional time to finalize the settlement and reached out to the Court to determine how to proceed in light of upcoming deadlines, including the November 14, 2025 deadline to move for class certification. The clerk advised that the Parties should promptly file a motion to hold the case in abeyance to permit additional time for settlement proceedings.

1

3.   The Parties will use the requested abeyance to finalize and document their settlement, followed by Lead Plaintiffs' filing of a motion for preliminary approval of the settlement. The motion for preliminary approval will provide additional information regarding the process the Parties propose for preliminary approval, notification, and final approval of the settlement.

WHEREFORE, the Parties respectfully request that the Court enter the proposed Order to hold the case in abeyance pending Lead Plaintiffs' motion for preliminary approval of the settlement, which they shall file no later than December 19, 2025.

Dated: November 14, 2025

**TERPENING LAW PLLC**

*/s/ William R. Terpening*
William R. Terpening (N.C. Bar No. 36418
221 West 11th Street
Charlotte, North Carolina 28202
Telephone: (980) 265-1700
Facsimile: (980) 265-1729
terpening@terpeninglaw.com

*Liaison Counsel for Lead Plaintiffs Genesee
and Oakland County*

**BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP**
John Rizio-Hamilton (*pro hac vice*)
Alec T. Coquin (*pro hac vice forthcoming*)
Michael M. Mathai (*pro hac vice*)
Prachi Patel (*pro hac vice*)
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
Johnr@blbglaw.com
Alec.Coquin@blbglaw.com
Michael.Mathai@blbglaw.com
Prachi.Patel@blbglaw.com

*-and-*

Jonathan D. Uslaner (*pro hac vice*)
2121 Avenue of the Stars, Suite 2575
Los Angeles, California 90067
Tel: (310) 819-3481
JonathanU@blbglaw.com

*Counsel for Lead Plaintiffs Genesee and
Oakland County and Lead Counsel for the
Class*

**VANOVERBEKE MICHAUD
& TIMMONY, P.C.**
Thomas C. Michaud
Francis E. Judd
Aaron L. Castle
79 Alfred Street
Detroit, Michigan

**ROBINSON, BRADSHAW & HINSON,
P.A.**

*/s/ Adam K. Doerr*
Adam K. Doerr (N.C. Bar No. 37807)
600 S. Tryon St., Suite 2300
Charlotte, NC 28246
Telephone: (704) 377-8114
adoerr@rbh.com

*Local Counsel for Defendants Driven Brands
Holdings Inc. and Jonathan G. Fitzpatrick*

**GIBSON, DUNN & CRUTCHER LLP**
Christopher D. Belelieu (*pro hac vice*)
Nathan C. Strauss (*pro hac vice*)
Bethany J. Saul (*pro hac vice*)
200 Park Avenue
New York, New York 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
cbelelieu@gibsondunn.com
nstrauss@gibsondunn.com
bsaul@gibsondunn.com

*Counsel for Defendants Driven Brands
Holdings Inc. and Jonathan G. Fitzpatrick*

*/s/ Frederick Winiker, III*
**WINIKER LAW FIRM, PLLC**
S. Frederick Winiker, IIII (N.C. Bar No.
22390)
352 N. Caswell Road
Charlotte, NC  28204
Tel:  (704) 333-8440
swiniker@winikerlaw.com

*Local Counsel for Defendant Tiffany L.
Mason*

**ROTTENBERG LIPMAN RICH, P.C.**
Steven M. Kayman (*pro hac vice*)
Jennifer A. Kreder (*pro hac vice*)
230 Park Avenue, 18th Floor
New York, NY 10169

3

Telephone: (313) 578-1200
Facsimile: (313) 578-1201
tmichaud@vmtlaw.com
fjudd@vmtlaw.com
acastle@vmtlaw.com

Tel: 212.661.3080
skayman@rlrpclaw.com
jkreder@rlrpclaw.com

*Counsel for Defendant Tiffany L. Mason*

*Additional Counsel for Lead Plaintiffs Genesee
and Oakland County*

4