# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CASE NO. 3:23-CV-895-MOC-DCK

| | | |
|---|---|---|
| GENESEE COUNTY EMPLOYEES' RETIREMENT SYSTEM, on behalf of itself and all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | **ORDER** |
| v. | ) ) | |
| DRIVEN BRANDS HOLDINGS INC., JONATHAN G. FITZPATRICK, and TIFFANY L. MASON, | ) ) ) ) | |
| Defendants. | ) ) | |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Joint Motion To Hold Case In Abeyance Pending Settlement" (Document No. 74) filed November 14, 2025. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and following consultation with Judge Cogburn's chambers, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Joint Motion To Hold Case In Abeyance Pending Settlement" (Document No. 74) is **GRANTED**. This matter is STAYED until **December 19, 2025**.

**SO ORDERED**.

Signed: November 16, 2025

David C. Keesler
United States Magistrate Judge