UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| GENESEE COUNTY EMPLOYEES' RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DRIVEN BRANDS HOLDINGS INC., JONATHAN G. FITZPATRICK, and TIFFANY L. MASON,<br><br>Defendants. | Case No. 3:23-cv-00895-MOC-DCK<br><br>Judge: Honorable Max O. Cogburn, Jr. |

**LEAD PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AND APPROVAL OF NOTICE TO THE SETTLEMENT CLASS**

Lead Plaintiffs Genesee County Employees' Retirement System, Oakland County Employees' Retirement System, and Oakland County Voluntary Employees' Beneficiary Association (collectively, "Lead Plaintiffs") respectfully move this Court, under Rule 23(e)(1) of the Federal Rules of Civil Procedure, for entry of an order: (i) preliminarily approving the proposed Settlement; (ii) approving the form and manner of providing notice of the proposed Settlement to Settlement Class Members; and (iii) scheduling a hearing to consider final approval of the Settlement and approval of the Plan of Allocation and Lead Counsel's motion for attorneys' fees and expenses.

As more fully set forth in Lead Plaintiffs' accompanying brief, this Motion is made on the grounds that the Court will "likely be able" to approve the proposed $25 million settlement of this securities class action as fair, reasonable, and adequate under Rule 23(e)(2) upon consideration at the final approval hearing, and to certify the Settlement Class for purposes of the Settlement. *See*

Fed. R. Civ. P. 23(e)(1)(B). Pursuant to the terms of the Stipulation, this motion is unopposed by Defendants, and all Parties agree that the Motion may be decided on the papers, subject to the Court's approval.

In support of this Motion, Lead Plaintiffs submit the accompanying Memorandum of Law in Support of Lead Plaintiffs' Unopposed Motion for Preliminary Approval of Settlement and Approval of Notice to the Settlement Class, filed herewith, and the Stipulation and Agreement of Settlement dated December 19, 2025 (the "Stipulation"), attached as Exhibit 1. The Parties' agreed-upon [Proposed] Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice of Settlement ("Preliminary Approval Order") is attached as Exhibit 2.

WHEREFORE, Lead Plaintiffs respectfully request that the Court enter the agreed-upon Preliminary Approval Order.

Dated: December 19, 2025

Respectfully submitted,

**TERPENING LAW PLLC**

*/s/ William R. Terpening*
William R. Terpening
221 West 11th Street
Charlotte, North Carolina 28202
Telephone: (980) 265-1700
Facsimile: (980) 265-1729
terpening@terpeninglaw.com

*Liaison Counsel for Lead Plaintiffs*

**BERNSTEIN LITOWITZ BERGER
 & GROSSMANN LLP**

*/s/ Jonathan D. Uslaner*
Jonathan D. Uslaner
2121 Avenue of the Stars
Suite 2575
Los Angeles, California 90067
Telephone: (310) 819-3481
JonathanU@blbglaw.com

-and-

Hannah Ross
Alec T. Coquin
Prachi Patel
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
hannah@blbglaw.com
alec.coquin@blbglaw.com
prachi.patel@blbglaw.com

*Counsel for Lead Plaintiffs and Lead Counsel for the Settlement Class*

**VMT LAW, P.C.**
Thomas C. Michaud
Francis E. Judd
Aaron L. Castle
79 Alfred Street
Detroit, Michigan
Telephone: (313) 578-1200
Facsimile: (313) 578-1201
tmichaud@vmtlaw.com
fjudd@vmtlaw.com
acastle@vmtlaw.com

*Additional Counsel for Lead Plaintiffs*

## CERTIFICATION OF CONFERENCE

Pursuant to the Local Civil Rule 7.1(b), the undersigned counsel hereby certifies that movants have conferred with counsel for Defendants, and Defendants have stipulated to the relief sought in this Motion, including entry of the proposed Preliminary Approval Order. *See* Stipulation ¶ 3. Accordingly, the Motion is unopposed.

Dated: December 19, 2025

*/s/ Jonathan D. Uslaner*
Jonathan D. Uslaner

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notification of filing to all parties receiving electronic service in this Action.

Dated: December 19, 2025

*/s/ William R. Terpening*
William R. Terpening
